# EXHIBIT 3

**Sogou Inc. (SOGO)**
**Class Period: Pursuant and/or Traceable to Nov 9 2017 IPO**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Lessor of Purchase Price or $13.00 Price | Adjusted Amount | Sales Date | Shares | Price | Amount | Shares Retained | 12/14/2018 Closing Price $5.8200 Estimated Value | Section 11 Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Zhang, Lizhen** | | | | | | | | | | | | | |
| Zhang, Lizhen | 06/13/2018 | 9,100 | $12.8500 | ($116,935) | $12.850 | ($116,935) | 06/14/2018 | (9,100) | $13.0000 | $118,300 | | | |
| Zhang, Lizhen | 06/19/2018 | 11,372 | $15.1300 | ($172,058) | $13.000 | ($147,836) | 11/13/2018 | (1,000) | $6.4500 | $6,450 | | | |
| Zhang, Lizhen | 06/19/2018 | 8,628 | $15.1000 | ($130,283) | $13.000 | ($112,164) | 12/13/2018 | (7,000) | $6.2000 | $43,400 | | | |
| **Zhang, Lizhen** | | **29,100** | | **($419,276)** | | **($376,935)** | | **(17,100)** | | **$168,150** | **12,000** | **$69,840** | **($138,945)** |
| | | | | | | | | | | | | | |
| Zhang, Lizhen (short sale) | 07/10/2018 | 100 | $10.4500 | ($1,045) | | | 07/06/2018 | (100) | $10.5000 | $1,050 | | | |
| Zhang, Lizhen (short sale) | 07/11/2018 | 500 | $10.4000 | ($5,200) | | | 07/11/2018 | (500) | $10.4500 | $5,225 | | | |
| Zhang, Lizhen (short sale) | 07/18/2018 | 500 | $11.8000 | ($5,900) | | | 07/12/2018 | (500) | $10.6000 | $5,300 | | | |
| Zhang, Lizhen (short sale) | 08/15/2018 | 10,000 | $8.2700 | ($82,700) | | | 08/14/2018 | (10,000) | $8.5000 | $85,000 | | | |
| Zhang, Lizhen (short sale) | 08/15/2018 | 9,000 | $8.3000 | ($74,700) | | | 08/15/2018 | (10,000) | $8.3000 | $83,000 | | | |
| Zhang, Lizhen (short sale) | 08/15/2018 | 6,398 | $8.2400 | ($52,720) | | | 08/15/2018 | (10,000) | $8.3400 | $83,400 | | | |
| Zhang, Lizhen (short sale) | 08/15/2018 | 1,950 | $8.2100 | ($16,010) | | | | | | | | | |
| Zhang, Lizhen (short sale) | 08/15/2018 | 1,652 | $8.2300 | ($13,596) | | | | | | | | | |
| Zhang, Lizhen (short sale) | 08/15/2018 | 900 | $8.2900 | ($7,461) | | | | | | | | | |
| Zhang, Lizhen (short sale) | 08/15/2018 | 100 | $8.2900 | ($829) | | | | | | | | | |
| **Zhang, Lizhen (short sale)** | | **31,100** | | **($260,160)** | | | | **(31,100)** | | **$262,975** | **0** | | **$2,815** |
| | | | | | | | | | | | | | |
| **Lizhen Zhang Total** | | **60,200** | | **($679,436)** | | **($376,935)** | | **(48,200)** | | **$431,125** | **12,000** | | **($136,130)** |
| | | | | | | | | | | | | | |
| **Xu, Juean (Account 1)** | 7/5/2018 | 2,520 | $10.2300 | ($25,780) | $10.230 | ($25,780) | | | | | 2,520 | $14,666 | ($11,113) |
| | | | | | | | | | | | | | |
| Xu, Juean (Account 2) | 6/4/2018 | 1,000 | $10.8700 | ($10,870) | $10.870 | ($10,870) | 6/5/2018 | (1,000) | $11.4700 | $11,470 | | | |
| Xu, Juean (Account 2) | 6/5/2018 | 1,000 | $11.3600 | ($11,360) | $11.360 | ($11,360) | 6/6/2018 | (1,000) | $11.4750 | $11,475 | | | |
| Xu, Juean (Account 2) | 6/5/2018 | 1,000 | $11.0800 | ($11,080) | $11.080 | ($11,080) | 6/6/2018 | (1,000) | $11.5100 | $11,510 | | | |
| Xu, Juean (Account 2) | 6/5/2018 | 1,000 | $11.2800 | ($11,280) | $11.280 | ($11,280) | 6/6/2018 | (1,000) | $11.4750 | $11,475 | | | |
| Xu, Juean (Account 2) | 6/5/2018 | 1,000 | $11.0500 | ($11,050) | $10.780 | ($10,780) | 6/6/2018 | (1,000) | $11.4750 | $11,475 | | | |
| Xu, Juean (Account 2) | 6/5/2018 | 1,000 | $11.0100 | ($11,010) | $11.050 | ($11,050) | 6/6/2018 | (1,000) | $11.5100 | $11,510 | | | |
| Xu, Juean (Account 2) | 6/6/2018 | 1,000 | $10.7800 | ($10,780) | $11.010 | ($11,010) | 6/6/2018 | (1,000) | $11.5100 | $11,510 | | | |
| Xu, Juean (Account 2) | 6/7/2018 | 1,000 | $11.0500 | ($11,050) | $11.050 | ($11,050) | 6/8/2018 | (1,000) | $11.1900 | $11,190 | | | |
| Xu, Juean (Account 2) | 6/7/2018 | 1,000 | $11.0500 | ($11,050) | $11.050 | ($11,050) | 6/8/2018 | (1,000) | $11.2000 | $11,200 | | | |
| Xu, Juean (Account 2) | 6/7/2018 | 1,000 | $11.0100 | ($11,010) | $11.010 | ($11,010) | 6/8/2018 | (1,000) | $11.2800 | $11,280 | | | |
| Xu, Juean (Account 2) | 6/7/2018 | 1,000 | $11.0100 | ($11,010) | $11.010 | ($11,010) | 6/8/2018 | (1,000) | $11.3100 | $11,310 | | | |
| Xu, Juean (Account 2) | 6/7/2018 | 1,000 | $10.7800 | ($10,780) | $10.780 | ($10,780) | 6/8/2018 | (1,500) | $11.1500 | $16,725 | | | |
| Xu, Juean (Account 2) | 6/7/2018 | 1,000 | $10.7800 | ($10,780) | $10.780 | ($10,780) | 6/11/2018 | (1,000) | $11.8900 | $11,890 | | | |
| Xu, Juean (Account 2) | 6/7/2018 | 1,000 | $11.1100 | ($11,110) | $11.110 | ($11,110) | 6/11/2018 | (1,000) | $11.8900 | $11,890 | | | |
| Xu, Juean (Account 2) | 6/7/2018 | 1,000 | $11.1100 | ($11,110) | $11.110 | ($11,110) | 6/11/2018 | (1,000) | $11.9000 | $11,900 | | | |
| Xu, Juean (Account 2) | 6/7/2018 | 1,000 | $11.1100 | ($11,110) | $11.110 | ($11,110) | 6/11/2018 | (1,000) | $12.0400 | $12,040 | | | |
| Xu, Juean (Account 2) | 6/7/2018 | 1,000 | $11.0100 | ($11,010) | $11.010 | ($11,010) | 6/11/2018 | (3,000) | $11.9900 | $35,970 | | | |
| Xu, Juean (Account 2) | 6/7/2018 | 1,000 | $10.9100 | ($10,910) | $10.910 | ($10,910) | 6/11/2018 | (3,000) | $12.3900 | $37,170 | | | |
| Xu, Juean (Account 2) | 6/7/2018 | 800 | $11.0100 | ($8,808) | $11.010 | ($8,808) | 6/11/2018 | (3,000) | $12.2513 | $36,754 | | | |
| Xu, Juean (Account 2) | 6/7/2018 | 500 | $11.1100 | ($5,555) | $11.110 | ($5,555) | 6/11/2018 | (3,000) | $12.3638 | $37,091 | | | |
| Xu, Juean (Account 2) | 6/7/2018 | 500 | $11.1100 | ($5,555) | $11.110 | ($5,555) | 6/11/2018 | (3,000) | $12.3738 | $37,121 | | | |
| Xu, Juean (Account 2) | 6/7/2018 | 500 | $11.1100 | ($5,555) | $11.110 | ($5,555) | 6/11/2018 | (3,000) | $12.3237 | $36,971 | | | |
| Xu, Juean (Account 2) | 6/8/2018 | 1,000 | $10.6800 | ($10,680) | $10.680 | ($10,680) | 6/11/2018 | (6,000) | $12.4101 | $74,461 | | | |
| Xu, Juean (Account 2) | 6/8/2018 | 1,000 | $11.1331 | ($11,133) | $11.133 | ($11,133) | 6/12/2018 | (1,000) | $12.9800 | $12,980 | | | |
| Xu, Juean (Account 2) | 6/8/2018 | 1,000 | $11.2000 | ($11,200) | $11.200 | ($11,200) | 6/12/2018 | (1,000) | $13.1900 | $13,190 | | | |
| Xu, Juean (Account 2) | 6/8/2018 | 700 | $10.7800 | ($7,546) | $10.780 | ($7,546) | 6/13/2018 | (100) | $13.0301 | $1,303 | | | |

**Sogou Inc. (SOGO)**
**Class Period: Pursuant and/or Traceable to Nov 9 2017 IPO**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Lessor of Purchase Price or $13.00 Price | Adjusted Amount | Sales Date | Shares | Price | Amount | Shares Retained | 12/14/2018 Closing Price $5.8200 Estimated Value | Section 11 Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Xu, Juean (Account 2) | 6/11/2018 | 2,000 | $12.4000 | ($24,800) | $12.400 | ($24,800) | 6/13/2018 | (250) | $12.6200 | $3,155 | | | |
| Xu, Juean (Account 2) | 6/11/2018 | 2,000 | $12.3700 | ($24,740) | $12.370 | ($24,740) | 6/13/2018 | (320) | $13.0347 | $4,171 | | | |
| Xu, Juean (Account 2) | 6/11/2018 | 2,000 | $12.2256 | ($24,451) | $12.226 | ($24,451) | 6/13/2018 | (400) | $13.0100 | $5,204 | | | |
| Xu, Juean (Account 2) | 6/11/2018 | 2,000 | $12.3725 | ($24,745) | $12.373 | ($24,745) | 6/13/2018 | (500) | $13.1600 | $6,580 | | | |
| Xu, Juean (Account 2) | 6/11/2018 | 1,300 | $12.3899 | ($16,107) | $12.390 | ($16,107) | 6/13/2018 | (580) | $13.0201 | $7,552 | | | |
| Xu, Juean (Account 2) | 6/11/2018 | 1,200 | $12.3125 | ($14,775) | $12.313 | ($14,775) | 6/13/2018 | (600) | $13.0145 | $7,809 | | | |
| Xu, Juean (Account 2) | 6/11/2018 | 1,000 | $12.0100 | ($12,010) | $12.010 | ($12,010) | 6/13/2018 | (1,000) | $13.0000 | $13,000 | | | |
| Xu, Juean (Account 2) | 6/11/2018 | 1,000 | $12.1953 | ($12,195) | $12.195 | ($12,195) | 6/13/2018 | (1,000) | $13.0655 | $13,066 | | | |
| Xu, Juean (Account 2) | 6/11/2018 | 1,000 | $12.1800 | ($12,180) | $12.180 | ($12,180) | 6/13/2018 | (1,000) | $13.0555 | $13,056 | | | |
| Xu, Juean (Account 2) | 6/11/2018 | 1,000 | $12.1700 | ($12,170) | $12.170 | ($12,170) | 6/13/2018 | (1,000) | $12.9800 | $12,980 | | | |
| Xu, Juean (Account 2) | 6/11/2018 | 1,000 | $12.3600 | ($12,360) | $12.360 | ($12,360) | 6/13/2018 | (1,000) | $13.1500 | $13,150 | | | |
| Xu, Juean (Account 2) | 6/11/2018 | 1,000 | $12.3552 | ($12,355) | $12.355 | ($12,355) | 6/13/2018 | (2,000) | $12.9337 | $25,867 | | | |
| Xu, Juean (Account 2) | 6/11/2018 | 1,000 | $12.3000 | ($12,300) | $12.300 | ($12,300) | 6/14/2018 | (500) | $12.6800 | $6,340 | | | |
| Xu, Juean (Account 2) | 6/11/2018 | 1,000 | $12.3000 | ($12,300) | $12.300 | ($12,300) | 6/14/2018 | (500) | $12.8500 | $6,425 | | | |
| Xu, Juean (Account 2) | 6/11/2018 | 1,000 | $12.2100 | ($12,210) | $12.210 | ($12,210) | 6/14/2018 | (500) | $13.0900 | $6,545 | | | |
| Xu, Juean (Account 2) | 6/11/2018 | 1,000 | $12.1300 | ($12,130) | $12.130 | ($12,130) | 6/14/2018 | (1,000) | $12.9000 | $12,900 | | | |
| Xu, Juean (Account 2) | 6/11/2018 | 1,000 | $12.1000 | ($12,100) | $12.100 | ($12,100) | 6/14/2018 | (1,000) | $12.9400 | $12,940 | | | |
| Xu, Juean (Account 2) | 6/11/2018 | 1,000 | $12.4300 | ($12,430) | $12.430 | ($12,430) | 6/14/2018 | (1,000) | $12.9500 | $12,950 | | | |
| Xu, Juean (Account 2) | 6/11/2018 | 1,000 | $12.3200 | ($12,320) | $12.320 | ($12,320) | 6/14/2018 | (1,000) | $12.9900 | $12,990 | | | |
| Xu, Juean (Account 2) | 6/11/2018 | 1,000 | $12.3100 | ($12,310) | $12.310 | ($12,310) | 6/14/2018 | (1,000) | $12.9900 | $12,990 | | | |
| Xu, Juean (Account 2) | 6/11/2018 | 800 | $12.3200 | ($9,856) | $12.320 | ($9,856) | 6/14/2018 | (1,000) | $13.1800 | $13,180 | | | |
| Xu, Juean (Account 2) | 6/11/2018 | 700 | $12.1599 | ($8,512) | $12.160 | ($8,512) | 6/14/2018 | (1,000) | $13.2100 | $13,210 | | | |
| Xu, Juean (Account 2) | 6/11/2018 | 400 | $12.3865 | ($4,955) | $12.387 | ($4,955) | 6/14/2018 | (1,000) | $13.2600 | $13,260 | | | |
| Xu, Juean (Account 2) | 6/11/2018 | 300 | $12.1552 | ($3,647) | $12.155 | ($3,647) | 6/14/2018 | (1,000) | $13.4100 | $13,410 | | | |
| Xu, Juean (Account 2) | 6/11/2018 | 200 | $12.3900 | ($2,478) | $12.390 | ($2,478) | 6/14/2018 | (1,000) | $13.6400 | $13,640 | | | |
| Xu, Juean (Account 2) | 6/11/2018 | 100 | $12.3850 | ($1,239) | $12.385 | ($1,239) | 6/14/2018 | (1,850) | $13.3500 | $24,698 | | | |
| Xu, Juean (Account 2) | 6/13/2018 | 1,000 | $12.9287 | ($12,929) | $12.929 | ($12,929) | 6/18/2018 | (1,000) | $14.8335 | $14,834 | | | |
| Xu, Juean (Account 2) | 6/13/2018 | 1,000 | $12.8400 | ($12,840) | $12.840 | ($12,840) | 6/18/2018 | (1,000) | $14.8663 | $14,866 | | | |
| Xu, Juean (Account 2) | 6/13/2018 | 1,000 | $12.8100 | ($12,810) | $12.810 | ($12,810) | 6/18/2018 | (1,000) | $15.1010 | $15,101 | | | |
| Xu, Juean (Account 2) | 6/13/2018 | 1,000 | $13.0900 | ($13,090) | $13.000 | ($13,000) | 6/18/2018 | (2,000) | $14.8384 | $29,677 | | | |
| Xu, Juean (Account 2) | 6/13/2018 | 1,000 | $13.0900 | ($13,090) | $13.000 | ($13,000) | 6/19/2018 | (1,000) | $14.2404 | $14,240 | | | |
| Xu, Juean (Account 2) | 6/13/2018 | 1,000 | $13.0752 | ($13,075) | $13.000 | ($13,000) | 6/19/2018 | (1,000) | $14.1800 | $14,180 | | | |
| Xu, Juean (Account 2) | 6/13/2018 | 1,000 | $12.9688 | ($12,969) | $12.969 | ($12,969) | 6/19/2018 | (1,000) | $13.9850 | $13,985 | | | |
| Xu, Juean (Account 2) | 6/13/2018 | 1,000 | $12.8100 | ($12,810) | $12.810 | ($12,810) | 6/20/2018 | (100) | $14.3350 | $1,434 | | | |
| Xu, Juean (Account 2) | 6/13/2018 | 1,000 | $12.8200 | ($12,820) | $12.820 | ($12,820) | 6/20/2018 | (100) | $14.3350 | $1,434 | | | |
| Xu, Juean (Account 2) | 6/13/2018 | 1,000 | $12.7600 | ($12,760) | $12.760 | ($12,760) | 6/20/2018 | (100) | $14.3350 | $1,434 | | | |
| Xu, Juean (Account 2) | 6/13/2018 | 1,000 | $12.7740 | ($12,774) | $12.774 | ($12,774) | 6/20/2018 | (1,000) | $14.1800 | $14,180 | | | |
| Xu, Juean (Account 2) | 6/13/2018 | 1,000 | $12.7200 | ($12,720) | $12.720 | ($12,720) | 6/20/2018 | (1,000) | $14.1800 | $14,180 | | | |
| Xu, Juean (Account 2) | 6/13/2018 | 1,000 | $12.6100 | ($12,610) | $12.610 | ($12,610) | 6/20/2018 | (1,000) | $13.9850 | $13,985 | | | |
| Xu, Juean (Account 2) | 6/13/2018 | 1,000 | $12.5600 | ($12,560) | $12.560 | ($12,560) | 6/20/2018 | (1,000) | $13.9850 | $13,985 | | | |
| Xu, Juean (Account 2) | 6/13/2018 | 1,000 | $12.5200 | ($12,520) | $12.520 | ($12,520) | 6/20/2018 | (1,000) | $14.2404 | $14,240 | | | |
| Xu, Juean (Account 2) | 6/13/2018 | 1,000 | $12.4000 | ($12,400) | $12.400 | ($12,400) | 6/20/2018 | (1,000) | $14.2404 | $14,240 | | | |
| Xu, Juean (Account 2) | 6/13/2018 | 1,000 | $12.3000 | ($12,300) | $12.300 | ($12,300) | 6/20/2018 | (2,900) | $14.3300 | $41,557 | | | |
| Xu, Juean (Account 2) | 6/13/2018 | 1,000 | $12.5800 | ($12,580) | $12.580 | ($12,580) | 6/20/2018 | (2,900) | $14.3300 | $41,557 | | | |
| Xu, Juean (Account 2) | 6/13/2018 | 600 | $12.5800 | ($7,548) | $12.580 | ($7,548) | 6/20/2018 | (2,900) | $14.3300 | $41,557 | | | |
| Xu, Juean (Account 2) | 6/18/2018 | 1,509 | $14.7865 | ($22,313) | $13.000 | ($19,617) | 6/22/2018 | (2,000) | $12.3522 | $24,704 | | | |
| Xu, Juean (Account 2) | 6/18/2018 | 1,000 | $14.5910 | ($14,591) | $13.000 | ($13,000) | 6/25/2018 | (3,500) | $11.6201 | $40,670 | | | |
| Xu, Juean (Account 2) | 6/18/2018 | 1,000 | $14.8000 | ($14,800) | $13.000 | ($13,000) | 6/27/2018 | (700) | $11.7301 | $8,211 | | | |

**Sogou Inc. (SOGO)**
**Class Period: Pursuant and/or Traceable to Nov 9 2017 IPO**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Lessor of Purchase Price or $13.00 Price | Adjusted Amount | Sales Date | Shares | Price | Amount | Shares Retained | 12/14/2018 Closing Price $5.8200 Estimated Value | Section 11 Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Xu, Juean (Account 2) | 6/18/2018 | 1,000 | $15.0500 | ($15,050) | $13.000 | ($13,000) | 6/27/2018 | (3,000) | $11.8116 | $35,435 | | | |
| Xu, Juean (Account 2) | 6/18/2018 | 291 | $14.7832 | ($4,302) | $13.000 | ($3,783) | 6/28/2018 | (3,500) | $11.2501 | $39,375 | | | |
| Xu, Juean (Account 2) | 6/18/2018 | 200 | $14.7843 | ($2,957) | $13.000 | ($2,600) | 7/25/2018 | (1,000) | $11.0100 | $11,010 | | | |
| Xu, Juean (Account 2) | 6/19/2018 | 1,000 | $14.0800 | ($14,080) | $13.000 | ($13,000) | 9/11/2018 | (2,000) | $7.4224 | $14,845 | | | |
| Xu, Juean (Account 2) | 6/19/2018 | 1,000 | $13.9500 | ($13,950) | $13.000 | ($13,000) | 9/11/2018 | (2,000) | $7.4901 | $14,980 | | | |
| Xu, Juean (Account 2) | 6/19/2018 | 800 | $14.1600 | ($11,328) | $13.000 | ($10,400) | 9/11/2018 | (3,260) | $7.3315 | $23,901 | | | |
| Xu, Juean (Account 2) | 6/19/2018 | 200 | $14.1599 | ($2,832) | $13.000 | ($2,600) | | | | | | | |
| Xu, Juean (Account 2) | 6/19/2018 | 100 | $13.9200 | ($1,392) | $13.000 | ($1,300) | | | | | | | |
| Xu, Juean (Account 2) | 6/20/2018 | 1,000 | $14.2600 | ($14,260) | $13.000 | ($13,000) | | | | | | | |
| Xu, Juean (Account 2) | 6/20/2018 | 1,000 | $14.2600 | ($14,260) | $13.000 | ($13,000) | | | | | | | |
| Xu, Juean (Account 2) | 6/20/2018 | 1,000 | $14.2600 | ($14,260) | $13.000 | ($13,000) | | | | | | | |
| Xu, Juean (Account 2) | 6/20/2018 | 1,000 | $13.9500 | ($13,950) | $13.000 | ($13,000) | | | | | | | |
| Xu, Juean (Account 2) | 6/20/2018 | 1,000 | $13.9500 | ($13,950) | $13.000 | ($13,000) | | | | | | | |
| Xu, Juean (Account 2) | 6/20/2018 | 1,000 | $14.4570 | ($14,457) | $13.000 | ($13,000) | | | | | | | |
| Xu, Juean (Account 2) | 6/20/2018 | 1,000 | $14.4570 | ($14,457) | $13.000 | ($13,000) | | | | | | | |
| Xu, Juean (Account 2) | 6/20/2018 | 1,000 | $14.4570 | ($14,457) | $13.000 | ($13,000) | | | | | | | |
| Xu, Juean (Account 2) | 6/20/2018 | 1,000 | $14.0800 | ($14,080) | $13.000 | ($13,000) | | | | | | | |
| Xu, Juean (Account 2) | 6/20/2018 | 1,000 | $14.0800 | ($14,080) | $13.000 | ($13,000) | | | | | | | |
| Xu, Juean (Account 2) | 6/20/2018 | 1,000 | $14.2600 | ($14,260) | $13.000 | ($13,000) | | | | | | | |
| Xu, Juean (Account 2) | 6/20/2018 | 800 | $14.1600 | ($11,328) | $13.000 | ($10,400) | | | | | | | |
| Xu, Juean (Account 2) | 6/20/2018 | 660 | $14.2299 | ($9,392) | $13.000 | ($8,580) | | | | | | | |
| Xu, Juean (Account 2) | 6/20/2018 | 660 | $14.2299 | ($9,392) | $13.000 | ($8,580) | | | | | | | |
| Xu, Juean (Account 2) | 6/20/2018 | 660 | $14.2299 | ($9,392) | $13.000 | ($8,580) | | | | | | | |
| Xu, Juean (Account 2) | 6/20/2018 | 600 | $14.2300 | ($8,538) | $13.000 | ($7,800) | | | | | | | |
| Xu, Juean (Account 2) | 6/20/2018 | 600 | $14.2300 | ($8,538) | $13.000 | ($7,800) | | | | | | | |
| Xu, Juean (Account 2) | 6/20/2018 | 600 | $14.2300 | ($8,538) | $13.000 | ($7,800) | | | | | | | |
| Xu, Juean (Account 2) | 6/20/2018 | 500 | $14.7291 | ($7,365) | $13.000 | ($6,500) | | | | | | | |
| Xu, Juean (Account 2) | 6/20/2018 | 500 | $14.7291 | ($7,365) | $13.000 | ($6,500) | | | | | | | |
| Xu, Juean (Account 2) | 6/20/2018 | 500 | $14.7291 | ($7,365) | $13.000 | ($6,500) | | | | | | | |
| Xu, Juean (Account 2) | 6/20/2018 | 500 | $14.0100 | ($7,005) | $13.000 | ($6,500) | | | | | | | |
| Xu, Juean (Account 2) | 6/20/2018 | 500 | $14.0100 | ($7,005) | $13.000 | ($6,500) | | | | | | | |
| Xu, Juean (Account 2) | 6/20/2018 | 500 | $14.0100 | ($7,005) | $13.000 | ($6,500) | | | | | | | |
| Xu, Juean (Account 2) | 6/20/2018 | 500 | $13.9800 | ($6,990) | $13.000 | ($6,500) | | | | | | | |
| Xu, Juean (Account 2) | 6/20/2018 | 500 | $13.9800 | ($6,990) | $13.000 | ($6,500) | | | | | | | |
| Xu, Juean (Account 2) | 6/20/2018 | 500 | $13.9800 | ($6,990) | $13.000 | ($6,500) | | | | | | | |
| Xu, Juean (Account 2) | 6/20/2018 | 500 | $13.7500 | ($6,875) | $13.000 | ($6,500) | | | | | | | |
| Xu, Juean (Account 2) | 6/20/2018 | 500 | $13.7500 | ($6,875) | $13.000 | ($6,500) | | | | | | | |
| Xu, Juean (Account 2) | 6/20/2018 | 500 | $13.7500 | ($6,875) | $13.000 | ($6,500) | | | | | | | |
| Xu, Juean (Account 2) | 6/20/2018 | 240 | $14.2500 | ($3,420) | $13.000 | ($3,120) | | | | | | | |
| Xu, Juean (Account 2) | 6/20/2018 | 240 | $14.2500 | ($3,420) | $13.000 | ($3,120) | | | | | | | |
| Xu, Juean (Account 2) | 6/20/2018 | 240 | $14.2500 | ($3,420) | $13.000 | ($3,120) | | | | | | | |
| Xu, Juean (Account 2) | 6/20/2018 | 200 | $14.1599 | ($2,832) | $13.000 | ($2,600) | | | | | | | |
| Xu, Juean (Account 2) | 6/20/2018 | 100 | $13.9200 | ($1,392) | $13.000 | ($1,300) | | | | | | | |
| Xu, Juean (Account 2) | 6/20/2018 | 100 | $13.9200 | ($1,392) | $13.000 | ($1,300) | | | | | | | |
| Xu, Juean (Account 2) | 6/21/2018 | 2,000 | $13.1400 | ($26,280) | $13.000 | ($26,000) | | | | | | | |
| Xu, Juean (Account 2) | 6/21/2018 | 2,000 | $12.5800 | ($25,160) | $12.580 | ($25,160) | | | | | | | |
| Xu, Juean (Account 2) | 6/21/2018 | 1,900 | $13.2800 | ($25,232) | $13.000 | ($24,700) | | | | | | | |
| Xu, Juean (Account 2) | 6/21/2018 | 1,000 | $13.4600 | ($13,460) | $13.000 | ($13,000) | | | | | | | |

**Sogou Inc. (SOGO)**
**Class Period: Pursuant and/or Traceable to Nov 9 2017 IPO**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Lessor of Purchase Price or $13.00 Price | Adjusted Amount | Sales Date | Shares | Price | Amount | Shares Retained | 12/14/2018 Closing Price $5.8200 Estimated Value | Section 11 Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Xu, Juean (Account 2) | 6/21/2018 | 1,000 | $12.5601 | ($12,560) | $12.560 | ($12,560) | | | | | | | |
| Xu, Juean (Account 2) | 6/21/2018 | 500 | $13.6300 | ($6,815) | $13.000 | ($6,500) | | | | | | | |
| Xu, Juean (Account 2) | 6/21/2018 | 100 | $13.2799 | ($1,328) | $13.000 | ($1,300) | | | | | | | |
| Xu, Juean (Account 2) | 6/22/2018 | 2,000 | $11.8600 | ($23,720) | $11.860 | ($23,720) | | | | | | | |
| Xu, Juean (Account 2) | 6/22/2018 | 1,000 | $12.1900 | ($12,190) | $12.190 | ($12,190) | | | | | | | |
| Xu, Juean (Account 2) | 6/25/2018 | 3,500 | $11.4999 | ($40,250) | $11.500 | ($40,250) | | | | | | | |
| Xu, Juean (Account 2) | 6/27/2018 | 3,000 | $11.6684 | ($35,005) | $11.668 | ($35,005) | | | | | | | |
| Xu, Juean (Account 2) | 6/27/2018 | 3,000 | $11.8100 | ($35,430) | $11.810 | ($35,430) | | | | | | | |
| Xu, Juean (Account 2) | 6/28/2018 | 3,500 | $11.2892 | ($39,512) | $11.289 | ($39,512) | | | | | | | |
| Xu, Juean (Account 2) | 6/29/2018 | 800 | $11.4599 | ($9,168) | $11.460 | ($9,168) | | | | | | | |
| Xu, Juean (Account 2) | 7/3/2018 | 50 | $11.0600 | ($553) | $11.060 | ($553) | | | | | | | |
| Xu, Juean (Account 2) | 7/25/2018 | 1,000 | $10.8896 | ($10,890) | $10.890 | ($10,890) | | | | | | | |
| Xu, Juean (Account 2) | 7/27/2018 | 10 | $10.4045 | ($104) | $10.405 | ($104) | | | | | | | |
| **Xu, Juean (Account 2)** | | **126,760** | | **($1,590,690)** | | **($1,549,457)** | | **(109,560)** | | **$1,357,725** | **17,200** | **$100,104** | **($91,629)** |
| | | | | | | | | | | | | | |
| Ding, Yuehua | 6/15/2018 | 1,700 | $14.3557 | ($24,405) | $13.000 | ($22,100) | 6/18/2018 | (419) | $14.7900 | $6,197 | | | |
| Ding, Yuehua | 6/15/2018 | 35 | $14.1395 | ($495) | $13.000 | ($455) | 6/18/2018 | (1,000) | $14.7810 | $14,781 | | | |
| Ding, Yuehua | 6/21/2018 | 2,100 | $12.8800 | ($27,048) | $12.880 | ($27,048) | 6/18/2018 | (316) | $14.7801 | $4,671 | | | |
| **Ding, Yuehua** | | **3,835** | | **($51,948)** | | **($49,603)** | | **(1,735)** | | **$25,649** | **2,100** | **$12,222** | **($11,732)** |
| | | | | | | | | | | | | | |
| Xu, Maggie | 2/2/2018 | 28 | $10.6000 | ($297) | $10.600 | ($297) | | | | | | | |
| Xu, Maggie | 2/2/2018 | 64 | $10.5000 | ($672) | $10.500 | ($672) | | | | | | | |
| Xu, Maggie | 2/5/2018 | 4 | $10.2198 | ($41) | $10.220 | ($41) | | | | | | | |
| Xu, Maggie | 2/7/2018 | 86 | $9.6000 | ($826) | $9.600 | ($826) | | | | | | | |
| Xu, Maggie | 2/7/2018 | 100 | $9.7300 | ($973) | $9.730 | ($973) | | | | | | | |
| Xu, Maggie | 2/7/2018 | 100 | $9.7300 | ($973) | $9.730 | ($973) | | | | | | | |
| Xu, Maggie | 2/7/2018 | 150 | $9.7400 | ($1,461) | $9.740 | ($1,461) | | | | | | | |
| Xu, Maggie | 2/7/2018 | 300 | $9.7300 | ($2,919) | $9.730 | ($2,919) | | | | | | | |
| Xu, Maggie | 2/7/2018 | 300 | $9.7300 | ($2,919) | $9.730 | ($2,919) | | | | | | | |
| Xu, Maggie | 10/30/2018 | 202 | $5.5000 | ($1,111) | $5.500 | ($1,111) | | | | | | | |
| **Xu, Maggie** | | **1,334** | | **($12,191)** | | **($12,191)** | | | | | **1,334** | **$7,764** | **($4,427)** |

Summary

| Plaintiff | Shares | Amount | Adjusted Amount | Shares | Amount | Shares Retained | Section 11 Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|
| Xu, Juean (Account 1) | 2,520 | ($25,780) | ($25,780) | 0 | $0 | 2,520 | ($11,113) |
| Xu, Juean (Account 2) | 126,760 | ($1,590,690) | ($1,549,457) | (109,560) | $1,357,725 | 17,200 | ($91,629) |
| Ding, Yuehua | 3,835 | ($51,948) | ($49,603) | (1,735) | $25,649 | 2,100 | ($11,732) |
| Xu, Maggie | 1,334 | ($12,191) | ($12,191) | 0 | $0 | 1,334 | ($4,427) |
| **Xu Family** | **133,115** | **($1,668,417)** | **($1,624,840)** | **(111,295)** | **$1,383,373** | **21,820** | **($114,474)** |

Summary

| Plaintiff | Shares | Amount | Adjusted Amount | Shares | Amount | Shares Retained | Section 11 Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|
| Lizhen Zhang Total | 60,200 | ($679,436) | ($376,935) | (48,200) | $431,125 | 12,000 | ($136,130) |
| Xu Family | 133,115 | ($1,668,417) | ($1,624,840) | (111,295) | $1,383,373 | 21,820 | ($114,474) |
| **Total** | **193,315** | **($2,347,853)** | **($2,001,775)** | **(159,495)** | **$1,814,498** | **33,820** | **($250,604)** |

**Damages were calculated for shares retained through the Corrective Disclosure that were purchased in or traceable to the IPO by subtracting:

i) the higher of the closing price the suit was filed on 12/14/18 ($5.82) and the sale price from,

ii) the lower of the purchase price and the IPO price ($13.00)