**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| JIAJIA LUO, Individually and on Behalf of All Others Similarly Situated, <br><br>             Plaintiffs, <br><br>     v. <br><br> SOGOU INC., SOHU, INC., TENCENT HOLDINGS LIMITED, XIAOCHUAN WANG, CHARLES (CHAOYANG) ZHANG, YUXIN REN, JOANNA (YANFENG) LU, BIN GAO, JOSEPH CHEN, JANICE LEE, and JAMES (XIUFENG) DENG, <br><br>                  Defendants |

Case No.: 1:19-cv-00230-JPO

Hon. J. Paul Oetken

**NOTICE OF MOTION OF MARK S. FRATER AND**
**KETAN PATEL FOR APPOINTMENT AS CO-LEAD PLAINTIFFS**
**AND APPROVAL OF SELECTION OF COUNSEL**

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE**

**ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Mark S. Frater and Ketan Patel ("Movants") respectfully

move this Court for an order: (1)  appointing Movants as co-lead plaintiffs pursuant to Section 27

of the Securities Act of 1933, as amended by the Private Securities Litigation Reform Act of 1995

(the "PSLRA"); and (2) approving Movants' selection of Levi & Korsinsky, LLP as Lead Counsel

for the Class.

Movants seek appointment as co-lead plaintiffs and approval of their choice of counsel

pursuant to the Securities Act of 1933, the Federal Rules of Civil Procedure, and the PSLRA. This

motion is based on this notice, the attached memorandum of law, the declaration of Eduard

Korsinsky in support thereof, and the Court's complete files and records in this action, as well as

such further argument as the Court may allow at a hearing on this motion.

*[Signature on Following Page]*

Dated: March 11, 2019

Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: /s/ *Eduard Korsinsky*
Eduard Korsinsky (EK-8989)
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: ek@zlk.com

*Lead Counsel for Movant and [Proposed]*
*Lead Counsel for the Class*

2