**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JIAJIA LUO, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>SOGOU INC., SOHU, INC., TENCENT HOLDINGS LIMITED, XIAOCHUAN WANG, CHARLES (CHAOYANG) ZHANG, YUXIN REN, JOANNA (YANFENG) LU, BIN GAO, JOSEPH CHEN, JANICE LEE, and JAMES (XIUFENG) DENG,<br><br>        Defendants | Case No.: 1:19-cv-00230-JPO<br><br>Hon. J. Paul Oetken |

**DECLARATION OF EDUARD KORSINSKY IN SUPPORT OF THE MOTION OF MARK S. FRATER AND KETAN PATEL FOR APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF COUNSEL**

I, Eduard Korsinsky, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for co-lead plaintiffs movants Mark S. Frater and Ketan Patel ("Movants") and proposed Lead Counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of Movants' motion for appointment as co-lead plaintiffs and approval of their selection of Levi & Korsinsky as Lead Counsel for the Class.

3.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:      PSLRA Certifications signed by Movants attesting to their purchases of Sogou, Inc. American Depository Shares;

Exhibit B:      Loss Charts reflecting the losses incurred by Movants as a result of their transactions in Sogou Inc. American Depository Shares;

1

Exhibit C:     Press Release published January 9, 2019, on *Globe Newswire,* announcing

the pendency of the securities class action against defendants herein: *Luo v.*

*Sogou, Inc., et al.*, Case No. 1:19-cv-00230-JPO;

Exhibit D:     Joint Declaration of Mark S. Frater and Ketan Patel;

Exhibit E:     Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: March 11, 2019                          Respectfully Submitted,

                                               **LEVI & KORSINSKY, LLP**

                                               By: /s/ *Eduard Korsinsky*
                                               Eduard Korsinsky (EK-8989)
                                               55 Broadway, 10th Floor
                                               New York, NY 10006
                                               Tel: (212) 363-7500
                                               Fax: (212) 363-7171
                                               Email: ek@zlk.com

                                               *Lead Counsel for Movant and [Proposed]*
                                               *Lead Counsel for the Class*

2