# EXHIBIT B

**Mark S. Frater**
**Transactions in Sogou Inc., American Depository Shares ("ADSs")**
**Pursuant to the November 8, 2017 IPO**

*First Complaint filed on January 9, 2019*

Acct. #1

| Date of Transaction | Buy (B) or Sell (S) | Quantity | IPO Public Price | Price ($) | Cost/Proceeds ($) | Acct # 1 | |
|---|---|---|---|---|---|---|---|
| 11/13/2017 | B | 600 | $ 13.00 | $ 13.43 | $ 7,800.00 | **Section 11 Damages** | |
| 11/30/2017 | B | 300 | $ 13.00 | $ 12.51 | $ 3,753.00 | Share Offer Price to the Public | $ 13.00 |
| 12/1/2017 | B | 300 | $ 13.00 | $ 11.70 | $ 3,510.00 | Close at filing* | $ 6.02 |
| 12/4/2017 | B | 500 | $ 13.00 | $ 11.45 | $ 5,725.00 | Net shares retained | 6,500 |
| 2/2/2018 | B | 300 | $ 13.00 | $ 10.21 | $ 3,063.00 | Cost (capped by offer price) | $ 64,313.00 |
| 3/2/2018 | B | 2,000 | $ 13.00 | $ 9.24 | $ 18,480.00 | Retained Value | $ 39,130.00 |
| 3/8/2018 | B | 1,000 | $ 13.00 | $ 9.67 | $ 9,670.00 | Proceeds from sales | |
| 4/3/2018 | B | 1,200 | $ 13.00 | $ 8.21 | $ 9,852.00 | **Losses** | $ 25,183.00 |
| 4/3/2018 | B | 300 | $ 13.00 | $ 8.20 | $ 2,460.00 | | |

Acct. #2

| Date of Transaction | Buy (B) or Sell (S) | Quantity | IPO Public Price | Price ($) | Cost/Proceeds ($) | Acct. #2 | |
|---|---|---|---|---|---|---|---|
| 11/13/2017 | B | 1,000 | $ 13.00 | $ 14.04 | $ 13,000.00 | **Section 11 Damages** | |
| 11/14/2017 | B | 500 | $ 13.00 | $ 13.01 | $ 6,500.00 | Share Offer Price to the Public | $ 13.00 |
| 11/29/2017 | B | 1,500 | $ 13.00 | $ 12.33 | $ 18,495.00 | Close at filing* | $ 6.02 |
| 12/1/2017 | B | 500 | $ 13.00 | $ 11.15 | $ 5,575.00 | Net shares retained | 13,500 |
| 2/1/2018 | B | 1,500 | $ 13.00 | $ 10.16 | $ 15,240.00 | Cost (capped by offer price) | $ 141,380.00 |
| 2/2/2018 | B | 2,000 | $ 13.00 | $ 10.18 | $ 20,360.00 | Retained Value | $ 81,270.00 |
| 2/5/2018 | B | 1,000 | $ 13.00 | $ 9.82 | $ 9,820.00 | Proceeds from sales | $ - |
| 3/2/2018 | B | 2,000 | $ 13.00 | $ 9.30 | $ 18,600.00 | **Losses** | $ 60,110.00 |
| 3/8/2018 | B | 3,000 | $ 13.00 | $ 9.65 | $ 28,950.00 | | |
| 3/9/2018 | B | 500 | $ 13.00 | $ 9.68 | $ 4,840.00 | | |

Acct. #3

| Date of Transaction | Buy (B) or Sell (S) | Quantity | IPO Public Price | Price ($) | Cost/Proceeds ($) | Acct. # 3 | |
|---|---|---|---|---|---|---|---|
| 11/13/2017 | B | 500 | $ 13.00 | $ 13.89 | $ 6,500.00 | **Section 11 Damages** | |
| 11/24/2017 | B | 500 | $ 13.00 | $ 13.03 | $ 6,500.00 | Share Offer Price to the Public | $ 13.00 |
| 12/1/2017 | B | 300 | $ 13.00 | $ 11.67 | $ 3,501.00 | Close at filing* | $ 6.02 |
| 12/4/2017 | B | 500 | $ 13.00 | $ 10.95 | $ 5,475.00 | Net shares retained | 5,500 |
| 12/11/2017 | B | 500 | $ 13.00 | $ 11.05 | $ 5,525.00 | Cost (capped by offer price) | $ 60,051.00 |
| 12/18/2017 | B | 1,000 | $ 13.00 | $ 11.42 | $ 11,420.00 | Retained Value | $ 33,110.00 |
| 2/7/2018 | B | 200 | $ 13.00 | $ 9.65 | $ 1,930.00 | Proceeds from sales | $ - |
| 2/7/2018 | B | 2,000 | $ 13.00 | $ 9.60 | $ 19,200.00 | **Losses** | $ 26,941.00 |

Acct. # 4

| Date of Transaction | Buy (B) or Sell (S) | Quantity | IPO Public Price | Price ($) | Cost/Proceeds ($) | Acct. #4 | |
|---|---|---|---|---|---|---|---|
| 11/13/2017 | B | 2,790 | $ 13.00 | $ 13.66 | $ 36,270.00 | **Section 11 Damages** | |
| | | | | | | Share Offer Price to the Public | $ 13.00 |
| | | | | | | Close at filing* | $ 6.02 |
| | | | | | | Net shares retained | 2,790 |
| | | | | | | Cost (capped by offer price) | $ 36,270.00 |
| | | | | | | Retained Value | $ 16,795.80 |
| | | | | | | Proceeds from sales | $ - |
| | | | | | | **Losses** | $ 19,474.20 |

**Total Losses:** $ 131,708.20

**Ketan Patel**
**Transactions in Sogou Inc., American Depository Shares ("ADSs")**
**Pursuant to the November 8, 2017 IPO**

*First Complaint filed on January 9, 2019*

| Section 11 Damages | | |
|---|---|---|
| Share Offer Price to the Public | $ | 13.00 |
| Close at filing* | $ | 6.02 |
| Net shares retained | | 20,990 |
| Cost (capped by offer price) | $ | 227,175.16 |
| Retained Value | $ | 126,359.80 |
| Proceeds from sales | $ | 6,942.00 |
| **Losses** | $ | 107,757.36 |

| Date of Transaction | Buy (B) or Sell (S) | Quantity | IPO Public Price | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 6/12/2018 | B | 3,000 | $ 13.00 | $ 12.80 | $ 38,400.00 |
| 6/12/2018 | B | 3,700 | $ 13.00 | $ 12.80 | $ 47,360.00 |
| 6/12/2018 | B | 11,300 | $ 13.00 | $ 12.79 | $ 144,527.00 |
| 6/21/2018 | S | (210) | | $ 13.32 | $ (2,797.20) |
| 6/21/2018 | S | (15,453) | | $ 13.31 | $ (205,679.43) |
| 6/21/2018 | S | (2,337) | | $ 13.33 | $ (31,152.21) |
| 6/26/2018 | B | 6,200 | $ 13.00 | $ 11.60 | $ 71,920.00 |
| 6/26/2018 | B | 200 | $ 13.00 | $ 11.58 | $ 2,316.00 |
| 6/26/2018 | B | 300 | $ 13.00 | $ 11.59 | $ 3,477.00 |
| 6/26/2018 | B | 13,690 | $ 13.00 | $ 11.60 | $ 158,804.00 |
| 6/26/2018 | B | 200 | $ 13.00 | $ 11.56 | $ 2,312.00 |
| 6/26/2018 | B | 100 | $ 13.00 | $ 11.59 | $ 1,159.00 |
| 6/26/2018 | B | 300 | $ 13.00 | $ 11.57 | $ 3,471.00 |