**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JIAJIA LUO, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>SOGOU INC., SOHU, INC., TENCENT HOLDINGS LIMITED, XIAOCHUAN WANG, CHARLES (CHAOYANG) ZHANG, YUXIN REN, JOANNA (YANFENG) LU, BIN GAO, JOSEPH CHEN, JANICE LEE, and JAMES (XIUFENG) DENG,<br><br>     Defendants | Case No.: 1:19-cv-00230-JPO<br><br>Hon. J. Paul Oetken |

**DECLARATION OF SHANNON L. HOPKINS IN SUPPORT OF MARK S. FRATER AND KETAN PATEL'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF**

I, SHANNON L. HOPKINS, declare as follows:

  1.  I am a partner of the law firm of Levi & Korsinsky, LLP, proposed lead counsel for lead plaintiff movant Mark S. Frater and Ketan Patel (collectively the "Movants") in the above-captioned action (the "Action").

  2.  I submit this Declaration in further support of the Motion of Mark S. Frater and Ketan Patel for Appointment as Co-Lead Plaintiffs and Approval of Selection of Counsel requesting entry of an Order: (1) appointing Movants as Lead on behalf of a putative class of purchasers of Sogou, Inc. ("Sogou" or the "Company") American Depository Shares pursuant and/or traceable to the Company's initial public offering that took place on November 9, 2017; (2) approving Movant's selection of the law firm of Levi & Korsinsky, LLP as Lead Counsel for the putative class; and (3) granting such other and further relief as the Court may deem just and proper:

3.      Attached hereto as Exhibit 1 is a true and correct copy of the Supplemental Joint Declaration in Further Support of Mark S. Frater and Ketan Patel's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel.

I declare under the penalty of perjury that the foregoing is true to the best of my knowledge.

Executed this 25th day of March, 2019 at Stamford, Connecticut.

*/s/ Shannon L. Hopkins*
Shannon L. Hopkins.

## **CERTIFICATE OF SERVICE**

I, Shannon L. Hopkins, hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 25th day of March 2019.

*/s/Shannon L. Hopkins*
Shannon L. Hopkins