# Exhibit 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JIAJIA LUO, Individually and on Behalf of All Others Similarly Situated, <br><br>  Plaintiffs, <br><br>  v. <br><br> SOGOU INC., SOHU, INC., TENCENT HOLDINGS LIMITED, XIAOCHUAN WANG, CHARLES (CHAOYANG) ZHANG, YUXIN REN, JOANNA (YANFENG) LU, BIN GAO, JOSEPH CHEN, JANICE LEE, and JAMES (XIUFENG) DENG, <br><br>  Defendants | Case No.: 1:19-cv-00230-JPO <br><br> Hon. J. Paul Oetken |

**SUPPLEMENTAL JOINT DECLARATION IN FURTHER SUPPORT**
**OF MARK S. FRATER AND KETAN PATEL'S MOTION**
**FOR APPOINTMENT AS LEAD PLAINTIFF**

We, Mark S. Frater and Ketan Patel, declare as follows, pursuant to 28 U.S.C. §1746:

1.      Mark S. Frater and Ketan Patel (collectively, "Movants"), respectfully submit this Supplemental Joint Declaration (the "Supplemental Joint Declaration") in support of our Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Motion"). We each have personal knowledge about the information contained in this Supplemental Joint Declaration relating to ourselves, and if called as witnesses, could testify competently thereto (unless our knowledge is on information and belief, in which case we will so state).

2.      On March 8, 2019, prior to seeking appointment as lead plaintiff, we held a joint call to discuss: (1) the facts and merits of the pending claims; (2) a strategy for prosecution; (3) the role we would serve as Lead Plaintiff and the process by which we may be selected; (4) the benefits that the Class would enjoy by virtue of being represented by highly-motivated individuals who suffered substantial losses; (5) our interest in serving jointly as Lead Plaintiff, to ensure that

the Claims of the class will be zealously and efficiently litigated; and (6) negotiating a cap on attorney fees and how fees would be requested, approved, and awarded in the event of a recovery for the Class.

3.      On March 11, 2019, our counsel, Levi & Korsinsky, LLP ("Levi & Korsinsky"), filed our Motion for Appointment as Lead Plaintiff. It is our understanding that one other competing motion was filed by the Sogou Investor Group ("SIG") consisting of four members with claimed losses of $250,604.

4.      Since the filing of our Lead Plaintiff Motion on March 11, 2019, we have remained informed about the status of the Action and the progression of the lead plaintiff motions through email.

5.      On March 25, 2019, we discussed by email the strategy for our opposition to SIG's motion for appointment.

6.      We remain committed to litigating this action and to recover the damages we and the entire Class of Sogou investors suffered.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements related to myself are true and correct.

Executed March 25, 2019.

Ketan Patel