UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIAJIA LUO, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>  vs.<br><br>SOGOU INC., SOHU, INC., TENCENT HOLDINGS LIMITED, XIAOCHUAN WANG, CHARLES (CHAOYANG) ZHANG, YUXIN REN, JOANNA (YANFENG) LU, BIN GAO, JOSEPH CHEN, JANICE LEE, and JAMES (XIUFENG) DENG, | Case No.  1:19-cv-00230-JPO<br><br>DECLARATION OF JEREMY A. LIEBERMAN IN FURTHER SUPPORT OF MOTION OF THE SOGOU INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL, AND IN OPPOSITION TO COMPETING MOTION |

I, Jeremy A. Lieberman, Esq., hereby declare as follows:

1.  I am a Partner with Pomerantz LLP ("Pomerantz"), counsel on behalf of the Sogou Investor Group, and have personal knowledge of the facts set forth herein.  My office is located at 600 Third Avenue, New York, New York 10016.

2.  I make this Declaration in further support of the Sogou Investor Group's motion for appointment as Lead Plaintiff and approval of its selections of Pomerantz and the Rosen Law Firm, P.A. as Co-Lead Counsel for the Class, and in opposition to the competing motion of Mark S. Frater and Ketan Patel.

3.  Attached hereto as Exhibit A is a true and correct copy of a Joint Declaration executed by the members of the Sogou Investor Group.

1

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on March 25, 2019, at New York, New York.

/s/ Jeremy A. Lieberman
Jeremy A. Lieberman
