# EXHIBIT A

**JOINT DECLARATION IN SUPPORT OF MOTION OF THE SOGOU INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

We, the undersigned, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      We, Lizhen Zhang, Juean Xu, Yuehua Ding, and Maggie Xu (collectively, the Sogou Investor Group"), respectfully submit this Joint Declaration in support of the Sogou Investor Group's motion for appointment as Lead Plaintiff and approval of our selection of counsel in the instant class action on behalf of investors in the securities of Sogou Inc. ("Sogou" or the "Company") pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). We are informed of and understand the requirements and duties imposed by the PSLRA. We each have personal knowledge about the information in this Joint Declaration.

2.      I, Maggie Xu, live in New York City. I am a nutritionist, and I have been investing in the securities markets since 2017. I am the daughter of Juean Xu and Yuehua Ding (collectively with myself, the "Xu Family"). As reflected in my Certification, I purchased Sogou securities during the Class Period and suffered substantial losses as a result of the violations of the federal securities law alleged in this action.

3.      I, Juean Xu, live in New York City. I have been investing in the securities markets for approximately six years. I am married to Yuehua Ding, and Maggie Xu is our daughter. As reflected in my Certification, I purchased Sogou securities during the Class Period and suffered substantial losses as a result of the violations of the federal securities law alleged in this action.

4.      I, Yuehua Ding, live in New York City. I work for a home healthcare service, and I have been investing in the securities markets since 2017. I am married to Juean Xu, and Maggie Xu is our daughter. As reflected in my Certification, I purchased Sogou securities during the Class Period and suffered substantial losses as a result of the violations of the federal securities law alleged in this action.

1

5.      I, Lizhen Zhang, live in Connecticut. I work in data analytics, and I have been investing in the securities markets for approximately 12 years. As reflected in my Certification, I purchased Sogou securities during the Class Period and suffered substantial losses as a result of the violations of the federal securities law alleged in this action.

6.      We believe that the securities class action against Sogou is meritorious and should be led by investors who are committed to maximizing the recovery on behalf of the Class. Prior to filing our Lead Plaintiff motion: (a) we understood that the Lead Plaintiff role includes evaluating the strengths and weaknesses of the case and prospects for resolution of this matter; (b) we understood that it is the Lead Plaintiff's responsibility to direct counsel with respect to this litigation, after receiving the benefit of counsel's advice; (c) we approved The Rosen Law Firm, P.A. ("Rosen") and Pomerantz LLP ("Pomerantz") as our designated co-lead counsel; and (d) we were aware each other and approved the filing of Lead Plaintiff motion as a group seeking appointment jointly as co-lead plaintiffs.

7.      Lizhen Zhang and the Xu Family have discussed with their counsel, among other things: the strength of the claims against Defendants; a strategy for prosecuting these actions; the benefits that the Class would receive from the leadership of co-lead plaintiffs; the shared desire of the Sogou Investor Group's members to achieve the best possible result for the Class; the interests of the group's members in prosecuting the case in a collaborative, likeminded manner; and the actions that the group will take to continue to ensure that the Class's claims will be zealously and efficiently litigated.

8.      We have received communal communications and have each other's contact information. This will allow us to communicate easily with one another during the litigation.

2

9.      We do not anticipate that any disagreements between us will arise and agree to make all efforts, in good faith, to reach consensus with respect to all litigation decisions, and to that end will consult with our counsel as we deem necessary to fulfill our fiduciary obligations to the Class.  In the event that such a disagreement arises, we agree to resolve such disagreement by a majority vote, in which each of us possesses one vote.  We recognize that even in the event of such a disagreement, the ultimate decision will necessarily be informed by consulting one another and our counsel.

10.     We also understand and appreciate the Lead Plaintiff's obligation under the PSLRA to select Lead Counsel and to monitor the action to ensure it is prosecuted efficiently.  We have fulfilled this responsibility by selecting and retaining Lead Counsel with a proven history of handling this type of complex litigation.  In this case, we selected Pomerantz and Rosen to serve as Co-Lead Counsel.  It is our understanding that the defendants intend to defend this litigation vigorously, and we believe that the class will be well served by the collective resources and experience of two firms prosecuting the action jointly on its behalf.  Based on these firms' experience in achieving substantial recoveries in securities class actions, we believe that both firms are well-qualified to represent the Class.

11.     Pomerantz and Rosen have been directed to prosecute this action in an efficient, cost-effective manner while obtaining the best possible result for the Class.  We will continue to supervise counsel and actively oversee the prosecution of the action for the benefit of the Class by, among other things, reviewing pleadings, instructing counsel, and/or attending hearings, as necessary.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed this 24th day of March, 2019.

YUE HUA DING

Maggie Xu

JUEAN XU

4

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing statements relating to myself are true and correct to the best of my knowledge.

3/23/2019
Executed this ___ day of March, 2019.


DocuSigned by:

62E2355FC9C1406...

Lizhen Zhang