

**The Rosen Law Firm**

INVESTOR COUNSEL

Jacob A. Goldberg, Esq.
jgoldberg@rosenlegal.com

July 22, 2019

**VIA ECF**

Hon. J. Paul Oetken
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

> **Re:**  *Luo v. Sogou Inc. et al,.*
> <u>**Case No. 1:19-cv-00230-JPO**</u>

Dear Judge Oetken,

Pursuant to the Court's Order of April 2, 2019 (ECF No. 20), court-appointed Lead Plaintiffs Lizhen Zhang, Juean Xu, Yuehua Ding, Maggie Xu, Mark S. Frater, and Ketan Patel ("Plaintiffs") in this Action timely filed the Amended Class Action Complaint for Violations of the Federal Securities Law (the "Amended Complaint") on July 12, 2019 (ECF No. 33). In the Amended Complaint, Plaintiffs named as additional defendants the underwriters of Sogou Inc.'s initial public offering, Chi Ping Martin Lau and Donald J. Puglisi. At the time they filed the Amended Complaint, Plaintiffs believed that only the Court could order a change to the caption so they did not amend the caption on the Amended Compliant to add the new defendants. The Clerk rejected Plaintiffs' filing of the Amended Complaint for Plaintiffs' failure to amend the caption.

We respectfully request, therefore, that the Court approve the filing of the Amended Complaint, *nunc pro tunc* to July 12, 2019. The only alteration Plaintiffs are proposing to make is to change the case caption to add the seven new defendants named in the Amended Complaint. Additionally, Plaintiffs have conferred with counsel for the Served Defendants[1] who do not oppose this request.

If you have any questions, please contact me at your convenience.

Respectfully submitted,

/s/ *Jacob A. Goldberg*

---

[1] The served defendants are Sogou, Inc. and Sohu.com Inc.

Jacob A. Goldberg


cc:      counsel of record      (via ECF)