**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JIAJIA LUO, Individually and on Behalf of All Others Similarly Situated,<br><br>             Plaintiff,<br><br><br>             v.<br><br><br><br>SOGOU INC., SOHU.COM, INC., TENCENT HOLDINGS LIMITED, XIAOCHUAN WANG, CHARLES (CHAOYANG) ZHANG, YUXIN REN, JOANNA (YANFENG) LU, BIN GAO, JOSEPH CHEN, JANICE LEE, JAMES (XIUFENG) DENG, CHI PING MARTIN LAU, DONALD J. PUGLISI, J. P. MORGAN SECURITIES LLC, CREDIT SUISSE (USA) LLC, GOLDMAN SACHS (ASIA) L.L.C., CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LTD., and CHINA RENAISSANCE SECURITIES (HONG KONG), LTD.,<br><br><br>             Defendants. | **CASE No.: 1:19-cv-00230-JPO**<br><br><br>**CLASS ACTION** |

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Lead Plaintiffs Lizhen Zhang, Juean Xu, Yuehua Ding, Maggie Xu, Mark S. Frater, and Ketan Patel ("Plaintiffs"), hereby voluntarily dismiss without prejudice China Renaissance Securities (Hong Kong), LTD ("China Renaissance") as a defendant in this action, and without further notice.  As grounds therefore, Plaintiffs state that: (1) China Renaissance has not filed an answer or a motion for summary judgment; and (2) this dismissal will not bind or prejudice any party or member of the putative class.  The parties shall bear their respective costs.

Dated: September 12, 2019                    Respectfully Submitted:


**LEVI & KORSINSKY, LLP**

/s/ *Shannon L. Hopkins*
Shannon L. Hopkins (SH-1887)
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523
Fax: (212) 363-7171
Email: shopkins@zlk.com

Donald J. Enright
1101 30th Street NW, Suite 115
Washington, D.C. 20007
Tel: (202) 524-4290
Fax: (202) 333-2121
denright@zlk.com

**THE ROSEN LAW FIRM, P.A.**

/s/ *Phillip Kim*
Phillip Kim (PK 9384)
Laurence M. Rosen (LR 5733)
275 Madison Avenue, 34th Floor
New York, New York, 10016
Tel: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
         lrosen@rosenlegal.com

and

Jacob A. Goldberg
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Tel: (215) 686-2817
Fax: (212) 202-3827
Email: jgoldberg@rosenlegal.com

*Co-Lead Counsel for Lead Plaintiffs and the Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this, the 12th day of September, 2019, I caused a true and correct copy of the foregoing ***Notice of Voluntary Dismissal*** to be served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ *Shannon L. Hopkins*
Shannon L. Hopkins