## Shannon L. Hopkins

**From:** Schacter, Kenneth I. <kenneth.schacter@morganlewis.com>
**Sent:** Thursday, September 12, 2019 11:02 AM
**To:** Cutaia, Nicholas; Shannon L. Hopkins; Shimada, Charlene S.; Rosensweig, Richard J.; Looney, Josh
**Subject:** [External]RE: Sogou: Amended Complaint and Voluntary Dismissal of China Renaissance

The Underwriter Defendants also consent.

**Kenneth I. Schacter**
Morgan, Lewis & Bockius LLP
101 Park Avenue | New York, NY 10178-0060
Direct: +1.212.309.6865 | Main: +1.212.309.6000 | Fax: +1.212.309.6001
kenneth.schacter@morganlewis.com | www.morganlewis.com
Assistant: Kathleen S. McLaughlin | +1.212.309.6229 | kathleen.mclaughlin@morganlewis.com

**From:** Cutaia, Nicholas <NCutaia@GOULSTONSTORRS.com>
**Sent:** Thursday, September 12, 2019 10:45 AM
**To:** Shannon L. Hopkins <shopkins@zlk.com>; Schacter, Kenneth I. <kenneth.schacter@morganlewis.com>; Shimada, Charlene S. <charlene.shimada@morganlewis.com>; Rosensweig, Richard J. <RRosensweig@GOULSTONSTORRS.com>; Looney, Josh <JLooney@GOULSTONSTORRS.com>
**Subject:** RE: Sogou: Amended Complaint and Voluntary Dismissal of China Renaissance

[EXTERNAL EMAIL]
Shannon,

Sogou and Sohu consent.

**Nicholas Cutaia**
*Director*
(212) 878-5065
*goulston* &storrs

**From:** Shannon L. Hopkins <shopkins@zlk.com>
**Sent:** Thursday, September 12, 2019 10:41 AM
**To:** Schacter, Kenneth I. <kenneth.schacter@morganlewis.com>; Cutaia, Nicholas <NCutaia@GOULSTONSTORRS.com>; Shimada, Charlene S. <charlene.shimada@morganlewis.com>; Rosensweig, Richard J. <RRosensweig@GOULSTONSTORRS.com>; Looney, Josh <JLooney@GOULSTONSTORRS.com>
**Subject:** Sogou: Amended Complaint and Voluntary Dismissal of China Renaissance

Dear Counsel,

As discussed, please find attached: (1) a redline of the proposed Second Amended Class Action Complaint for Violations of the Federal Securities Laws; and (2) Notice of Voluntary Dismissal for China Renaissance. Please let me know if you consent to the filing of both documents.

Thank you.

1

Regards,
Shannon

Shannon L. Hopkins
LEVI KORSINSKY
*Please note the change of address, effective 2/7/19*
1111 Summer Street, Suite 403
Stamford, CT 06905
D. 646.453.8910
T. 203-992-4523
F. 212-363-7171
shopkins@zlk.com | www.zlk.com


DISCLAIMER
This e-mail message is intended only for the personal use
of the recipient(s) named above. This message may be an
attorney-client communication and as such privileged and
confidential and/or it may include attorney work product.
If you are not an intended recipient, you may not review,
copy or distribute this message. If you have received this
communication in error, please notify us immediately by
e-mail and delete the original message.

2