**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JIAJIA LUO, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiffs,<br><br>          v.<br><br>SOGOU INC., SOHU.COM INC., TENCENT HOLDINGS LIMITED, XIAOCHUAN WANG, CHARLES (CHAOYANG) ZHANG, YUXIN REN, JOANNA (YANFENG) LU, BIN GAO, JOSEPH CHEN, JANICE LEE, JAMES (XIUFENG) DENG, CHI PING MARTIN LAU, DONALD J. PUGLISI, J.P. MORGAN SECURITIES LLC, CREDIT SUISSE SECURITIES (USA) LLC, GOLDMAN SACHS (ASIA) L.L.C., and CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LTD.,<br><br>          Defendants. | **CASE No.: 1:19-cv-00230-JPO**<br><br><br>**NOTICE OF DEFENDANT SOGOU INC.'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT <u>WITH PREJUDICE</u>** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law dated September 17, 2019 and the Declaration of Joshua M. Looney dated September 17, 2019 and the exhibits annexed thereto, Defendant Sogou Inc. will move this Court, before the Honorable J. Paul Oetken, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, on a date and time to be determined by the Court, for an order and judgment dismissing the Plaintiffs' Second Amended Complaint dated September 12, 2019, in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6) , and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE, that under the briefing schedule set by the Court in its May 22, 2019 Order, as amended on September 5, 2019 (Doc. No. 39), Plaintiffs shall serve their opposition papers no later than November 12, 2019, and Sogou Inc. shall serve its reply papers no later than December 20, 2019.

Dated: September 17, 2019                    **GOULSTON & STORRS PC**


/s/ Nicholas Cutaia
Nicholas Cutaia
885 Third Avenue, 18th Floor
New York, New York 10022
Tel: (212) 878-6900
Fax: (212) 878-6911
Email: ncutaia@goulstonstorrs.com

Richard J. Rosensweig (admitted *pro hac vice*)
Joshua M. Looney (admitted *pro hac vice*)
400 Atlantic Avenue
Boston, Massachusetts 02110
Tel: (617) 482-1776
Fax: (617) 574-4112
Email: rrosensweig@goulstonstorrs.com
Email: jlooney@goulstonstorrs.com

*Counsel for Defendant Sogou Inc.*