**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JIAJIA LUO, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> SOGOU INC., SOHU.COM INC., TENCENT HOLDINGS LIMITED, XIAOCHUAN WANG, CHARLES (CHAOYANG) ZHANG, YUXIN REN, JOANNA (YANFENG) LU, BIN GAO, JOSEPH CHEN, JANICE LEE, JAMES (XIUFENG) DENG, CHI PING MARTIN LAU, DONALD J. PUGLISI, J.P. MORGAN SECURITIES LLC, CREDIT SUISSE SECURITIES (USA) LLC, GOLDMAN SACHS (ASIA) L.L.C., and CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LTD., <br><br> Defendants. | CASE No.: 1:19-cv-00230-JPO <br><br><br> **DECLARATION OF JOSHUA M. LOONEY IN SUPPORT OF DEFENDANT SOGOU INC.'S <u>MOTION TO DISMISS</u>** |

Joshua M. Looney, pursuant to 28 U.S.C. § 1746, declares as follows:

1.      I am an attorney with the firm Goulston & Storrs PC, counsel to Sogou Inc. ("Sogou") in the above-captioned matter.  I am licensed to practice law in the Commonwealth of Massachusetts and have been admitted *pro hac vice* before this Court.  I am familiar with the facts and circumstances of this action.

2.      I submit this declaration, along with the exhibits annexed hereto, in support of Sogou's September 17, 2019 Motion to Dismiss filed pursuant to Federal Rule of Civil Procedure 12(b)(6).

3.      Annexed hereto are true and correct copies of the following documents:

i.  **Exhibit A** is the Registration Statement and Draft Prospectus for Sogou's initial public offering filed with the Securities and Exchange Commission on November 6, 2017 and effective on November 8, 2017.

ii.  **Exhibit B** is a Form 6-K and attached Exhibit 99.1 titled "Sogou Announces Second Quarter 2018 Results," filed by Sogou dated July 30, 2018.

iii.  **Exhibit C** is the Law of the People's Republic of China on the Protection for Heroes and Martyrs, Order of the President of the People's Republic of China No. 5, promulgated Apr. 27, 2018 and effective May 1, 2018, as published on Lexis Nexis 2019 (English).

iv.  **Exhibit D** is the same law referenced in Exhibit C, 中华人民共和国英雄烈士保护法, 2018年04月27日, **全国人民代表大会常**务委员会, 中华人民共和国主席令第5**号**, as published on Lexis Nexis 2019 (Chinese).

v.  **Exhibit E** is an event transcript of a Q2 2018 Sogou Inc. earnings conference call held on July 30, 2018, as published by Thomson Financial, referenced in paragraph 69 of the Second Amended Complaint.

vi.  **Exhibit F** is a Form 6-K and attached Exhibit 99.1 titled "Sogou Announces Fourth Quarter and Full Year 2018 Results," filed by Sogou dated February 1, 2019.

vii.  **Exhibit G** is a Form 6-K and attached Exhibit 99.1 titled "Sogou Announces Third Quarter 2018 Results," filed by Sogou dated November 5, 2018.

viii.  **Exhibit H** is a Form 6-K and attached Exhibit 99.1 titled "Sogou Announces Fourth Quarter and Full Year 2017 Results," filed by Sogou dated January 29, 2018.

ix.  **Exhibit I** is the Consolidated Amended Class Action Complaint filed in *In re Pinduoduo Securities Litigation*, 18-CIV-04256 (Cal. Super. Ct., San Mateo Cnty.), dated December 14, 2018.

x.  **Exhibit J** is information published by Yahoo Finance (last accessed on September 17, 2019) reflecting the closing price of Sogou Inc. (NYS:SOGO) on October 30, October 31, November 1, November 2, and November 5, 2018, referenced in paragraphs 16–17 of the Second Amended Complaint.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Boston, Massachusetts on this 17th day of September, 2019.

Joshua M. Looney (admitted *pro hac vice*)
GOULSTON & STORRS PC
400 Atlantic Avenue
Boston, Massachusetts 02110
Tel: (617) 482-1776
Fax: (617) 574-4112
Email: jlooney@goulstonstorrs.com

*Counsel for Defendant Sogou Inc.*

3