# EXHIBIT D

LexisNexis®

中华人民共和国英雄烈士保护法

| 发文日期 | 2018年04月27日 | 文号 | 中华人民共和国主席令第5号 |
|---|---|---|---|
| 发文机关 | 全国人民代表大会常务委员会 | 有效范围 | 全国 |
| 时效性 | 现行有效 | 生效日期 | 2018年05月01日 |
| 所属分类 | 政府机关工作（行政法->政府机关工作） | | |

中华人民共和国英雄烈士保护法

中华人民共和国主席令第5号

2018年4月27日

《中华人民共和国英雄烈士保护法》已由中华人民共和国第十三届全国人民代表大会常务委员会第二次会议于2018年4月27日通过，现予公布，自2018年5月1日起施行。

中华人民共和国主席 习近平

中华人民共和国英雄烈士保护法

（2018年4月27日第十三届全国人民代表大会常务委员会第二次会议通过）

第一条　为了加强对英雄烈士的保护，维护社会公共利益，传承和弘扬英雄烈士精神、爱国主义精神，培育和践行社会主义核心价值观，激发实现中华民族伟大复兴中国梦的强大精神力量，根据宪法，制定本法。

第二条　国家和人民永远尊崇、铭记英雄烈士为国家、人民和民族作出的牺牲和贡献。

近代以来，为了争取民族独立和人民解放，实现国家富强和人民幸福，促进世界和平和人类进步而毕生奋斗、英勇献身的英雄烈士，功勋彪炳史册，精神永垂不朽。

第三条　英雄烈士事迹和精神是中华民族的共同历史记忆和社会主义核心价值观的重要体现。

国家保护英雄烈士，对英雄烈士予以褒扬、纪念，加强对英雄烈士事迹和精神的宣传、教育，维护英雄烈士尊严和合法权益。

全社会都应当崇尚、学习、捍卫英雄烈士。

第四条　各级人民政府应当加强对英雄烈士的保护，将宣传、弘扬英雄烈士事迹和精神作为社会主义精神文明建设的重要内容。

县级以上人民政府负责英雄烈士保护工作的部门和其他有关部门应当依法履行职责，做好英雄烈士保护工作。

军队有关部门按照国务院、中央军事委员会的规定，做好英雄烈士保护工作。

县级以上人民政府应当将英雄烈士保护工作经费列入本级预算。

第五条　每年9月30日为烈士纪念日，国家在首都北京天安门广场人民英雄纪念碑前举行纪念仪式，缅怀英雄烈士。

县级以上地方人民政府、军队有关部门应当在烈士纪念日举行纪念活动。

举行英雄烈士纪念活动，邀请英雄烈士遗属代表参加。

第六条　在清明节和重要纪念日，机关、团体、乡村、社区、学校、企业事业单位和军队有关单位根据实际情况，组织开展英雄烈士纪念活动。

第七条　国家建立并保护英雄烈士纪念设施，纪念、缅怀英雄烈士。

矗立在首都北京天安门广场的人民英雄纪念碑，是近代以来中国人民和中华民族争取民族独立解放、人民自由幸福和国家繁荣富强精神的象征，是国家和人民纪念、缅怀英雄烈士的永久性纪念设施。

人民英雄纪念碑及其名称、碑题、碑文、浮雕、图形、标志等受法律保护。

第八条　县级以上人民政府应当将英雄烈士纪念设施建设和保护纳入国民经济和社会发展规划、城乡规划，加强对英雄烈士纪念设施的保护和管理；对具有重要纪念意义、教育意义的英雄烈士纪念设施依照《中华人民共和国文物保护法》的规定，核定公布为文物保护单位。

中央财政对革命老区、民族地区、边疆地区、贫困地区英雄烈士纪念设施的修缮保护，应当按照国家规定予以补助。

第九条　英雄烈士纪念设施应当免费向社会开放，供公众瞻仰、悼念英雄烈士，开展纪念教育活动，告慰先烈英灵。

前款规定的纪念设施由军队有关单位管理的，按照军队有关规定实行开放。

第十条　英雄烈士纪念设施保护单位应当健全服务和管理工作规范，方便瞻仰、悼念英雄烈士，保持英雄烈士纪念设施庄严、肃穆、清净的环境和氛围。

任何组织和个人不得在英雄烈士纪念设施保护范围内从事有损纪念英雄烈士环境和氛围的活动，不得侵占英雄烈士纪念设施保护范围内的土地和设施，不得破坏、污损英雄烈士纪念设施。

第十一条　安葬英雄烈士时，县级以上人民政府、军队有关部门应当举行庄严、肃穆、文明、节俭的送迎、安葬仪式。

第十二条　国家建立健全英雄烈士祭扫制度和礼仪规范，引导公民庄严有序地开展祭扫活动。

县级以上人民政府有关部门应当为英雄烈士遗属祭扫提供便利。

第十三条　县级以上人民政府有关部门应当引导公民通过瞻仰英雄烈士纪念设施、集体宣誓、网上祭奠等形式，铭记英雄烈士的事迹，传承和弘扬英雄烈士的精神。

第十四条　英雄烈士在国外安葬的，中华人民共和国驻该国外交、领事代表机构应当结合驻在国实际情况组织开展祭扫活动。

国家通过与有关国家的合作，查找、收集英雄烈士遗骸、遗物和史料，加强对位于国外的英雄烈

士纪念设施的修缮保护工作。

第十五条　国家鼓励和支持开展对英雄烈士事迹和精神的研究，以辩证唯物主义和历史唯物主义为指导认识和记述历史。

第十六条　各级人民政府、军队有关部门应当加强对英雄烈士遗物、史料的收集、保护和陈列展示工作，组织开展英雄烈士史料的研究、编纂和宣传工作。

国家鼓励和支持革命老区发挥当地资源优势，开展英雄烈士事迹和精神的研究、宣传和教育工作。

第十七条　教育行政部门应当以青少年学生为重点，将英雄烈士事迹和精神的宣传教育纳入国民教育体系。

教育行政部门、各级各类学校应当将英雄烈士事迹和精神纳入教育内容，组织开展纪念教育活动，加强对学生的爱国主义、集体主义、社会主义教育。

第十八条　文化、新闻出版、广播电视、电影、网信等部门应当鼓励和支持以英雄烈士事迹为题材、弘扬英雄烈士精神的优秀文学艺术作品、广播电视节目以及出版物的创作生产和宣传推广。

第十九条　广播电台、电视台、报刊出版单位、互联网信息服务提供者，应当通过播放或者刊登英雄烈士题材作品、发布公益广告、开设专栏等方式，广泛宣传英雄烈士事迹和精神。

第二十条　国家鼓励和支持自然人、法人和非法人组织以捐赠财产、义务宣讲英雄烈士事迹和精神、帮扶英雄烈士遗属等公益活动的方式，参与英雄烈士保护工作。

自然人、法人和非法人组织捐赠财产用于英雄烈士保护的，依法享受税收优惠。

第二十一条　国家实行英雄烈士抚恤优待制度。英雄烈士遗属按照国家规定享受教育、就业、养老、住房、医疗等方面的优待。抚恤优待水平应当与国民经济和社会发展相适应并逐步提高。

国务院有关部门、军队有关部门和地方人民政府应当关心英雄烈士遗属的生活情况，每年定期走访慰问英雄烈士遗属。

第二十二条　禁止歪曲、丑化、亵渎、否定英雄烈士事迹和精神。

英雄烈士的姓名、肖像、名誉、荣誉受法律保护。任何组织和个人不得在公共场所、互联网或者利用广播电视、电影、出版物等，以侮辱、诽谤或者其他方式侵害英雄烈士的姓名、肖像、名誉、荣誉。任何组织和个人不得将英雄烈士的姓名、肖像用于或者变相用于商标、商业广告，损害英雄烈士的名誉、荣誉。

公安、文化、新闻出版、广播电视、电影、网信、市场监督管理、负责英雄烈士保护工作的部门发现前款规定行为的，应当依法及时处理。

第二十三条　网信和电信、公安等有关部门在对网络信息进行依法监督管理工作中，发现发布或者传输以侮辱、诽谤或者其他方式侵害英雄烈士的姓名、肖像、名誉、荣誉的信息的，应当要求网络运营者停止传输，采取消除等处置措施和其他必要措施；对来源于中华人民共和国境外的上述信息，应当通知有关机构采取技术措施和其他必要措施阻断传播。

网络运营者发现其用户发布前款规定的信息的，应当立即停止传输该信息，采取消除等处置措施，防止信息扩散，保存有关记录，并向有关主管部门报告。网络运营者未采取停止传输、消除等处置措施的，依照《中华人民共和国网络安全法》的规定处罚。

第二十四条　任何组织和个人有权对侵害英雄烈士合法权益和其他违反本法规定的行为，向负责英雄烈士保护工作的部门、网信、公安等有关部门举报，接到举报的部门应当依法及时处理。

第二十五条　对侵害英雄烈士的姓名、肖像、名誉、荣誉的行为，英雄烈士的近亲属可以依法向人民法院提起诉讼。

英雄烈士没有近亲属或者近亲属不提起诉讼的，检察机关依法对侵害英雄烈士的姓名、肖像、名誉、荣誉，损害社会公共利益的行为向人民法院提起诉讼。

负责英雄烈士保护工作的部门和其他有关部门在履行职责过程中发现第一款规定的行为，需要检察机关提起诉讼的，应当向检察机关报告。

英雄烈士近亲属依照第一款规定提起诉讼的，法律援助机构应当依法提供法律援助服务。

第二十六条　以侮辱、诽谤或者其他方式侵害英雄烈士的姓名、肖像、名誉、荣誉，损害社会公共利益的，依法承担民事责任；构成违反治安管理行为的，由公安机关依法给予治安管理处罚；构成犯罪的，依法追究刑事责任。

第二十七条　在英雄烈士纪念设施保护范围内从事有损纪念英雄烈士环境和氛围的活动的，纪念设施保护单位应当及时劝阻；不听劝阻的，由县级以上地方人民政府负责英雄烈士保护工作的部门、文物主管部门按照职责规定给予批评教育，责令改正；构成违反治安管理行为的，由公安机关依法给予治安管理处罚。

亵渎、否定英雄烈士事迹和精神，宣扬、美化侵略战争和侵略行为，寻衅滋事，扰乱公共秩序，构成违反治安管理行为的，由公安机关依法给予治安管理处罚；构成犯罪的，依法追究刑事责任。

第二十八条　侵占、破坏、污损英雄烈士纪念设施的，由县级以上人民政府负责英雄烈士保护工作的部门责令改正；造成损失的，依法承担民事责任；被侵占、破坏、污损的纪念设施属于文物保护单位的，依照《中华人民共和国文物保护法》的规定处罚；构成违反治安管理行为的，由公安机关依法给予治安管理处罚；构成犯罪的，依法追究刑事责任。

第二十九条　县级以上人民政府有关部门及其工作人员在英雄烈士保护工作中滥用职权、玩忽职守、徇私舞弊的，对直接负责的主管人员和其他直接责任人员，依法给予处分；构成犯罪的，依法追究刑事责任。

第三十条　本法自2018年5月1日起施行。