# EXHIBIT F

6-K 1 a19-3876_16k.htm 6-K

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

---

# FORM 6-K

---

**REPORT OF FOREIGN PRIVATE ISSUER PURSUANT TO RULE 13a-16 OR 15d-16 OF THE SECURITIES EXCHANGE ACT OF 1934**

---

**For the month of February 2019**
**Commission File Number: 001-38279**

# SOGOU INC.
(Exact name of registrant as specified in its charter)

---

**Level 15, Sohu.com Internet Plaza**
**No. 1 Unit Zhongguancun East Road, Haidian District**
**Beijing 100084**
**People's Republic of China**
(Address of principal executive office)

Indicate by check mark whether the registrant files or will file annual reports under cover of Form 20-F or Form 40-F.
Form 20-F ☒            Form 40-F ☐

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(1): ☐ No ☒

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(7): ☐ No ☒

**Press Release**

On February 1, 2019, the registrant announced its unaudited financial results for the fourth quarter and fiscal year ended December 31, 2018. The registrant also announced Mr. Yuxin Ren's resignation as a member of the board of directors of the registrant (the "Board") for personal reasons, and the appointment of Mr. Yu Yin to serve on the Board to fill the vacancy created by Mr. Ren's resignation.  A copy of the press release issued by the registrant regarding the foregoing is filed herewith as Exhibit 99.1 and is incorporated herein by reference.

**Exhibits**

99.1        Press release regarding financial results for the fourth quarter and fiscal year ended December 31, 2018.

2

2

SIGNATURE

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

SOGOU INC.

By:    /s/ Joe Zhou
_____
Joe Zhou
Chief Financial Officer

Date: February 1, 2019

3

3

EX-99.1 2 a19-3876_1ex99d1.htm EX-99.1

**Exhibit 99.1**

**Sogou Announces Fourth Quarter and Full year 2018 Results**

BEIJING, China, February 1, 2019 — Sogou Inc. (NYSE: SOGO) ("Sogou" or "the Company"), an innovator in search and a leader in China's internet industry, today announced its unaudited financial results for the fourth quarter and full year, ended December 31, 2018.

**Fourth Quarter 2018 Highlights**

- Total revenues[1] were $297.8 million, a 7% increase year-over-year.
- Net income attributable to Sogou Inc. was $26.4 million, a 71% increase year-over-year. Non-GAAP[2] net income attributable to Sogou Inc. was $27.1 million, a 28% decrease year-over-year.
- Sogou Mobile Keyboard, the third largest mobile app in China, had 430 million DAUs (daily average users), up 28% year-over-year. As China's largest voice app, it processed up to 540 million daily voice requests.

**Full Year 2018 Highlights**

- Total revenues were $1.12 billion, an increase of 24% year-over-year.
- Net income attributable to Sogou Inc. was $98.8 million, an increase of 20% from 2017. Non-GAAP net income attributable to Sogou Inc. was $113.0 million, an increase of 7% from 2017.

"Our twin growth engines, Sogou Search and Sogou Mobile Keyboard, continued to drive solid growth in the fourth quarter," said Xiaochuan Wang, CEO of Sogou. "Our core search revenues grew faster than the industry average and we created more synergies between mobile keyboard and search. More importantly, despite macro uncertainties, Sogou remains solid with high quality assets, a large and highly engaged user base, and annual revenue of over one billion dollars."

"In addition, we have demonstrated industry-leading AI capabilities in several key areas such as voice, computer vision, machine translation and Q&A. Looking ahead to 2019, we remain committed to leveraging AI technology to accelerate innovation initiatives across our core businesses and enhance the overall competitiveness of Sogou," added Mr. Wang.

Joe Zhou, CFO of Sogou, said, "Our fourth-quarter revenues were in line with expectations, as core search revenues grew 12% year-over-year, and we delivered $27 million non-GAAP net income. We were pleased to see increased contribution from organic traffic in the fourth quarter and expect this trend to continue into 2019. In line with the ongoing upgrade of our smart hardware business, we have more AI-enabled hardware products in the pipeline and expect this segment will regain momentum in 2019."

**Fourth Quarter 2018 Financial Results**

**Total revenues** were $297.8 million, a 7% increase year-over-year.

- *Search and search-related revenues[3]* were $276.8 million, a 12% increase year-over-year. The increase was primarily due to growth in **auction-based pay-for-click services**. Auction-based pay-for-click services accounted for 84.8% of search and search-related revenues, compared to 83.7% in the corresponding period in 2017.
- *Other revenues* were $21.0 million, a 32% decrease year-over-year. The decrease was primarily due to lower sales of smart hardware products due to our continued efforts to upgrade the smart hardware strategy.

**Cost of revenues** was $186.1 million, a 39% increase year-over-year. *Traffic acquisition cost*, a primary driver of cost of revenues, was $149.9 million, a 69% increase year-over-year, representing 50.3% of total revenues, compared to 32.0% in the corresponding period in 2017. The increase was driven by price inflation as a result of increased competition.

**Gross profit** was $111.7 million, a 22% decrease year-over-year. **Non-GAAP gross profit** was $111.7 million, a 23% decrease year-over-year.

**Total operating expenses** were $99.3 million, a 19% decrease year-over-year.

- *Research and development expenses* were $48.3 million, a 21% decrease year-over-year, representing 16.2% of total revenues, compared to 22.1% in the corresponding period in 2017. The decrease was primarily due to a decrease in share based compensation expense.
- *Sales and marketing expenses* were $41.7 million, a 17% decrease year-over-year, representing 14.0% of total revenues, compared to 18.1% in the corresponding period in 2017. The decrease was primarily attributable to a decrease in marketing and promotional spending on some of the Company's mobile products and share based compensation expense.
- *General and administrative expenses* were $9.4 million, a 19% decrease year-over-year, representing 3.1% of total revenues, compared to 4.2% in the corresponding period in 2017. The decrease was primarily due to a decrease in professional fees.

**Operating income** was $12.4 million, compared to operating income of $20.5 million in the corresponding period in 2017. **Non-GAAP operating income** was $13.1 million, compared to non-GAAP operating income of $42.9 million in the corresponding period in 2017.

**Other income, net** was $9.6 million, compared with $0.6 million in the corresponding period in 2017. The increase was primarily due to an increase in the gain from short-term investments.

**Income tax benefit** was $3.6 million, compared to income tax expense of $6.8 million in the corresponding period of 2017. The income tax benefit was primarily due to a decrease in taxable income and a larger tax benefit from the renewal of the Key National Software Enterprise status for one of the Company's subsidiaries.

**Net income attributable to Sogou Inc.** was $26.4 million, a 71% increase year-over-year. **Non-GAAP net income attributable to Sogou Inc.** was $27.1 million, a 28% decrease year-over-year.

**Basic earnings per ADS and diluted earnings per ADS** were $0.07. **Non-GAAP basic and diluted earnings per ADS** were $0.07.

As of December 31, 2018, the Company had **cash and cash equivalents and short-term investments** of $1.0 billion, compared with $1.0 billion as of December 31, 2017. **Net operating cash outflow** for the fourth quarter of 2018 was $21.3 million. **Capital expenditures** for the fourth quarter of 2018 were $22.1 million.

<u>**Full Year 2018 Financial Results**</u>

**Total revenues** were $1.12 billion, a 24% increase from 2017.

- *Search and search-related revenues* were $1.02 billion, a 28% increase from 2017. The increase was primarily due to solid growth in **auction-based pay-for-click services**, which accounted for 83.8% of search and search-related revenues, compared to 83.0% in 2017.
- *Other revenues* were $101.0 million, a 5% decrease from 2017. The decrease was primarily due to lower sales of smart hardware products.

**Cost of revenues** was $693.5 million, a 52% increase from 2017. *Traffic acquisition cost*, a primary driver of cost of revenues, increased by 75% to $532.7 million, representing 47.4% of total revenues, compared to 33.4% in 2017.

**Gross profit** was $430.7 million, a 4% decrease from 2017. **Non-GAAP gross profit** was $431.4 million, a 4% decrease from 2017.

**Total operating expenses** were $386.0 million, an 8% increase from 2017.

- *Research and development expenses* were $201.7 million, a 17% increase from 2017, representing 17.9% of total revenues compared to 19.0% in 2017.
- *Sales and marketing expenses* were $146.2 million, a 7% decrease from 2017, representing 13.0% of total revenues compared to 17.2% in 2017.
- *General and administrative expenses* were $38.1 million, a 37% increase from 2017, representing 3.4% of total revenues compared to 3.1% in 2017.

**Operating income** was $44.7 million, compared to operating income of $93.9 million in 2017. **Non-GAAP operating income** was $58.9 million, compared to operating income of $117.6 million in 2017.

**Other income, net** was $41.5 million, compared to $0.7 million in 2017. The increase was primarily due to an increase in gain from short-term investments, as well as a $17.8 million gain from one of the Company's equity investments recognized under a new accounting standard (ASC321) that became effective on January 1, 2018.

**Income tax** expense was $1.2 million, compared to $14.4 million in 2017. The decrease in income tax expense mainly resulted from a decrease in taxable income and a larger tax benefit from the renewal of the Key National Software Enterprise status for one of the Company's subsidiaries.

**Net income attributable to Sogou Inc.** was $98.8 million, an increase of 20% from 2017. **Non-GAAP net income attributable to Sogou Inc.** was $113.0 million, an increase of 7% from 2017.

**Basic** and **diluted earnings per ADS** were $0.25. **Non-GAAP basic** and **diluted earnings per ADS** were $0.29.

---

[1] On a constant currency (non-GAAP) basis, if the exchange rate in the fourth quarter of 2018 had been the same as it was in the fourth quarter of 2017, or RMB 6.61=$1.00, total revenues in the fourth quarter of 2018 would have been $311.4 million, or $13.6 million more than GAAP total revenues, and up 12% year-over-year.

[2] Non-GAAP results exclude share-based compensation expense. Explanation of the Company's non-GAAP financial measures and related reconciliations to GAAP financial measures are included in the accompanying "Non-GAAP Disclosure" and "Reconciliations of Non-GAAP Results of Operation Measures to the Nearest Comparable GAAP Measures."

3 The Company has adopted ASU No. 2014-09, "Revenue from Contracts with Customers" beginning January 1, 2018. The only major impact of the standard is that revenues and expenses related to advertising barter transactions are recognized beginning January 1, 2018. The impact for the fourth quarter of 2018 is approximately $4.6 million for both revenues, and cost of revenues and expenses.

## Recent developments

On January 22, 2019, Mr. Yuxin Ren resigned as a member of the board of directors of the Company (the "Board") for personal reasons. Mr. Yu Yin was appointed by the Company's shareholder Tencent Holding Limited ("Tencent") to serve on the Board as a Tencent designee pursuant to the Company's articles of association, effective January 23, 2019. Mr. Yin joined Tencent in 2006 and currently serves as a Corporate Vice President in charge of all of Tencent's information feed products and young people's entertainment communities. Mr. Yin was in charge of QQ from 2006 to 2018. Before joining Tencent, Mr. Yin worked for Microsoft for eight years. Ms. Yin received a bachelor's degree in computer science from Grinnell College in the United States.

**Business Outlook**

For the first quarter of 2019, Sogou expects total revenues to be in the range $231 million to $241 million, representing a 3% to 7% decrease year-over-year, or a 1% to 5% increase year-over-year in RMB terms.

For the first quarter 2019 guidance, the Company has adopted a presumed exchange rate of RMB 6.90 = $1.00, as compared with the actual exchange rate of approximately RMB6.36 = $1.00 for the first quarter of 2018, and RMB 6.91 = $1.00 for the fourth quarter of 2018.

**Non-GAAP Disclosure**

To supplement the unaudited consolidated financial information prepared in accordance with generally accepted accounting principles in the United States of America ("GAAP"), Sogou's management uses non-GAAP measures of gross profit, gross margin, and net income that are adjusted from results based on GAAP to exclude the impact of share-based awards. These measures should be considered in addition to results prepared in accordance with GAAP, but should not be considered a substitute for, or superior to, GAAP results.

Sogou's management believes that excluding share-based compensation expense is useful for management's internal operating purposes and for investors. The amount of share-based compensation expense cannot be anticipated by management, and this is not built into the Company's annual budgets and quarterly forecasts, which generally will be the basis for information Sogou provides to analysts and investors as guidance for future operating performance. As share-based compensation expense does not involve subsequent cash outflow, Sogou does not factor in this expense when evaluating and approving expenditures or when determining the allocation of its resources to its business operations. As a result, in general, the Company's monthly financial results for internal reporting and any performance measures for commissions and bonuses are based on these non-GAAP financial measures that exclude share-based compensation expense.

The non-GAAP financial measures are provided to enhance investors' overall understanding of Sogou's current financial performance and prospects for the future. A limitation of using non-GAAP gross profit, gross margin, and net income measures that exclude share-based compensation expense is that share-based compensation expense has been and is likely to continue to be a significant recurring expense in the Company's business. In order to mitigate these limitations, the Company has provided specific information regarding the GAAP amounts excluded from each non-GAAP measure. The accompanying tables include details on the reconciliation between GAAP financial measures that are most directly comparable to the non-GAAP financial measures the Company has presented.

**Safe Harbor Statement**

This announcement contains forward-looking statements. It is currently expected that the Business Outlook will not be updated until release of Sogou's next quarterly earnings announcement. However, Sogou reserves the right to update its Business Outlook at any time for any reason. Statements that are not historical facts, including statements about Sogou's and Sogou management's beliefs and expectations, are forward-looking statements. These statements are based on current plans, estimates, and projections, which involve inherent risks and uncertainties. We caution you that a number of important factors could cause actual results to differ materially from those contained in any forward-looking statement. Potential risks and uncertainties include, but are not limited to, intense competition in the market for search and search-related services; our need to continually innovate and adapt in order to grow our business; our reliance on Tencent platforms for a significant portion of our user traffic; and uncertainty regarding the extent and reach of PRC governmental regulation of sponsored search. Further information regarding these and other risks is included in Amendment No. 2 to Sogou's Registration Statement on Form F-1 (Registration No. 333-220928) filed with the Securities and Exchange Commission on November 6, 2017, and other documents Sogou files with or submits to the Securities and Exchange Commission.

**Conference Call and Webcast**

Sogou's management team will host a conference call at 7:30am U.S. Eastern Time, (8:30pm Beijing/Hong Kong time) on February 1, 2019, following the announcement of quarterly and fiscal year results.

The dial-in details for the live conference call are:

| | |
|---|---|
| U.S. Toll Free: | +1-888-317-6003 |
| Mainland China Toll Free: | 4001-206115; or 4001-201203 |
| Hong Kong Toll Free: | 800-963976; or 800-905945 |
| Hong Kong Local Toll: | +852-580-81995 |
| International: | +1-412-317-6061 |
| Passcode: | 8389106 |

Please dial in 10 minutes before the call is scheduled to begin. When prompted, ask to be connected to the **Sogou Inc.** call and provide the passcode.

A replay of the conference call may be accessed by phone at the following number until February 8, 2019:

| | |
|---|---|
| International: | +1-412-317-0088 |
| Passcode: | 10127927 |

A live webcast and archive of the conference call will be available on the Investor Relations section of Sogou's website at http://ir.sogou.com.

**About Sogou**

Sogou Inc. (NYSE: SOGO) is an innovator in search and a leader in China's internet industry. With a mission to make it easy to communicate and get information, Sogou has grown to become the second largest search engine by mobile queries and the fourth largest internet company by MAU in China. Sogou has a wide range of innovative products and services including the Sogou Input Method, which is the largest Chinese language input software for both mobile and PC. Sogou is also at the forefront of AI development and has made significant breakthroughs in voice and image technologies, machine translation, and Q&A, which have been successfully integrated into our products and services.

**For investor enquiries, please contact:**

**Jessie Zheng**
Sogou Investor Relations
Tel: +86 10 5689 8068
Email: ir@sogou-inc.com

**For media enquiries, please contact:**

**Rachael Layfield**
Brunswick Group
Tel: +86 10 5960-8600
Email: sogou@brunswickgroup.com

SOGOU INC.
CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS
(UNAUDITED, IN THOUSANDS EXCEPT PER SHARE AMOUNTS)

| | Three Months Ended | | | | | Twelve Months Ended | | |
|---|---|---|---|---|---|---|---|---|
| | Dec. 31, 2018 | | Sep. 30, 2018 | | Dec. 31, 2017 | | Dec. 31, 2018 | Dec. 31, 2017 |
| **Revenues:** | | | | | | | | |
| Search and search-related advertising revenues | $ | 276,824 | $ | 255,312 | $ | 247,140 | $ 1,023,132 | $ 801,551 |
| Other revenues | | 20,967 | | 21,255 | | 30,645 | 101,026 | 106,806 |
| **Total revenues** | | **297,791** | | **276,567** | | **277,785** | **1,124,158** | **908,357** |
| Cost of revenues [1] | | 186,076 | | 173,622 | | 134,183 | 693,470 | 457,401 |
| **Gross profit** | | **111,715** | | **102,945** | | **143,602** | **430,688** | **450,956** |
| **Operating expenses:** | | | | | | | | |
| Research and development [1] | | 48,284 | | 50,598 | | 61,263 | 201,739 | 172,829 |
| Sales and marketing [1] | | 41,677 | | 43,592 | | 50,208 | 146,194 | 156,420 |
| General and administrative [1] | | 9,376 | | 15,548 | | 11,632 | 38,072 | 27,821 |
| **Total operating expenses** | | **99,337** | | **109,738** | | **123,103** | **386,005** | **357,070** |
| **Operating (loss)/income** | | **12,378** | | **(6,793)** | | **20,499** | **44,683** | **93,886** |
| Interest income | | 1,075 | | 1,732 | | 2,939 | 8,037 | 9,126 |
| Foreign currency exchange (loss)/gain[2] | | (266) | | 4,521 | | (1,805) | 5,725 | (7,082) |
| Other income, net | | 9,627 | | 24,049 | | 580 | 41,489 | 692 |
| **Income before income tax expenses** | | **22,814** | | **23,509** | | **22,213** | **99,934** | **96,622** |
| Income tax (benefit)/expenses | | (3,579) | | (409) | | 6,750 | 1,153 | 14,422 |
| **Net income** | | **26,393** | | **23,918** | | **15,463** | **98,781** | **82,200** |
| **Net income attributable to Sogou Inc.** | $ | **26,393** | $ | **23,918** | $ | **15,463** | $ **98,781** | $ **82,200** |
| Less: Dividends attributable to preferred shareholders | | — | | — | | 3,319 | — | 24,388.00 |
| **Net income attributable to ordinary shareholders** | $ | **26,393** | $ | **23,918** | $ | **12,144** | $ **98,781** | $ **57,812** |
| Weighted average number of ordinary shares outstanding—basic | | 390,065 | | 389,566 | | 314,977 | 388,731 | 257,173 |
| Weighted average number of ordinary shares outstanding— diluted | | 395,074 | | 396,354 | | 337,263 | 395,898 | 287,305 |
| Net income per ordinary share—basic | $ | 0.07 | $ | 0.06 | $ | 0.04 | $ 0.25 | $ 0.22 |
| Net income per ordinary share—diluted | $ | 0.07 | $ | 0.06 | $ | 0.04 | $ 0.25 | $ 0.20 |
| Net income per ADS—basic | $ | 0.07 | $ | 0.06 | $ | 0.04 | $ 0.25 | $ 0.22 |
| Net income per ADS—diluted | $ | 0.07 | $ | 0.06 | $ | 0.04 | $ 0.25 | $ 0.20 |
| | | | | | | | | |
| [1] **Share-based compensation expense included in:** | | | | | | | | |
| Cost of revenues | $ | (47) | $ | 234 | $ | 535 | $ 669 | $ 540 |
| Research and development | | 482 | | 3,008 | | 15,239 | 10,313 | 16,470 |
| Sales and marketing | | 174 | | 373 | | 4,234 | 1,327 | 4,299 |
| General and administrative | | 140 | | 514 | | 2,407 | 1,895 | 2,414 |
| | $ | 749 | $ | 4,129 | $ | 22,415 | $ 14,204 | $ 23,723 |

[2] Foreign currency exchange (loss)/gain, mainly arising from our cross-border RMB-denominated intragroup loans, is a result of appreciation or depreciation, respectively, of the RMB,

SOGOU INC.
CONDENSED CONSOLIDATED BALANCE SHEETS
(UNAUDITED, IN THOUSANDS)

| | As of December. 31, 2018 | | As of Dec. 31, 2017 | |
|---|---|---|---|---|
| **ASSETS** | | | | |
| **Current assets:** | | | | |
| Cash and cash equivalents | $ | 185,175 | $ | 694,207 |
| Short-term investments | | 851,327 | | 339,006 |
| Accounts receivable, net | | 104,074 | | 69,967 |
| Loans and interest receivables, net | | 38,812 | | — |
| Prepaid and other current assets | | 40,122 | | 15,091 |
| Due from related parties | | 2,608 | | 2,971 |
| Total current assets | | 1,222,118 | | 1,121,242 |
| Long-term investments, net | | 63,305 | | 30,152 |
| Fixed assets, net | | 147,495 | | 139,209 |
| Goodwill | | 5,625 | | 5,908 |
| Intangible assets, net | | 1,349 | | 1,328 |
| Deferred tax assets, net | | 13,793 | | 15,006 |
| Other assets | | 9,159 | | 8,191 |
| **Total assets** | $ | **1,462,844** | $ | **1,321,036** |
| **LIABILITIES** | | | | |
| **Current liabilities:** | | | | |
| Accounts payable | $ | 108,679 | $ | 73,018 |
| Accrued and other short term liabilities | | 151,399 | | 164,269 |
| Receipts in advance | | 65,324 | | 66,199 |
| Accrued salary and benefits | | 32,079 | | 29,719 |
| Taxes payable | | 60,433 | | 56,481 |
| Due to related parties | | 38,425 | | 23,109 |
| Total current liabilities | | 456,339 | | 412,795 |
| **Total liabilities** | $ | **456,339** | $ | **412,795** |
| | | | | |
| **SHAREHOLDERS' EQUITY** | | | | |
| Sogou Inc. shareholders' equity | | 1,006,505 | | 908,241 |
| **Total shareholders' equity** | | **1,006,505** | | **908,241** |
| **Total liabilities and shareholders' equity** | $ | **1,462,844** | $ | **1,321,036** |

SOGOU INC.
RECONCILIATIONS OF NON-GAAP RESULTS OF OPERATION MEASURES TO THE NEAREST COMPARABLE GAAP MEASURES
(UNAUDITED, IN THOUSANDS EXCEPT PER SHARE AMOUNTS)

| | Three Months Ended Dec. 31, 2018 | | | Three Months Ended Sep. 30, 2018 | | | Three Months Ended Dec. 31, 2017 | | |
|---|---|---|---|---|---|---|---|---|---|
| | GAAP | Non-GAAP Adjustments[1] | Non-GAAP | GAAP | Non-GAAP Adjustments[1] | Non-GAAP | GAAP | Non-GAAP Adjustments[1] | Non-GAAP |
| Gross profit | $ 111,715 | $ (47) | $ 111,668 | $ 102,945 | $ 234 | $ 103,179 | $ 143,602 | $ 535.00 | $ 144,137 |
| Gross margin | 38% | | 37% | 37% | | 37% | 52% | | 52% |
| Operating expenses | $ 99,337 | $ (796) | $ 98,541 | $ 109,738 | $ (3,895) | $ 105,843 | $ 123,103 | $ (21,880) | $ 101,223 |
| Operating Profit | $ 12,378 | $ 749 | $ 13,127 | $ (6,793) | $ 4,129 | $ (2,664) | $ 20,499 | $ 22415 | $ 42,914 |
| Operating margin | 4% | | 4% | -2% | | -1% | 7% | | 15% |
| Income tax (benefit)/expenses | $ (3,579) | $ | $ (3,579) | $ (409) | $ | $ (409) | $ 6,750 | $ | $ 6,750 |
| Net income | $ 26,393 | $ 749 | $ 27,142 | $ 23,918 | $ 4,129 | $ 28,047 | $ 15,463 | $ 22415 | $ 37,878 |
| Net income attributable to Sogou Inc. | $ 26,393 | $ 749 | $ 27,142 | $ 23,918 | $ 4,129 | $ 28,047 | $ 15,463 | $ 22415 | $ 37,878 |
| Net margin attributable to Sogou Inc. | 9% | | 9% | 9% | | 10% | 6% | | 14% |

(1) To exclude share-based compensation expense. This non-GAAP adjustment does not have an impact on income tax expense.

SOGOU INC.
RECONCILIATIONS OF NON-GAAP RESULTS OF OPERATION MEASURES TO THE NEAREST COMPARABLE GAAP MEASURES
(UNAUDITED, IN THOUSANDS EXCEPT PER SHARE AMOUNTS)

| | Twelve Months Ended Dec. 31, 2018 | | | Twelve Months Ended Dec. 31, 2017 | | |
| | GAAP | Non-GAAP Adjustments [1] | Non-GAAP | GAAP | Non-GAAP Adjustments [1] | Non-GAAP |
|---|---|---|---|---|---|---|
| Gross profit | $ 430,688 | $ 669 | $ 431,357 | $ 450,956 | $ 540 | $ 451,496 |
| Gross margin | 38% | | 38% | 50% | | 50% |
| Operating expenses | $ 386,005 | $ (13,535) | $ 372,470 | $ 357,070 | $ (23,183) | $ 333,887 |
| Operating Profit | $ 44,683 | $ 14,204 | $ 58,887 | $ 93,886 | $ 23,723 | $ 117,609 |
| Operating margin | 4% | | 5% | 10% | | 13% |
| Income tax expense | $ 1,153 | $ | $ 1,153 | $ 14,422 | $ | $ 14,422 |
| Net income | $ 98,781 | $ 14,204 | $ 112,985 | $ 82,200 | $ 23,723 | $ 105,923 |
| Net income attributable to Sogou Inc. | $ 98,781 | $ 14,204 | $ 112,985 | $ 82,200 | $ 23,723 | $ 105,923 |
| Net margin attributable to Sogou Inc. | 9% | | 10% | 9% | | 12% |

(1)  To exclude share-based compensation expense. This non-GAAP adjustment does not have an impact on income tax expense.

-END-