# EXHIBIT J



| Finance Home | Watchlists | My Portfolio | Screeners | Premium | Markets | Industries | Videos | Premium - Try it free |

## Sogou Inc. (SOGO)
NYSE - NYSE Delayed Price. Currency in USD

**5.11** -0.03 (-0.58%)    **5.00** -0.11 (-2.15%)
At close: September 16 4:02PM EDT    Pre-Market: 8:16AM EDT

Add to watchlist    Visitors trend 2W ↑ 10W ↑ 9M ↑    Quote Lookup

Buy    Sell

Summary | Company Outlook NEW | Chart | Conversations | Statistics | **Historical Data** | Profile | Financials | Analysis | Options | Holders | Sustain

Get pre-qualified for a SoFi loan rate in 2 minutes.

NORTHERN TRUST

...hatever you're pursuing, our deep financial expertise will help you build, protect and activate your wealth.

ACHIEVE GREATER

YAHOO! FINANCE Premium
It's your money. Trade up. Try it free

NY's 5
College Savings
START NOW ›
Click for a Disclosure Booklet

Time Period: Oct 30, 2018 - Nov 05, 2018 ∨    Show: Historical Prices ∨

Frequency: Daily ∨    Apply

Currency in USD    ⬇ Download Data

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Nov 05, 2018 | 6.07 | 6.58 | 5.66 | 6.35 | 6.35 | 3,619,100 |
| Nov 02, 2018 | 6.85 | 6.86 | 6.07 | 6.31 | 6.31 | 3,473,200 |
| Nov 01, 2018 | 5.94 | 6.74 | 5.89 | 6.62 | 6.62 | 4,102,500 |
| Oct 31, 2018 | 5.50 | 5.87 | 5.50 | 5.81 | 5.81 | 4,002,600 |
| Oct 30, 2018 | 5.57 | 5.84 | 5.38 | 5.50 | 5.50 | 2,660,300 |

*Close price adjusted for splits.    **Adjusted close price adjusted for both dividends and splits.

Yahoo Small Business

Data Disclaimer   Help   Suggestions
Privacy (Updated)   About Our Ads   Terms (Updated)   Sitemap

© 2019 Verizon Media. All rights reserved.