

1111 Summer Street, Suite 403
Stamford, CT 06905
T: 203-992-4523
F: 212-363-7171
www.zlk.com

Shannon L. Hopkins
shopkins@zlk.com

October 8, 2019

**VIA ECF**

Hon. J. Paul Oetken
United States District Court Judge
Thurgood Marshall United States Courthouse
Courtroom 706
40 Foley Square
New York, NY 10007

> Re:   *Jiajia Luo, Individually and on Behalf of All Others Similarly Situated v. Sogou Inc, et al.*, Case No. 19 Civ. 230 (JPO) (S.D.N.Y.)

Dear Judge Oetken:

Pursuant to sections 1.A, 3.C, and 3.D.ii of the Court's Individual Practices in Civil Cases ("IPCC"), by this letter motion, Plaintiffs seek to extend by two weeks their opportunity to amend the Complaint (ECF No. 45) in response to Defendants' Motions to Dismiss (ECF Nos. 48-54).

Pursuant to IPCC 3.D.ii, in response to a motion to dismiss, this Court permits plaintiffs 21 days to amend their pleadings pursuant to Fed. R. Civ. P. 15(a)(1)(B). That period expires today, October 8, 2019. Pursuant to IPCC 3.C, Plaintiffs seek an extension of that 21 day period by two weeks, until October 22, 2019. Plaintiffs have sought no previous extension of this deadline. Plaintiffs have requested Defendants' consent. Defendants have agreed to discuss Plaintiffs' request for an extension with their clients, but because of time differences between New York and the People's Republic of China, Defendants cannot timely grant or refuse to grant their clients' consent.

Under Fed. R. Civ. P. 8(a), while Plaintiffs believe the Complaint adequately pleads a cause of action for violations of the Securities Act of 1933, they believe they can clarify and strengthen their allegations and potentially add additional allegations related to Defendants' Registration Statement on Form F-1 and Prospectus.

Respectfully,

*/s/ Shannon L. Hopkins*
Shannon L. Hopkins

cc: All counsel of record (via ECF)