# EXHIBIT C

LexisNexis®

# Law of the People's Republic of China on the Protection for Heroes and Martyrs

| Promulgation date | 04-27-2018 | Document Number | Order of the President of the People's Republic of China No.5 |
|---|---|---|---|
| Promulgator | Standing Committee of the National People's Congress | Effective region | NATIONAL |
| Effectiveness | Effective | Effective date | 05-01-2018 |
| Category | Government Authority Affairs ( Administrative Law->Government Authority Affairs ) | | |

Law of the People's Republic of China on the Protection for Heroes and Martyrs

Order of the President of the People's Republic of China No.5

April 27, 2018

The Law of the People's Republic of China on the Protection for Heroes and Martyrs, adopted at the Second Session of the Standing Committee of the 13th National People's Congress of the People's Republic of China on April 27, 2018, is hereby promulgated and took effect from May 1, 2018.

President of the People's Republic of China Xi Jinping

Law of the People's Republic of China on the Protection for Heroes and Martyrs

(Adopted at the Second Session of the Standing Committee of the 13th National People's Congress of the People's Republic of China on April 27, 2018)

Article 1 For the purpose of strengthening the protection for heroes and martyrs, safeguarding the benefits of the general public, inheriting and carrying forward the spirit of heroes and martyrs and the patriotic spirit, forming and fulfilling socialist core values, and stimulating the powerful strength to realize the Chinese Dream of the great rejuvenation of the Chinese nation, this Law is formulated in accordance with the Constitution.

Article 2 The State and the Chinese people venerate and keep firmly in mind forever the sacrifices and contributions made by heroes and martyrs to the country, the people and the nation.
Meritorious services of heroes and martyrs who struggled in their lifetime and made the ultimate sacrifice for fighting for national independence and the liberation of the people, realizing the prosperity of the country and happiness of the people and promoting world peace and human progress in the recent history, are enshrined into history, and their spirit shall be immortal.

Article 3 The deeds and spirit of heroes and martyrs are the common historical memory of the Chinese nation and the important embodiment of socialist core values.
The State protects heroes and martyrs, commends and commemorates heroes and martyrs, steps up efforts in publicizing and providing education about the deeds and spirit of heroes and martyrs, and protects their dignity and lawful rights and interests.

The entirety of society shall venerate, learn from and defend heroes and martyrs.

Article 4 All levels of people's governments shall strengthen the protection for heroes and martyrs, and take the work of publicizing and carrying forward the deeds and spirit of heroes and martyrs as an important component of socialist cultural and ethical progress.
Departments in charge of the protection for heroes and martyrs in people's governments above the county level and other relevant organs shall fulfill their duties according to the law, and work effectively on the protection for heroes and martyrs.
Relevant military departments shall work effectively on the protection for heroes and martyrs, in accordance with the rules of the State Council and the Central Military Commission.
People's governments above the county level shall count expenditures necessary for the protection for heroes and martyrs into the budget of the corresponding level.

Article 5 September 30 of each year is taken as the memorial day for martyrs, on which the State will hold a memorial ceremony in front of the Monument to the People's Heroes at Tiananmen Square in the Capital City Beijing to remember heroes and martyrs.
People's governments above the county level and relevant military departments shall hold memorial activities on the memorial day for martyrs.
Representatives of family members of deceased heroes and martyrs shall be invited to attend the memorial activities held for heroes and martyrs.

Article 6 Government agencies, groups, villages, communities, schools, enterprises, public institutions and relevant military departments may organize memorial activities for heroes and martyrs on Tomb-sweeping Day and on important anniversaries, depending on the actual situations.

Article 7 The State builds and protects memorials for heroes and martyrs, to commemorate and remember heroes and martyrs.
The Monument to the People's Heroes erected in Tiananmen Square in the Capital City Beijing, as the perpetual memorial facility built by the country and the people to commemorate and remember heroes and martyrs, symbolizes the continuing efforts of the Chinese people and the Chinese nation in the recent history fighting for national independence and liberation, freedom and happiness of the people, and the prosperity, strength and spirit of the country.
The Monument to the People's Heroes, as well as its name, title of the monument, the inscription, carved relief, graphs, and marks, are protected under the law.

Article 8 People's governments above the county level shall incorporate the construction and protection for memorials for heroes and martyrs into the planning for the national economy and social development and urban development planning, to strengthen the protection and administration of memorials for heroes and martyrs; memorials for heroes and martyrs that are of memorable and educational significance, shall be assessed to be and announced as cultural relic protection sites under the Law of the People's Republic of China on the Protection for Cultural Relics.
For the renovation and protection for memorials for heroes and martyrs in old revolutionary base areas, ethnic minority areas, border areas and poverty-stricken areas, subsidies will be provided from the central finance according to applicable rules of the State.

Article 9 Memorials for heroes and martyrs shall be made accessible to the general public for free to enable the public to pay their respects and mourn heroes and martyrs, carry out memorial and educational activities, and admire the spirit of martyrs.
Where memorials as mentioned in the preceding paragraph are administered by relevant military departments, they may be made accessible to the public in accordance with the rules of the army.

Article 10 Entities in charge of protecting memorials for heroes and martyrs shall improve the norms concerning services and management in this regard, to make it convenient for the public to pay their

respects and mourn heroes and martyrs and maintain the solemn, respectful and tranquil environment of memorials for heroes and martyrs.

No organization or individual shall carry out any activity which damages the environment and climate of memorials for heroes and martyrs, within the protective scope of memorials for heroes and martyrs, occupy land or facilities within the protective scope of memorials for heroes and martyrs, or destroy or stain memorials for heroes and martyrs.

Article 11 When heroes and martyrs are being buried, people's governments above the county level and relevant military departments shall hold solemn, respectful, civilized and economical ceremonies for the purpose of farewells and burying.

Article 12 The State establishes and improves tomb-sweeping systems and etiquette for heroes and martyrs, to guide citizens to carry out tomb-sweeping activities in a solemn and orderly manner.
Relevant departments of people's governments above the county level shall provide convenience for the family members of the deceased heroes and martyrs to sweep their tombs.

Article 13 Relevant departments of the people's governments above the county level shall instruct citizens to keep firmly in mind the deeds of heroes and martyrs and inherit and carry forward their spirit through a wide range of means, including visiting memorials for heroes and martyrs in a respectful manner, taking an oath collectively and holding online memorial ceremonies.

Article 14 Where heroes and martyrs are buried in a foreign country, the diplomatic mission or the consulate established by the People's Republic of China in the foreign country shall organize tomb-sweeping activities, in consideration of the actual situations of that foreign country.
The State will strengthen cooperation with relevant countries to search for and collect skeletal remains, remains, and historical materials and step up the renovation and protection for memorials for heroes and martyrs.

Article 15 The State encourages and supports studies into the deeds and spirit of heroes and martyrs, and understand and give an account of history under the guidance of dialectical materialism and historical materialism.

Article 16 All levels of people's governments and relevant military departments shall ramp up their efforts to collect, protect and display the remains of heroes and martyrs, and organize studies, compilation and publicity of historical materials in connection with heroes and martyrs.
The State encourages and supports efforts in taking advantage of local resources in old revolutionary areas to carry out research, publicity and educational activities on the deeds and spirit of heroes and martyrs.

Article 17 Administrative departments of education shall incorporate the publicity and education of the deeds and spirit of heroes and martyrs into the national educational system, particularly for juvenile students.
Administrative departments of education and all levels of different schools shall include the deeds and spirit of heroes and martyrs in the educational content, organize memorial educational activities, and strengthen the education of patriotism, collectivism and socialism among students.

Article 18 Departments of culture, news and press, radio and television, film, and cyberspace shall advocate and favor the creation, production, publicity and promotion of excellent literature and artistic works, radio and television programs, publications that are themed on the deeds of heroes and martyrs and carry forward the spirit of heroes and martyrs.

Article 19 Radio stations, television stations, publishing houses for newspapers and periodicals, and internet information service providers shall play or publish works themed on heroes and martyrs,

release public-interest advertisements, and set up special columns or otherwise to publicize the deeds and spirit of heroes and martyrs extensively.

Article 20 The State encourages and supports natural persons, legal persons and unincorporated organizations to make donations, voluntarily publicize the deeds and spirit of heroes and martyrs, offer aid to family members of deceased heroes and martyrs, or organize other public-interest activities, to participate in the protection for heroes and martyrs.
Donations made by natural persons, legal persons and unincorporated organizations for the protection for heroes and martyrs shall be entitled to tax incentives according to the law.

Article 21 The State operates the pension and preferential treatment system for heroes and martyrs. Family members of deceased heroes and martyrs shall be entitled to preferential treatment in education, employment, elderly-care, housing and medical care in accordance with the applicable rules of the State. The pension and preferential treatment offered shall be commensurate to the national economic growth and social development and be gradually enhanced accordingly.
Relevant departments of the State Council, relevant military departments and local people's governments shall show concern to the living situation of family members of deceased heroes and martyrs, and pay regular visits to and condole the family members of deceased heroes and martyrs each year.

Article 22 Any practices that distort, vilify, desecrate or negate the deeds or spirit of any heroes and martyrs are prohibited.
Names, portraits, fame and honors of heroes and martyrs are protected under the law. No organization or individual shall damage the names, portraits, fame or honors of heroes and martyrs in an insulting or defamatory way or otherwise, in a public place or on the internet, or make use of radio or television programs, films or publications for such purposes. No organization or individual shall use the names or portraits of heroes and martyrs directly or in a disguised manner in trademarks or commercials, to damage the fame and honors of heroes and martyrs.
Departments of public security, culture, news and press, radio and television, film, cyberspace and market regulation, and departments in charge of the protection for heroes and martyrs shall respond in a timely manner to any practices, if any, as mentioned in the preceding paragraph according to the law.

Article 23 Where relevant departments of cyberspace, telecommunications and public security detect any information published or transmitted on the internet to damage the names, portraits, fame or honors of heroes and martyrs in an insulting or defamatory way or otherwise, when they supervise and regulate information on the internet according to the law, they shall require network operators to cease the transmission, erase such information and take other necessary measures; where such information is sourced from places outside the territory of the People's Republic of China, they shall notify the relevant institutions to adopt technical approaches and take other necessary measures to stop the transmission of such information.
When a network service provider finds that a user publishes the information as mentioned in the preceding paragraph, it shall immediately stop the transmission of such information, take measures to respond to the information, such as erasing the problematic information, prevent the dissemination of such information, save relevant records, and report the case to the relevant competent authority. Where the network service provider fails to take measures to stop the transmission of and erase the problematic information, it shall be punished according to the Cybersecurity Law of the People's Republic of China.

Article 24 Any organization or individual shall have the right to report to the department in charge of the protection for heroes and martyrs or departments of cyberspace or public security any acts that damage the lawful rights and interests of heroes and martyrs or violate the provisions herein, and the department receiving such report shall respond to it according to the law in due time.

Article 25 The close relatives of heroes and martyrs may bring charges against acts damaging the names, portraits, fame or honors of heroes and martyrs in the people's courts according to the law.
Where heroes or martyrs do not have any close relatives, or their close relatives do not bring charges, the procuratorial organs may press charges against acts that damage the names, portraits, fame or honors of heroes and martyrs and impair public interests in the people's courts according to the law.
Where departments in charge of the protection for heroes and martyrs or other relevant departments detect acts as mentioned in the first paragraph when they are performing their functions, and need prosecutorial organs to bring charges, they shall report the same to procuratorial organs.
Where close relatives of heroes or martyrs bring charges in accordance with the rules set out in the first paragraph, legal assistance agencies shall offer legal assistance services according to the law.

Article 26 Any party that damages the names, portraits, fame or honors of heroes or martyrs in an insulting or defamatory way or otherwise and impairs the public interests shall bear civil liability according to the law; where its act constitutes a violation of public security regulations, the public security organ shall impose the punishment of public security regulation according to the law; where a crime is constituted, its criminal liability shall be pursued.

Article 27 Entities in charge of the protection for memorials for heroes and martyrs shall discourage any activities carried out within the protective scope of memorials if such activities damage the environment or atmosphere of the commemoration of heroes and martyrs; in the case of refusal to follow the dissuasion, departments in charge of the protection for heroes and martyrs and competent authorities of relics under local people's governments above the county level shall criticize and educate the parties concerned within their duties and order corrections; where such parties' acts constitute violation of public security regulations, the public security organs shall impose the punishment of public security regulation according to the law.
Where any party that desecrates or negates the deeds or spirit of any heroes and martyrs, or advocates or glorifies wars or acts of aggression, or picks a quarrel and makes trouble, which disrupts the public order, the public security organ shall impose the punishment of public security regulation according to the law if the behavior constitutes the violation of public security regulations; where a crime is constituted, its criminal liability shall be pursued.

Article 28 In the case of any behavior that occupies, destroys or stains memorials for heroes and martyrs, departments in charge of the protection for heroes and martyrs under people's governments above the county level shall order corrections; the parties concerned shall bear civil liability for any loss caused; where the occupied, destroyed or stained memorials for heroes and martyrs are cultural relic protection sites, punishment shall be imposed according to the Law of the People's governments above the county level on the Protection for Cultural Relics; where the behavior constitutes the violation of public security regulations, the public security organs shall impose the punishment of public security regulation according to the law; where a crime is constituted, criminal liability shall be pursued according to the law.

Article 29 Where relevant departments of people's governments above the county level, as well as the functionaries thereof, are found abusing their power, neglecting their duties or committing fraud to seek personal gains, individuals directly in charge and other personnel directly held liable shall receive disciplinary punishment imposed according to the law; where a crime is constituted, criminal liability shall be pursued according to the law.

Article 30 This Law shall enter into force as of May 1, 2018.

2019 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

Case 1:19-cv-00230-LJL    Document 67-3    Filed 11/26/19    Page 7 of 7