**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JIAJIA LUO, Individually and on Behalf of All Others Similarly Situated, | CASE No.: 1:19-cv-00230-LJL |
| Plaintiff, | |
| v. | **CLASS ACTION** |
| SOGOU INC, SOHU.COM, INC., TENCENT HOLDINGS LIMITED, XIAOCHUAN WANG, CHARLES (CHAOYANG) ZHANG, YUXIN REN, JOANNA (YANFENG) LU, BIN GAO, JOSEPH CHEN, JANICE LEE, JAMES (XIUFENG) DENG, CHI PING MARTIN LAU, DONALD J. PUGLISI, J. P. MORGAN SECURITIES LLC, CREDIT SUISSE SECURITIES (USA) LLC, GOLDMAN SACHS (ASIA) L.L.C., and CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LTD., | |
| Defendants. | |

**NOTICE OF SUPPLEMENTAL AUTHORITY IN FURTHER OPPOSITION TO DEFENDANTS SOGOU INC., SOHU.COM, J.P. MORGAN SECURITIES LLC, CREDIT SUISSE SECURITIES (USA) LLC, AND GOLDMAN SACHS (ASIA) L.L.C. MOTIONS TO DISMISS THE THIRD AMENDED COMPLAINT**

1

PLEASE TAKE NOTICE that on February 14, 2020, after Plaintiffs had filed their Opposition to Defendants' motions to dismiss the Third Amended Complaint (Dkt. No. 74), Judge Paul G. Byron of the United States District Court for the Middle District of Florida issued an opinion in *Maz Partners LP, v. First Choice Healthcare Solutions, Inc.*, No. 19-cv-619-Orl-40LRH, 2020 WL 1072582 (M.D. Fla. Feb. 14, 2020), adopting Magistrate Judge Hoffman's recommendations and denying the defendants' motions to dismiss. The *Maz Partners* plaintiffs alleged violations of the Securities Exchange Act of 1934 Section 10(b) and 20(a) and Securities and Exchange Rule 10b-5, promulgated thereunder. In his analysis of falsity, Judge Byron found that the securities laws prohibited the defendants from telling half-truths even as they had no duty to accuse themselves of wrongdoing,. *See id*. at *5.

Dated: March 23, 2020

Respectfully Submitted:

**LEVI & KORSINSKY, LLP**

/s/ *Shannon L. Hopkins*
Shannon L. Hopkins (SH-1887)
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523
Fax: (212) 363-7171
Email: shopkins@zlk.com

and

Donald J. Enright
1101 30th Street NW, Suite 115
Washington, D.C. 20007
Tel: (202) 524-4290
Fax: (202) 333-2121
denright@zlk.com

**THE ROSEN LAW FIRM, P.A.**

/s/ *Jacob A. Goldberg*
Jacob A. Goldberg
101 Greenwood Avenue, Suite 440

2

Jenkintown, PA 19046
Tel: (215) 686-2817
Fax: (212) 202-3827
Email: jgoldberg@rosenlegal.com

and

Philip Kim (PK 9384)
Laurence M. Rosen (LR 5733)
275 Madison Avenue, 34th Floor
New York, New York, 10016
Tel: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
        lrosen@rosenlegal.com


*Co-Lead Counsel for Lead Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of March 2020, the foregoing was filed through the CM/ECF System and served on parties or their counsel of record through the CM/ECF System.

*Shannon L. Hopkins*
Shannon L. Hopkins