

1111 Summer Street, Suite 403
Stamford, CT 06905
T: 203-992-4523
F: 212-363-7171
www.zlk.com

Shannon L. Hopkins
shopkins@zlk.com

April 27, 2020

**VIA ECF**

Hon. Lewis J. Liman
United States Courthouse
Courtroom 15C
500 Pearl Street
New York, NY 10007

   Re: *Jiajia Luo, Individually and on Behalf of All Others Similarly Situated v. Sogou*
     *Inc., et al.,* Case No. 19 Civ. 230 (LJL) (S.D.N.Y.)

Dear Judge Liman:

  We represent Plaintiffs in this Action. Without this Court's permission and in violation of Local Rules, Defendants used the supplemental authority they submitted effectively to file a second reply brief (Dkt. No. 83) in support of their motions to dismiss (Dkt. Nos. 48, 51, 53). Nothing prohibits the Court from considering the supplemental authority or Defendants from presenting it without argument. The Court should, however, strike and ignore altogether Defendants' letter containing improper argument. More, the supplemental authority is distinguishable. No daylight exists between this action and *Meyer v. Jinkosolar Holdings Co, Ltd.*, 761 F.3d 245, 251 (2d Cir. 2014) (reversing dismissal).

  Last, Plaintiffs respectfully submit as supplemental authority in opposition to Defendants' Motions to Dismiss *In re: Blue Apron Holdings, Inc. Sec. Litig.*, 17-cv-4846, 2020 WL 1950783 (E.D.N.Y. Apr. 22, 2020) (denying dismissal).

       Respectfully,

       Shannon L. Hopkins

cc: all counsel of record