**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JIAJIA LUO, individually and on behalf of all
others similarly situated, ET AL.,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/10/2020

                Plaintiffs,

-against-

19 **CIVIL** 230 (LJL)

## JUDGMENT

SOGOU, INC., ET AL.,

                Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated June 8, 2020, the motions to dismiss (Dkt. Nos. 65, 38, 70) are GRANTED.

**Dated:** New York, New York

       June 10, 2020

                                       **RUBY J. KRAJICK**
                                          Clerk of Court
                        **BY:**
                                          Deputy Clerk