N.Y.S.D. Case #
19-cv-230(LJL)

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of November two thousand twenty,

_____

| | |
|---|---|
| Mark S. Frater, Ketan Patel, | **ORDER** |
| Lead Plaintiffs - Appellants, | Docket No. 20-2188 |

Lizhen Zhang, Juean Xu, Yuehua Ding, Maggie Xu,

Movants - Appellants,

Jiajia Luo, individually and on behalf of all others similarly situated,

Plaintiff,

v.

Sogou Inc., Sohu, Inc., Tencent Holdings Limited, Xiaochuan Wang, Charles Chaoyang Zhang, Yuxin Ren, Joanna Yanfeng Lu, Bin Gao, Joseph Chen, Janice Lee, James Xiufeng Deng, Chi Ping Martin Lau, Donald J. Puglisi, J.P. Morgan Securities LLC, Goldman Sachs (Asia) L.L.C, China International Capital Corporation Hong Kong Securities Ltd., China Renaissance Securities (Hong Kong), Ltd., Sogou Inc.com, Sohu.com Inc.,

Defendants - Appellees,

Credit Suisse Securities (USA) LLC,

Defendant - ADR Provider - Appellee.

_____

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:     _____
DATE FILED:** ___11/09/2020_____

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1.

CERTIFIED COPY ISSUED ON 11/09/2020

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit