**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JIAJIA LUO, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>SOGOU INC, SOHU.COM, INC., TENCENT HOLDINGS LIMITED, XIAOCHUAN WANG, CHARLES (CHAOYANG) ZHANG, YUXIN REN, JOANNA (YANFENG) LU, BIN GAO, JOSEPH CHEN, JANICE LEE, JAMES (XIUFENG) DENG, CHI PING MARTIN LAU, DONALD J. PUGLISI, J. P. MORGAN SECURITIES LLC, CREDIT SUISSE (USA) LLC, GOLDMAN SACHS (ASIA) L.L.C., and CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LTD.,<br><br>    Defendants. | CASE No.: 1:19-cv-00230-LJL<br><br>ECF CASE |

### LEAD PLAINTIFFS' UNOPPOSED NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Lead Plaintiffs hereby move this Court for entry of an Order: (a) certifying both the Settlement Class and Lead Plaintiffs ("Plaintiffs") as Class Representatives on behalf of the Settlement Class; (b) preliminarily approving the Settlement between Plaintiffs and Settling Defendants; (c) approving the Notice to the Settlement Class of the Proposed Settlement and the

terms of the Stipulation and Agreement of Settlement (the "Stipulation") concurrently submitted herewith; and (d) scheduling a hearing date for the final approval of the Settlement.

Plaintiffs base this Unopposed Motion on this Notice of Motion, the Declaration of Jacob A. Goldberg in Support of this Motion, the Stipulation and all exhibits attached thereto, and Plaintiffs' supporting Memorandum of Law, all filed contemporaneously herewith, and all pleadings, records, and papers on file herein.

The Settling Defendants do not oppose the relief Plaintiffs seek. Accordingly, Plaintiffs request that the Court enter the Proposed Order Granting Lead Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, a copy of which is attached as Exhibit A to the Stipulation filed concurrently.

Dated: November 16, 2020

Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

/s/ *Shannon L. Hopkins*
Shannon L. Hopkins
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523
Fax: (212) 363-7171
Email: shopkins@zlk.com

and

Donald J. Enright
1101 30th Street NW, Suite 115
Washington, D.C. 20007
Tel: (202) 524-4290
Fax: (202) 333-2121
denright@zlk.com

**THE ROSEN LAW FIRM, P.A.**

/s/ *Jacob A. Goldberg*
Jacob A. Goldberg
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Tel: (215) 686-2817

Fax: (212) 202-3827
Email: jgoldberg@rosenlegal.com

*Co-Lead Counsel for Lead Plaintiffs*
*and the Settlement Class*

**POMERANTZ LLP**

/s/ *Jeremy A. Lieberman*
Jeremy A. Lieberman
Cara David
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email:  jalieberman@pomlaw.com
cdavid@pomlaw.com

*Additional Counsel for Lead Plaintiffs*

{00405597;1 }

3