**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JIAJIA LUO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SOGOU INC, SOHU.COM, INC., TENCENT HOLDINGS LIMITED, XIAOCHUAN WANG, CHARLES (CHAOYANG) ZHANG, YUXIN REN, JOANNA (YANFENG) LU, BIN GAO, JOSEPH CHEN, JANICE LEE, JAMES (XIUFENG) DENG, CHI PING MARTIN LAU, DONALD J. PUGLISI, J. P. MORGAN SECURITIES LLC, CREDIT SUISSE (USA) LLC, GOLDMAN SACHS (ASIA) L.L.C., and CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LTD.,<br><br>Defendants. | CASE No.: 1:19-cv-00230-LJL<br><br>ECF CASE |

**DECLARATION OF JACOB A. GOLDBERG IN SUPPORT OF LEAD PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

I, JACOB A. GOLDBERG, declare as follows pursuant to 28 U.S.C. §1746:

1.      I am a partner of the law firm of The Rosen Law Firm, P.A., court-appointed Co-Lead Counsel for Lead Plaintiffs ("Plaintiffs") and the proposed Settlement Class. I am admitted to practice before this Court. I respectfully submit this declaration in support of Plaintiffs' unopposed motion for preliminary approval of the Proposed Settlement of this class action

settlement. I have personal knowledge of the matters testified to herein.

2.        Attached hereto as Exhibit 1 is a true and correct copy of the Stipulation and Agreement of Settlement, dated as of November 13, 2020, with annexed exhibits.

3.        Attached hereto as Exhibit 2 are true and correct copies of the resumes of The Rosen Law Firm, P.A., Levi Korsinsky, LLP, and Pomerantz LLP.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 16, 2020 at Jenkintown, PA.


/s/*Jacob A. Goldberg*
Jacob A. Goldberg