**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

JIAJIA LUO, Individually and on Behalf of All
Others Similarly Situated,

                                   Plaintiffs,

      vs.

SOGOU INC., SOHU.COM INC., TENCENT
HOLDINGS LIMITED, XIAOCHUAN WANG,
CHARLES (CHAOYANG) ZHANG, YUXIN
REN, JOANNA (YANFENG) LU, BIN GAO,
JOSEPH CHEN, JANICE LEE, JAMES
(XIUFENG) DENG, CHI PING MARTIN LAU,
DONALD J. PUGLISI, J.P. MORGAN
SECURITIES LLC, CREDIT SUISSE
SECURITIES (USA) LLC, GOLDMAN SACHS
(ASIA) L.L.C., and CHINA INTERNATIONAL
CAPITAL CORPORATION HONG KONG
SECURITIES LTD.,

                                   Defendants.

No. 1:19-cv-00230-LJL

---

**SUMMARY NOTICE OF PENDENCY OF CLASS ACTION, PROPOSED
SETTLEMENT, AND MOTION FOR ATTORNEYS' FEES AND EXPENSES FOR
PUBLICATION**

**To:**    **If you purchased or otherwise acquired Sogou Inc. ("Sogou") ADSs between
November 9, 2017 and March 14, 2018, pursuant and/or traceable to Sogou's
Registration Statement issued in connection with the Company's November 9, 2017
IPO, and were damaged thereby, you may be entitled to a payment from a class
action settlement (the "Settlement Class").**

YOU ARE HEREBY NOTIFIED, pursuant to Federal Rule of Civil Procedure 23 and an

Order of the United States District Court for the District of Southern District of New York, that

the Court-appointed Lead Plaintiffs, on behalf of themselves and all members of the Class, and

Sogou Inc. ("Sogou" or the "Company"), Sohu.com Inc., Tencent Holdings Limited, Xiaochuan

Wang, Charles (Chaoyang) Zhang, Yuxin Ren, Joanna (Yanfeng) Lu, Bin Gao, Joseph Chen,

Janice Lee, James (Xiufeng) Deng, Chi Ping Martin Lau, Donald J. Puglisi, J.P. Morgan Securities

{00403123;1 }

LLC, Credit Suisse Securities (USA) LLC, Goldman Sachs (Asia) L.L.C., and China International Capital Corporation Hong Kong Securities Limited (collectively the "Defendants"), have reached a proposed settlement of the claims in the above-captioned class action (the "Action") in the amount of $1,450,000 (the "Settlement").

A hearing will be held before the Honorable Lewis J. Liman, likely via teleconference or videoconference, on _____, 2021 at _____ _.m., in Courtroom 15C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, NY 10007-1312 (the "Settlement Hearing") to, among other things, determine whether the Court should: (i) approve the proposed Settlement as fair, reasonable, and adequate; (ii) dismiss the Action with prejudice as provided in the Stipulation and Agreement of Settlement, dated November ___, 2020; (iii) approve the proposed Plan of Allocation for distribution of the settlement funds available for distribution to Class Members (the "Net Settlement Fund"); (iv) approve Lead Counsel's Fee and Expense Application; and (v) approve the Class Representatives' service awards. The Court may change the date of the Settlement Hearing, or hold it telephonically or via videoconference, without providing another notice. You do NOT need to attend the Settlement Hearing to receive a distribution from the Net Settlement Fund.  If you are a Class Member, however, you may enter an appearance by yourself or through counsel at your own expense.  See the Notice for further details.

**IF YOU ARE A MEMBER OF THE CLASS, YOUR RIGHTS WILL BE AFFECTED BY THE PROPOSED SETTLEMENT AND YOU MAY BE ENTITLED TO A MONETARY PAYMENT.** If you have not yet received a full Notice and Claim Form, you may obtain copies of these documents by visiting the website of the Claims Administrator, www.strategicclaims.net, or by contacting the Claims Administrator at:

{00403123;1 }

**Strategic Claims Services**
600 N. Jackson St., Suite 205, P.O. Box 230, Media, PA 19063
toll-free: (866) 274-4004
email: info@strategicclaims.net
**Settlement Website: www.strategicclaims.net**

Inquiries, other than requests for the Notice/Claim Form or for information about the status of a claim, may also be made to Lead Counsel:

| **THE ROSEN LAW FIRM, P.A.** | **LEVI & KORSINSKY, LLP** |
|---|---|
| Jacob A. Goldberg | Shannon L. Hopkins |
| 101 Greenwood Avenue, Suite 440 | 1111 Summer Street, Suite 403 |
| Jenkintown, PA 19046 | Stamford, CT 06905 |
| www.rosenlegal.com | www.zlk.com |
| 215-686-2817 | 203-992-4523 |

If you are a Class Member, to be eligible to share in the distribution of the Net Settlement Fund, you must submit a Claim Form *postmarked or submitted online no later than _____, 2021.* If you are a Class Member and do not timely submit a valid Claim Form, you will not be eligible to share in the distribution of the Net Settlement Fund, but you will nevertheless be bound by all judgments or orders entered by the Court relating to the Settlement, whether favorable or unfavorable.

If you are a Class Member and wish to exclude yourself from the Class, you must submit a written request for exclusion in accordance with the instructions set forth in the Notice such that it is *received no later than _____, 2021.* If you properly exclude yourself from the Class, you will not be bound by any judgments or orders entered by the Court relating to the Settlement, whether favorable or unfavorable, and you will not be eligible to share in the distribution of the Net Settlement Fund.

Any objections to the proposed Settlement, Lead Counsel's Fee and Expense Application, and/or the proposed Plan of Allocation must be filed with the Court, either by mail or in person,

{00403123;1 }

and be mailed to counsel for the Parties in accordance with the instructions in the Notice, such that

they are *received no later than ____, 2021*.

### PLEASE DO NOT CONTACT THE COURT, DEFENDANTS, OR DEFENDANTS' COUNSEL REGARDING THIS NOTICE.

DATED: _____, 2020                    BY ORDER OF THE COURT
                                           UNITED STATES DISTRICT COURT
                                           SOUTHERN DISTRICT OF NEW YORK

{00403123;1 }