**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JIAJIA LUO, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> SOGOU INC., SOHU.COM INC., TENCENT HOLDINGS LIMITED, XIAOCHUAN WANG, CHARLES (CHAOYANG) ZHANG, YUXIN REN, JOANNA (YANFENG) LU, BIN GAO, JOSEPH CHEN, JANICE LEE, JAMES (XIUFENG) DENG, CHI PING MARTIN LAU, DONALD J. PUGLISI, J.P. MORGAN SECURITIES LLC, CREDIT SUISSE SECURITIES (USA) LLC, GOLDMAN SACHS (ASIA) L.L.C., and CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LTD., <br><br> Defendants. | No. 1:19-cv-00230-LJL |

**SUMMARY NOTICE OF PENDENCY OF CLASS ACTION, PROPOSED SETTLEMENT, AND MOTION FOR ATTORNEYS' FEES AND EXPENSES FOR PUBLICATION**

To:     If you **(i)** purchased or otherwise acquired Sogou Inc. ("Sogou") ~~publicly traded~~ **American Depositary Shares ("ADSs")) pursuant to Sogou's Registration Statement issued in connection with the Company's** ~~between~~ **November 9, 2017 IPO, and/or (ii) purchased or otherwise acquired publicly-traded Sogou ADSs between November 9, 2017** and March 14, 2018, ~~then you purchased pursuant and/or traceable to Sogou's Registration Statement issued in connection with the Company's November 9, 2017 IPO. If you~~ **,** ~~and were~~**and if you suffered** damage~~d~~ ~~thereby~~ **as a result of such purchase(s), then** you may be entitled to a payment from a class action settlement ~~(the "Settlement Class")~~**.**

YOU ARE HEREBY NOTIFIED, pursuant to Federal Rule of Civil Procedure 23 and an Order of the United States District Court for the District of Southern District of New York, that the Court-appointed Lead Plaintiffs, on behalf of themselves and all members of the Settlement Class, and Sogou Inc. ("Sogou" or the "Company"), Sohu.com Inc., Tencent Holdings Limited,

Xiaochuan Wang, Charles (Chaoyang) Zhang, Yuxin Ren, Joanna (Yanfeng) Lu, Bin Gao, Joseph Chen, Janice Lee, James (Xiufeng) Deng, Chi Ping Martin Lau, Donald J. Puglisi, J.P. Morgan Securities LLC, Credit Suisse Securities (USA) LLC, Goldman Sachs (Asia) L.L.C., and China International Capital Corporation Hong Kong Securities Limited (collectively the "Defendants"), have reached a proposed settlement of the claims in the above-captioned class action (the "Action") in the amount of $1,450,000 (the "Settlement").

A telephonic hearing will be held before the Honorable Lewis J. Liman, ~~likely via teleconference or videoconference~~toll free 888-251-2909, access code 2123101, on _____, **2021** at ____ _.m., ~~in Courtroom 15C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, NY 10007-1312~~ (the "Settlement Hearing") to, among other things, determine whether the Court should: (i) approve the proposed Settlement as fair, reasonable, and adequate; (ii) dismiss the Action with prejudice as provided in the Stipulation and Agreement of Settlement, dated November ___, 2020; (iii) approve the proposed Plan of Allocation for distribution of the settlement funds available for distribution to Settlement Class Members (the "Net Settlement Fund"); (iv) approve Lead Counsel's Fee and Expense Application; and (v) approve the Settlement Class Representatives' service awards. The Court may change the date of the Settlement Hearing, or hold it telephonically or via videoconference, without providing another notice. You do NOT need to attend the Settlement Hearing to receive a distribution from the Net Settlement Fund.  If you are a Settlement Class Member, however, you may enter an appearance by yourself or through counsel at your own expense.  See the Notice for further details.

**IF YOU ARE A ~~MEMBER OF THE~~SETTLEMENT CLASS MEMBER, YOUR RIGHTS WILL BE AFFECTED BY THE PROPOSED SETTLEMENT AND YOU MAY**

**BE ENTITLED TO A MONETARY PAYMENT.** If you have not yet received a full Notice and Claim Form, you may obtain copies of these documents by visiting the website of the Claims Administrator, www.strategicclaims.net, or by contacting the Claims Administrator at:

Strategic Claims Services
600 N. Jackson St., Suite 205, P.O. Box 230, Media, PA 19063
toll-free: (866) 274-4004
email: info@strategicclaims.net
**Settlement Website: www.strategicclaims.net**

Inquiries, other than requests for the Notice/Claim Form or for information about the status of a claim, may also be made to Lead Counsel:

| **THE ROSEN LAW FIRM, P.A.** | **LEVI & KORSINSKY, LLP** |
|---|---|
| Jacob A. Goldberg | Shannon L. Hopkins |
| 101 Greenwood Avenue, Suite 440 | 1111 Summer Street, Suite 403 |
| Jenkintown, PA 19046 | Stamford, CT 06905 |
| www.rosenlegal.com | www.zlk.com |
| 215-686-2817 | 203-992-4523 |

If you are a Settlement Class Member, to be eligible to share in the distribution of the Net Settlement Fund, you must submit a Claim Form *postmarked or submitted online no later than _____, 2021.* If you are a Settlement Class Member and do not timely submit a valid Claim Form, you will not be eligible to share in the distribution of the Net Settlement Fund, but you will nevertheless be bound by all judgments or orders entered by the Court relating to the Settlement, whether favorable or unfavorable.

If you are a Settlement Class Member and wish to exclude yourself from the Settlement Class, you must submit a written request for exclusion in accordance with the instructions set forth in the Notice such that it is *received no later than _____, 2021.* If you properly exclude yourself from the Settlement Class, you will not be bound by any judgments or orders entered by the Court relating to the Settlement, whether favorable or unfavorable, and you will not be eligible to share in the distribution of the Net Settlement Fund.

A substantially similar action is currently pending in the Superior Court of the State of California County of San Mateo, Docket No. 18CIV06699 (Cal. Super. Ct. Dec 14, 2018) (the "Consolidated San Mateo Action"), against the Defendants in this action other than Chi Ping Martin Lau and Donald J. Puglisi.  The Settlement of this Action willould, if approved, result in the release dismissal of all claims asserted in the Consolidated San Mateo Action except for the claims of any plaintiff in that action who opts out of the Settlement.  Both plaintiffs and members of the putative class in the Consolidated San Mateo Action are members of the Settlement Class in this Action.  As such, they may either request exclusion from the Settlement Class or participate in the Settlement Class by objecting to the Settlement and/or filing a proof of claim.  If the Court in this Action approves the Settlement, then the plaintiffs in the Consolidated San Mateo Action who exclude themselves from the Settlement Class in this Action may continue to litigate only their individual claims. If you exclude yourself from the Settlement Class, you may only pursue your individual claims and you will not be able to participate in any recovery in the Consolidated San Mateo Action as an absent class member.  In addition, because the IPO occurred in November 2017, more than three years ago, under applicable law concerning statutes of limitations and repose, if you exclude yourself from the Settlement Class, then you may not be able to pursue your individual claims in a separate lawsuit filed after the date of this Notice. If you intend to exclude yourself from the Settlement Class to pursue your own, individual claims, then consider consulting your own lawyer.

Any objections to the proposed Settlement, Lead Counsel's Fee and Expense Application, and/or the proposed Plan of Allocation must be filed with the Court, either by mail or in person, and be mailed to counsel for the Parties in accordance with the instructions in the Notice, such that they are *received no later than ____, 2021*.

**PLEASE DO NOT CONTACT THE COURT, DEFENDANTS, OR
DEFENDANTS' COUNSEL REGARDING THIS NOTICE.**

DATED: _____, 2020                    BY ORDER OF THE COURT
                                           UNITED STATES DISTRICT COURT
                                           SOUTHERN DISTRICT OF NEW YORK