| | Luo v. Sogou Inc., et al. (Securities Litigation)<br>c/o Strategic Claims Services<br>600 N. Jackson Street, Suite 3<br>Media, PA 19063 |
|---|---|
| **Court-Ordered Legal Notice**<br><br>**Forwarding Service Requested**<br><br><br>*A federal court authorized this notice.*<br>*This is not a solicitation from a lawyer.*<br>~~*Important Notice about a Securities Class Action Settlement*~~<br><br>*This Notice may affect your legal rights.*<br>*You may be entitled to a payment from this securities class action settlement.*<br>~~*This Notice may affect your legal rights.*~~<br><br><br>*Please read it carefully.* | |

*Luo v. Sogou, Inc. et al. Case No. 1:19-cv-00230-LJL (S.D.N.Y)*
*THIS CARD ONLY PROVIDES LIMITED INFORMATION ABOUT THE SETTLEMENT.*
*PLEASE VISIT WWW.STRATEGICCLAIMS.NET OR CALL 1-866-274-4004 FOR MORE INFORMATION.*

There has been a proposed Settlement of all claims against Sogou Inc. ("Sogou"), certain of its shareholders, and certain of its officers and directors and the underwriters in its IPO (collectively, "Defendants"). The Settlement resolves a lawsuit in the United States District Court for the Southern District of New York (the "Court") in which Plaintiffs allege that, in violation of the federal securities laws, Sogou's Offering Documents contained materially false and misleading statements or omitted material information, causing damages to Settlement Class Members. Defendants deny any wrongdoing.

You received this Notice because you or someone in your family may have (i) purchased or otherwise acquired Sogou Inc. ("Sogou") American Depositary Shares ("ADSs") pursuant to Sogou's Registration Statement issued in connection with the Company's November 9, 2017 IPO, and/or (ii) purchased or otherwise acquired publicly-traded Sogou ADSs between November 9, 2017 and March 14, 2018, ~~acquired publicly traded Sogou American Depository Shares ("ADSs") pursuant or traceable to Sogou's November 9, 2017 IPO, between November 9, 2017 and March 14, 2018, pursuant or traceable to Sogou's November 9, 2017 IPO~~. The Settlement provides that, in exchange for the dismissal of this action and release of claims known and unknown against Defendants, Defendants will pay or cause to be paid into a fund $1,450,000 in cash ("Settlement Fund"). The Settlement Fund, less attorneys' fees and expenses, will be divided among all Class Members who submit a valid Proof of Claim and Release Form ("Proof of Claim"). For a full description of the Settlement, your rights, and how to make a claim, please view the Stipulation and Agreement of Settlement at www.strategicclaims.net and please request a copy of the NOTICE and PROOF of CLAIM by contacting the Claims Administrator in any of the following ways: (1) mail: *Luo v. Sogou Inc., et al.* (Securities Litigation), c/o Strategic Claims Services, 600 N. Jackson St., Ste. 205, P.O. Box 230, Media, PA 19063; (2) call: toll free, (866) 274-4004; (3) fax: (610) 565-7985; (4) email: info@strategicclaims.net; or (5) visit the website: www.strategicclaims.net.

To qualify for payment, you must submit a Proof of Claim to the Claims Administrator.  A copy of the Proof of Claim can be found on the website.  PROOFS OF CLAIM ARE DUE BY _____, 202__ TO  *LUO V. SOGOU INC., ET AL.* (SECURITIES LITIGATION), C/O STRATEGIC CLAIMS SERVICES, P.O. BOX 230, 600 N. JACKSON STREET, SUITE 205, MEDIA, PA 19063, OR SUBMITTED ONLINE AT WWW.STRATEGICCLAIMS.NET. **If you ~~do no~~DO NOT; want to be legally bound by the Settlement, you must exclude yourself by _____ __, 202_, or you will not be able to sue the Defendants about the legal claims in this case. If you exclude yourself, you cannot get money from this Settlement. If you stay in the Settlement, you may object to it by _____ __, 202_.  The Notice explains how to exclude yourself or to object.**

The Court will hold a telephonic hearing in this case on ___, 202_ at __:__ a.m. at, toll free, 888-251-2909, access code 2123101, ~~at the Daniel Patrick Moynihan U.S. Courthouse 500 Pearl Street, New York, NY 10007, Courtroom 15C, or via telephonic or videoconference means at the Court's direction,~~ to consider whether to approve the Settlement, the Plan of Allocation, a request for attorneys' fees of 25%, plus actual expenses, for litigating the case and negotiating the Settlement, and an award to each plaintiff not to exceed $1,000. You may

**Formatted:** Font: 8 pt, Bold

**Formatted:** Font: 8 pt, Bold