**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JIAJIA LUO, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiffs,<br><br>      vs.<br><br>SOGOU INC., SOHU.COM INC., TENCENT HOLDINGS LIMITED, XIAOCHUAN WANG, CHARLES (CHAOYANG) ZHANG, YUXIN REN, JOANNA (YANFENG) LU, BIN GAO, JOSEPH CHEN, JANICE LEE, JAMES (XIUFENG) DENG, CHI PING MARTIN LAU, DONALD J. PUGLISI, J.P. MORGAN SECURITIES LLC, CREDIT SUISSE SECURITIES (USA) LLC, GOLDMAN SACHS (ASIA) L.L.C., and CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LTD.,<br><br>               Defendants. | No. 1:19-cv-00230-LJL |

**PROOF OF CLAIM AND RELEASE**

## I.      GENERAL INSTRUCTIONS

1.      To recover as a member of the Settlement Class based on your claims in the action entitled *Jiajia Luo, individually and on behalf of all others similarly situated, et al, v. Sogou, Inc., et al.*, No. 1:19-cv-00230-LJL (S.D.N.Y.) (the "Action"), you must complete and, on page 11 below, sign this Proof of Claim and Release form ("Claim Form").  If you fail to submit a timely and properly addressed (as explained in paragraph 3 below) Claim Form, your claim may be rejected and you may not receive any recovery from the Net Settlement Fund created in connection with the proposed Settlement.

2.      Submission of this Claim Form, however, does not assure that you will share in the proceeds of the Settlement of the Action.

{00403120;1 }

3.    **THIS CLAIM FORM MUST BE SUBMITTED ONLINE AT WWW.____.com NO LATER THAN _____, 2021 OR, IF MAILED, BE POSTMARKED NO LATER THAN ____, 2021, ADDRESSED AS FOLLOWS**:

[insert]

4.    If you are a member of the Settlement Class and you do not timely request exclusion in response to the Notice dated _____, 2021, you are bound by the terms of any judgment entered in the Action, including the releases provided therein, WHETHER OR NOT YOU SUBMIT A CLAIM FORM OR RECEIVE A PAYMENT.

II.    **CLAIMANT IDENTIFICATION**

1.    If you (i) purchased or otherwise acquired Sogou Inc. ("Sogou") American Depositary Shares ("ADSs") pursuant to Sogou's Registration Statement issued in connection with the Company's November 9, 2017 IPO, and/or (ii) purchased or otherwise acquired publicly-traded Sogou ADSs between November 9, 2017 and March 14, 2018, and if you suffered damages as a result of such purchase(s), you may be entitled to a payment. If you held the securities in your name, you are the beneficial owner as well as the record owner. If, however, you purchased or otherwise acquired Sogou ADSs through a third party, such as a brokerage firm, you are the beneficial owner and the third party is the record owner.

2.    Use **Part A** of this form entitled "Claimant Information" to identify each beneficial owner of Sogou ADSs that form the basis of this claim, as well as the owner of record if different. THIS CLAIM MUST BE FILED BY THE ACTUAL BENEFICIAL OWNERS OR THE LEGAL REPRESENTATIVE OF SUCH OWNERS.

3.    All joint owners must sign this claim. Executors, administrators, guardians, conservators, and trustees must complete and sign this claim on behalf of persons represented by

them and their authority must accompany this claim and their titles or capacities must be stated. The Social Security (or taxpayer identification) number and telephone number of the beneficial owner may be used in verifying the claim. Failure to provide the foregoing information could delay verification of your claim or result in rejection of the claim.

### III.    IDENTIFICATION OF TRANSACTIONS

1.    Use **Part B** of this form entitled "Schedule of Transactions in Sogou ADSs" to supply all required details of your transaction(s) in Sogou ADSs.  If you need more space or additional schedules, attach separate sheets giving all of the required information in substantially the same form.  Sign and print or type your name on each additional sheet.

2.    On the schedules, provide all the requested information with respect to your holdings, purchases, acquisitions, and sales of Sogou ADSs, whether the transactions resulted in a profit or a loss.  Failure to report all such transactions may result in the rejection of your claim.

3.    The date of covering a "short sale" is deemed to be the date of purchase of Sogou ADSs.  The date of a "short sale" is deemed to be the date of sale of Sogou ADSs.

4.    Copies of broker confirmations or other documentation of your transactions must be attached to your claim.  Failure to provide this documentation could delay verification of your claim or result in rejection of your claim.  **THE PARTIES DO NOT HAVE INFORMATION ABOUT YOUR TRANSACTIONS IN SOGOU ADSs.**

5.    NOTICE REGARDING ELECTRONIC FILES: Certain claimants with large numbers of transactions may request, or may be requested, to submit information regarding their transactions in electronic files.  All claimants MUST submit a manually signed paper Claim Form whether or not they also submit electronic copies.  If you wish to file your claim electronically, you must contact the Claims Administrator at _____ to obtain the required file layout.  No electronic files will be considered to have been properly submitted unless the Claims Administrator

issues to the claimant a written acknowledgment of receipt and acceptance of electronically submitted data.

{00403120;1 }

4820-7505-5827, v. 1

## PART A – CLAIMANT INFORMATION

The Claims Administrator will use this information for all communications regarding this Claim Form. If this information changes, you MUST notify the Claims Administrator in writing at the address above. Complete names of all persons and entities must be provided.

Beneficial Owner's First Name                              MI        Beneficial Owner's Last Name

Co-Beneficial Owner's First Name                          MI        Co-Beneficial Owner's Last Name

Entity Name (if claimant is not an individual)

Representative or Custodian Name (if different from Beneficial Owner(s) listed above)

Address 1 (street name and number)

Address 2 (apartment, unit, or box number)

City                                        State ZIP/Postal Code

Foreign Country (only if not USA)  Foreign County (only if not USA)

Social Security Number          Taxpayer Identification Number

OR

Telephone Number (home)                    Telephone Number (work)

Email address

Account Number (if filing for multiple accounts, file a separate Claim Form for each account)

Claimant Account Type (check appropriate box):
- Individual (includes joint owner accounts)    Pension Plan          Trust
- Corporation                                    Estate
- IRA/401K                                       Other _____ (please specify)

4820-7505-5827, v. 1

**PART B: TRANSACTIONS IN SOGOU ADSs**

Complete this Part B if, and only if, you purchased/acquired Sogou ADSs during the period from November 9, 2017 through March 14, 2018, inclusive. Please include proper documentation with your Claim Form as described in detail in Section III – Identification of Transactions, above. Do not include information in this section regarding securities other than Sogou ADSs.

| IF YOU NEED ADDITIONAL SPACE TO LIST YOUR TRANSACTIONS YOU MUST PHOTOCOPY THIS PAGE AND CHECK THIS BOX | | | |
|---|---|---|---|
| **1. PURCHASES/ACQUISITIONS DURING THE CLASS PERIOD** – Separately list each and every purchase/acquisition of Sogou ADSs from after the opening of trading on November 9, 2017 through and including March 14, 2018. (Must be documented.) | | | |
| Date of Purchase (List Chronologically) (MM/DD/YY) | Number of ADSs Purchased | Purchase Price Per ADS | Total Purchase Price (excluding taxes, commissions and fees) |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| **2. SALES DURING THE CLASS** – Separately list each and every sale/disposition of Sogou ADSs from after the opening of trading on November 9, 2017 through and including the close of trading on March 14, 2018. (Must be documented.) | | | |
| Date of Sale (List Chronologically) (MM/DD/YY) | Number of ADSs Sold | Sale Price Per ADS | Total Sale Price (excluding taxes, commissions and fees) |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| **3. ENDING HOLDINGS** – State the total number of shares of common stock held as of the close of trading on _____. If none, write "0" or "Zero." (Must be documented.) _____ | | | |

## IV.   SUBMISSION TO JURISDICTION OF COURT AND ACKNOWLEDGMENTS

By signing and submitting this Claim Form, the claimant(s) or the person(s) acting on behalf of the claimant(s) certify(ies) that: I (We) submit this Claim Form under the terms of the Stipulation described in the accompanying Notice.  I (We) also submit to the jurisdiction of the United States District Court for the Southern District of New York (the "Court") with respect to my (our) claim as a Settlement Class Member(s) and for purposes of enforcing the releases set forth herein.  I (We) further acknowledge that I (we) will be bound by the terms of any judgment entered in connection with the Settlement in the Action, including the releases set forth therein.  I (We) agree to furnish additional information to the Claims Administrator to support this claim, such as additional documentation for transactions in eligible Sogou ADSs, if required to do so.  I (We) have not submitted any other claim covering the same transactions in Sogou ADSs during the Class Period and know of no other person having done so on my (our) behalf.

## V.   RELEASES, WARRANTIES, AND CERTIFICATION

1.   I (We) hereby warrant and represent that I am (we are) a Class Member as defined in the Notice, that I am (we are) not excluded from the Settlement Class, that I am (we are) not one of the "Released Defendant Parties" as defined in the accompanying Notice.

2.   As a Class Member, I (we) hereby acknowledge full and complete satisfaction of, and do hereby fully, finally, and forever settle, release, and discharge with prejudice the Released Claims as to each and all of the Released Defendant Parties (as these terms are defined in the accompanying Notice).  This release shall be of no force or effect unless and until the Court approves the Settlement and it becomes effective on the Effective Date.

{00403120;1 }

3.    I (We) hereby warrant and represent that I (we) have not assigned or transferred or purported to assign or transfer, voluntarily or involuntarily, any matter released pursuant to this release or any other part or portion thereof.

4.    I (We) hereby warrant and represent that I (we) have included information about all of my (our) purchases, acquisitions and sales of Sogou ADSs that occurred during the Class Period and the number of securities held by me (us), to the extent requested.

5.    I (We) certify that I am (we are) NOT subject to backup tax withholding. (If you have been notified by the Internal Revenue Service that you are subject to backup withholding, please strike out the prior sentence.)

I declare under penalty of perjury under the laws of the United States of America that all of the foregoing information supplied on this Claim Form by the undersigned is true and correct.


Executed this _____ day of _____, in _____, _____
                              (Month / Year)              (City)          (State/Country)


_____          _____
Signature of Claimant                              Signature of Joint Claimant, if any


_____          _____
Print Name of Claimant                            Print Name of Joint Claimant, if any


(Capacity of person(s) signing, *e.g.*, Beneficial Purchaser, Executor or Administrator)


ACCURATE CLAIMS PROCESSING TAKES A SIGNIFICANT AMOUNT OF TIME.
THANK YOU FOR YOUR PATIENCE.

{00403120;1 }

4820-7505-5827, v. 1

**REMINDER CHECKLIST:**

1. Please sign this Claim Form.

2. DO NOT HIGHLIGHT THE CLAIM FORM OR YOUR SUPPORTING DOCUMENTATION.

3. Attach only copies of supporting documentation as these documents will not be returned to you.

4. Keep a copy of your Proof of Claim for your records.

5. The Claims Administrator will acknowledge receipt of your Claim Form by mail, within 60 days. **Your claim is not deemed submitted until you receive an acknowledgment postcard.** If you do not receive an acknowledgment postcard within 60 days, please call the Claims Administrator toll free at _____.

6. If you move after submitting this Claim Form please notify the Claims Administrator of the change in your address, otherwise you may not receive additional notices or payment.

{00403120;1 }

Page 9 of 8

4820-7505-5827, v. 1