```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/10/2020
```

1UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JIAJIA LUO, et al.,

                Plaintiffs,

      -v-

SOGOU INC., et al.,

                Defendants.
------------------------------------------------------------------X

19-cv-230 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    The Court has received a letter objecting to the proposed settlement from lead counsel in a related action. Dkt. No. 100. Parties are directed to respond to the jurisdictional arguments therein by December 11, 2020 at 5:00 p.m. The parties' response should not exceed three pages.

    SO ORDERED.

Dated: December 10, 2020
       New York, New York

                                  LEWIS J. LIMAN
                              United States District Judge