**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JIAJIA LUO, *et. al.*, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SOGOU INC, SOHU.COM, INC., TENCENT HOLDINGS LIMITED, XIAOCHUAN WANG, CHARLES (CHAOYANG) ZHANG, YUXIN REN, JOANNA (YANFENG) LU, BIN GAO, JOSEPH CHEN, JANICE LEE, JAMES (XIUFENG) DENG, CHI PING MARTIN LAU, DONALD J. PUGLISI, J. P. MORGAN SECURITIES LLC, CREDIT SUISSE (USA) LLC, GOLDMAN SACHS (ASIA) L.L.C., and CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LTD.,<br><br>Defendants. | Case No. 1:19-cv-00230-LJL<br><br>CLASS ACTION<br><br><br>Judge:    Hon. Lewis J. Liman |

**LEAD PLAINTIFFS' UNOPPOSED MOTION FOR: (1) FINAL APPROVAL OF CLASS ACTION SETTLEMENT; (2) APPROVAL OF THE PLAN OF ALLOCATION; (3) CERTIFICATION OF THE CLASS FOR SETTLEMENT PURPOSES; (4) AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES; AND (5) AN AWARD FOR LEAD PLAINTIFFS**

Lead Plaintiffs hereby move this Court for entry of an Order: (a) finally approving the proposed Settlement;[1] (ii) finally approving the proposed Plan of Allocation for the distribution of the proceeds of the Settlement to eligible claimants; (iii) certifying the Settlement Class for settlement purposes only and certifying Lead Plaintiffs as class representatives for the class; (iv) approving Lead Plaintiffs' request for an award of attorneys' fees and reimbursement of expenses; and (v) an award of $1,000 for each Lead Plaintiff.

---

[1] The proposed Settlement will also resolve the claims asserted in a related pending action in San Mateo County California, captioned *Khayan vs Sogou Inc.*, Docket No. 18CIV06699 (Cal. Super. Ct. Dec 14, 2018) (the "California Litigation").

Plaintiffs base this Unopposed Motion on this Notice of Motion, the Declaration of Jacob Goldberg in Support of this Motion, all exhibits attached thereto, and Plaintiffs' supporting Memorandum of Law, all filed contemporaneously herewith, and all pleadings, records, and papers on file herein.

The Settling Defendants do not oppose the relief Plaintiffs seek. Accordingly, Plaintiffs request that the Court enter the: (1) [Proposed] Order and Final Judgment (ECF 95-7); (2) [Proposed] Order Awarding Attorneys' Fees and Litigation Expenses; and (3) [Proposed] Order Approving Plan of Allocation of the Net Settlement Fund

Dated: New York, New York

February 18, 2021

**LEVI & KORSINSKY, LLP**

*/s/ Shannon L. Hopkins*_____
Shannon L. Hopkins
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523
Fax: (212) 363-7171
Email: shopkins@zlk.com
and
Donald J. Enright
1101 30th Street NW, Suite 115
Washington, D.C. 20007
Tel: (202) 524-4290
Fax: (202) 333-2121
denright@zlk.com

**THE ROSEN LAW FIRM, P.A.**

*/s/ Jacob A. Goldberg*_____
Jacob A. Goldberg
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Tel: (215) 686-2817
Fax: (212) 202-3827
Email: jgoldberg@rosenlegal.com
and
Phillip Kim
Laurence M. Rosen
275 Madison Avenue, 34th Floor
New York, New York, 10016
Tel: (212) 686-1060

Fax: (212) 202-3827
Email: pkim@rosenlegal.com
lrosen@rosenlegal.com

*Co-Lead Counsel for Lead Plaintiffs
and the Settlement Class*

**POMERANTZ LLP**

/s/ *Cara David*_____
Jeremy A. Lieberman
Cara David
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
cdavid@pomlaw.com

*Additional Counsel for Lead Plaintiffs*