# Exhibit 4

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| JIAJIA LUO, Individually and on Behalf of All Others Similarly Situated, | CASE No.: 1:19-cv-00230-LJL |
| Plaintiff, | ECF CASE |
| v. |  |
| SOGOU INC, SOHU.COM, INC., TENCENT HOLDINGS LIMITED, XIAOCHUAN WANG, CHARLES (CHAOYANG) ZHANG, YUXIN REN, JOANNA (YANFENG) LU, BIN GAO, JOSEPH CHEN, JANICE LEE, JAMES (XIUFENG) DENG, CHI PING MARTIN LAU, DONALD J. PUGLISI, J. P. MORGAN SECURITIES LLC, CREDIT SUISSE (USA) LLC, GOLDMAN SACHS (ASIA) L.L.C., and CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LTD., |  |
| Defendants. |  |

**DECLARATION OF CO-LEAD PLAINTIFF MAGGIE XU**

{00420842;1 }

**IN SUPPORT OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

I, Maggie Xu, am above the age of 18 and fully competent to make this Declaration pursuant to 28 U.S.C. §1746. If called as a witness, I would testify as follows:

1.      I submit this Declaration in support of: (1) Plaintiffs' motion for final approval of class action settlement; (2) Plaintiffs' Counsel's request for attorneys' fees and reimbursement of expenses; and (3) my application for reimbursement of time spent directly related to my representation of the Settlement Class. I intend for nothing in this Declaration to constitute a specific or general waiver of attorney client privilege.

2.      Along with Lizhen Zhang, Juean Xu, Yuehua Ding, Mark S. Frater, and Ketan Patel, I am a Lead Plaintiff in this action. I understand the Court has preliminarily appointed me as a representative of the Settlement Class.

3.      I reside in New York.

4.      Pursuant to my obligation as Lead Plaintiff, through my lawyers, I participated in settlement negotiations. My lawyers conferred with me in advance of their negotiations with counsel for Defendants, informing me promptly of the progress of those settlement negotiations.

5.      After consulting with my lawyers and considering the risks and expense on I approved the Settlement of this case for $1,450,000. Considering the strengths of the case in light of the risks and expense of continued litigation and the Court's Order dismissing this case with prejudice, I believe that the Settlement is fair, adequate, and reasonable.

6.      As the Lead Plaintiff and proposed class representative for the Settlement Class, I participated in the litigation. My counsel regularly updated me about the progress of the litigation.

7.      I spent time, satisfying my obligation to the class, including:

{00420842;1 }

a.    Reading and discussing the pleadings with my counsel, including the initial complaint and the operative Consolidated Amended Complaint for Violation of the Federal Securities Laws;

b.    Reviewing and discussing the lead plaintiff motion with my counsel;

c.    Discussing Defendants' motion to dismiss with my counsel;

d.    Understanding the Court's Order, dismissing the case, and the potential grounds for appeal; and

e.    Understanding the risks of continued litigation and approving the proposed Settlement in that context.

8.    I estimate that I spent between 10-20 hours on these tasks.

9.    I understand that Lead Counsel will seeks an award of attorneys' fees in the amount of 25% of the Settlement Amount. I support Lead Counsel's request for attorneys' fees.

10.   I also support Lead Counsel's request for reimbursement of litigation expenses.

11.   In sum, I respectfully request that the Court finally approve the Settlement; approve Lead Counsel's request for attorneys' fees and reimbursement of out-of-pocket expenses, and reimburse me for the time I spent on this case and representing the Settlement Class.

Under penalty of perjury, I declare that the foregoing is true and correct.

Executed on February 11, 2021

_____

Maggie Xu

{00420842;1 }