# Exhibit 7

February 9, 2021

To: EXCLUSIONS – Luo v. Sogou Inc., et al. (Securities Litigation)
c/o Strategic Claims Services
600 N. Jackson St., Suite 205
P.O. Box 230
Media, PA 19063

From: Jonathan Sato
681 Charmain Drive
Campbell, CA 95008-1823

Subject: Exclusion from Settlement Class in Jiajia Luo, individually and on behalf of
all others similarly situated, et al, v. Sogou Inc., et al., No. 1:19-cv-00230-LJL
(S.D.N.Y.).

To Whom It May Concern:

I, Jonathan Sato, whom resides at 681 Charmain Drive, Campbell, CA 95008-1823
with telephone number 408-772-7537, request to be excluded from the Settlement
Class in Jiajia Luo, individually and on behalf of all others similarly situated, et al, v.
Sogou Inc., et al., No. 1:19-cv-00230-LJL (S.D.N.Y.).

I, Jonathan Sato, acquired 200 shares of Sogou ADSs on November 9, 2017 for a total
price of $2,720.95 and sold 200 shares of Sogou ADSs on January 31, 2018 for a total
price of $2047.00 during the period from November 9, 2017 through March 14,
2018, inclusive.

Sincerely,

Jonathan Sato

Enclosure (2)

Case 1:19-cv-00230-LJL Document 113-7 Filed 02/18/21 Page 3 of 5

**Fidelity**
INVESTMENTS

- TOD

**JONATHAN D SATO**

024080 FIEG0Y01 000000 AT 01     0100024080

JONATHAN D SATO
681 CHARMAIN DR
CAMPBELL CA 95008-1823

| Online | Fidelity.com |
| FAST(sm)-Automated Telephone | 800-544-5555 |
| Premium Services Team 546 | 800-544-4442 |
| 8am - 11pm ET, Mon - Fri | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 17313-0D2G0Q | 1* | WK# | 11-09-17 | 11-13-17 | 83409V104 | 17313-L72CN | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | | SOGOU INC ADS EACH REP 1 CLASS A ORD | Principal Amount | 2,716.00 |
| | 200 | SHS | Commission / Fees | 4.95 |
| at | 13.5800 | WE HAVE ACTED AS AGENT. | Settlement Amount | 2,720.95 |
| Symbol: | | THIS NOTICE IS PROVIDED TO YOU, IN LIEU | | |
| SOGO | | OF THE FINAL PROSPECTUS, PURSUANT TO | | |
| | | SECURITIES ACT RULE 173. TO THE EXTENT | | |
| | | THE SALE WAS MADE PURSUANT TO A | | |
| | | REGISTRATION STATEMENT OR IN A | | |
| | | TRANSACTION IN WHICH A FINAL PROSPECTUS | | |
| | | WOULD HAVE BEEN REQUIRED TO HAVE BEEN | | |
| | | DELIVERED IN THE ABSENCE OF SECURITIES | | |
| | | ACT RULE 172. YOU CAN VIEW THE FINAL | | |
| | | PROSPECTUS AT WWW.SEC.GOV, OR YOU MAY | | |
| | | REQUEST A PAPER COPY BY CALLING | | |
| | | 866-602-4402. | | |

S 024080 FIEG0Y01 033172    E

0100024080

Case 1:19-cv-00230-LJL    Document 113-7    Filed 02/18/21    Page 4 of 5

# Fidelity
INVESTMENTS

- TOD

**JONATHAN D SATO**

030588 FIEM1C02 000000 AT 01

JONATHAN D SATO
681 CHARMAIN DR
CAMPBELL CA 95008-1823

0100030588

| Online | Fidelity.com |
| FAST(sm)-Automated Telephone | 800-544-5555 |
| Premium Services Team 546 | 800-544-4442 |
| 8am - 11pm ET, Mon - Fri | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 18031-0F8NRD | 1* | WK# | 01-31-18 | 02-02-18 | 83409V104 | 18031-PV4MS | | |

| | | | DESCRIPTION and DISCLOSURES | | | |
|---|---|---|---|---|---|---|
| You Sold | | | SOGOU INC ADS EACH REP 1 CLASS A ORD | Principal Amount | 2,052.00 |
| | 200 | | SHS | Commission / Fees | 4.95 |
| at | 10.2600 | | WE HAVE ACTED AS AGENT. | Activity Assessment Fee | 0.05 |
| Symbol: | | | LOTS WITHOUT SPECIFIC SHARES | Settlement Amount | 2,047.00 |
| SOGO | | | INSTRUCTIONS WILL BE DEPLETED USING | | |
| | | | FIRST IN, FIRST OUT METHOD. | | |

030588 FIEM1C02 006999

0100030588

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

FEB 17 2021

SAN JOSE CA 950
SAN JOSE CA 950
9 FEB 2021 PM 1 L

Jonathan Sato
681 Charmain Dr
Campbell, CA 95008-1823



EXCLUSIONS – Luo v. Sogou Inc., et al. (Securities Litigation)
c/o Strategic Claims Services
600 N. Jackson St., Suite 205
P.O. Box 230
Media, PA 19063

1505-023030