# Exhibit 11

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JIAJIA LUO, *et. al.*, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>SOGOU INC, SOHU.COM, INC., TENCENT HOLDINGS LIMITED, XIAOCHUAN WANG, CHARLES (CHAOYANG) ZHANG, YUXIN REN, JOANNA (YANFENG) LU, BIN GAO, JOSEPH CHEN, JANICE LEE, JAMES (XIUFENG) DENG, CHI PING MARTIN LAU, DONALD J. PUGLISI, J. P. MORGAN SECURITIES LLC, CREDIT SUISSE (USA) LLC, GOLDMAN SACHS (ASIA) L.L.C., and CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LTD.,<br><br>        Defendants. | Case No. 1:19-cv-00230-LJL<br><br>CLASS ACTION<br><br>Judge:    Hon. Lewis J. Liman |

**DECLARATION OF SHANNON L. HOPKINS ON BEHALF OF**
**LEVI & KORSINSKY, LLP IN SUPPORT OF APPLICATION**
<u>**FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES**</u>

I, Shannon L. Hopkins, declare as follows, pursuant to 28 U.S.C. §1746:

1.     I am a partner of the law firm of Levi & Korsinsky, LLP ("Levi & Korsinsky"), attorneys for Lead Plaintiffs Lizhen Zhang, Juean Xu, Yuehua Ding, Maggie Xu, Mark S. Frater, and Ketan Patel (collectively, "Lead Plaintiffs") and Co-Lead Counsel in the above-captioned action ("Action"). I am admitted to practice in New York, Massachusetts and Connecticut and have personal knowledge of the various matters set forth herein based on my day-to-day

1

participation in the prosecution and settlement of this Action.[1] My firm and I have been actively involved in prosecuting and resolving the Action, are familiar with its proceedings, and have personal knowledge of the matters set forth herein based upon our supervision and participation in all material aspects of the Action.

2.    I am submitting this declaration in support of my firm's application for an award of attorneys' fees and expenses in connection with the services rendered in the Action from inception through February 16, 2021 (the "Time Period").

3.    In serving as Co-lead Counsel in this Action, among other things, Levi & Korsinsky reviewed and analyzed: (i) documents the Company filed publicly with the SEC; (ii) publicly available information, including press releases, news articles, and other public statements issued by or concerning the Company and the Defendants; (iii) research reports issued by financial analysts concerning the Company; (iv) other publicly available information and data concerning the Company; (v) applicable Chinese laws and regulations; and (vi) the applicable law governing the claims and potential defenses. My firm also consulted with financial and industry experts and participated in the drafting and filing of three amended complaints, the research and drafting of Lead Plaintiffs' opposition to Defendants' Motions to Dismiss and researching and initiating an appeal of the Court's dismissal of the Action. At the time the parties reached a settlement, Plaintiffs' Counsel had filed a notice of appeal and was in the process of preparing their opening appellate brief.

4.    The information in this declaration regarding my firm's time and expenses is taken from time and expense records prepared and maintained by the firm in the ordinary course of

---

[1] All capitalized terms used herein that are not defined have the same meanings given to them in the Stipulation and Agreement of Settlement, dated and filed on December 8, 2020 (Dkt. No. 98-1, the "Stipulation").

business. I believe that the time reflected in the firm's loadstar calculation and the expenses for which payment is sought are reasonable in amount and were necessary for the effective and efficient prosecution and resolution of the Action.

5.      The schedule attached hereto as **Exhibit A** is a list and summary indicating the amount of time spent by attorneys and professional support staff members of my firm who were involved in the prosecution of the Action, and the lodestar calculation based on my firm's current hourly rates. For personnel who are no longer employed by my firm, the lodestar calculation is based upon the rates for such personnel in his or her final year of employment by my firm. The schedule was prepared from daily time records regularly prepared and maintained by my firm, which are available at the request of the Court. Time expended in preparing this application for fees and payment of expenses has not been included in this request.

6.      The total number of hours spent on this Action reported by my firm during the Time Period is 554.90 hours. The total loadstar amount for reported attorney/professional staff time based on the firm's current rates is $383.700.00.

7.      As summarized in **Exhibit B** (attached hereto), my firm has incurred a total of $10,132.76 in expenses in connection with the prosecution of the Action. The expenses are reflected on the books and records of my firm. These books and records are prepared from source materials and are an accurate record of the expenses incurred.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of February, 2020.

                                                  */s/ Shannon L. Hopkins*
                                                  Shannon L. Hopkins

3

*LUO V. SOGOU INC., ET AL.*

Case No. 1:19-cv-00230-LJL

**Exhibit A**

**Lodestar Report**

FIRM : LEVI & KORSINSKY, LLP

REPORTING PERIOD: INCEPTION THROUGH FEBRUARY 16, 2021

| PROFESSIONAL | STATUS | HOURLY RATE | HOURS | LODESTAR |
|---|---|---|---|---|
| Shannon L. Hopkins | P | $ 1,000.00 | 150.50 | $ 150,500.00 |
| Donald Enright | P | $ 1,000.00 | 44.00 | $ 44,000.00 |
| Elizabeth K. Tripodi | P | $ 900.00 | 3.00 | $ 2,700.00 |
| Sebastian Tornatore | OC | $ 800.00 | 4.50 | $ 3,600.00 |
| Christopher Kupka | A | $ 650.00 | 4.00 | $ 2,600.00 |
| Stephanie Bartone | A | $ 650.00 | 145.00 | $ 94,250.00 |
| Gregory Potrepka | A | $ 600.00 | 15.25 | $ 9,150.00 |
| Andrew Rocco | A | $ 575.00 | 17.75 | $ 10,206.25 |
| John Carriel | A | $ 525.00 | 55.75 | $ 29,268.75 |
| Cecille Cargill | A | $ 495.00 | 3.25 | $ 1,608.75 |
| Zac Gazzard | PL | $ 375.00 | 0.50 | $ 187.50 |
| Amanda Herda | PL | $ 325.00 | 0.20 | $ 65.00 |
| Ettienna Gallaher | PL | $ 325.00 | 7.15 | $ 2,323.75 |
| Jenn Tash | PL | $ 325.00 | 0.10 | $ 32.50 |
| Jeremy Kemp | LC | $ 325.00 | 14.50 | $ 4,712.50 |
| Mallory Papp | PL | $ 325.00 | 48.00 | $ 15,600.00 |
| Samantha Halliday | PL | $ 325.00 | 31.70 | $ 10,302.50 |
| Jennifer Malow | LC | $ 300.00 | 0.25 | $ 75.00 |
| Cassidy Mills | LC | $ 265.00 | 9.00 | $ 2,385.00 |
| Joanna Chlebus | PL | $ 265.00 | 0.50 | $ 132.50 |
| **TOTAL** | | | **554.90** | **$ 383,700.00** |

Key:

- P = Partner
- OC = Of Counsel
- A = Associate
- PL = Paralegal
- LC = Law Clerk

*LUO V. SOGOU INC., ET AL.*

Case No. 1:19-cv-00230-LJL

**Exhibit B**

**Expense Report**

FIRM : LEVI & KORSINSKY, LLP

REPORTING PERIOD: INCEPTION THROUGH FEBRUARY 16, 2021

| CATEGORY | TOTAL AMOUNT |
|---|---|
| Research Fees | $18.61 |
| Investigator Fees | $3,800.00 |
| Process Server Fees | $537.15 |
| Press Releases | $5,777.00 |
| **Total** | **$10,132.76** |