# Exhibit 12

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JIAJIA LUO, *et. al.*, Individually and On Behalf of All Others Similarly Situated, | |
| Plaintiff, | Case No. 1:19-cv-00230-LJL |
| v. | CLASS ACTION |
| SOGOU INC, SOHU.COM, INC., TENCENT HOLDINGS LIMITED, XIAOCHUAN WANG, CHARLES (CHAOYANG) ZHANG, YUXIN REN, JOANNA (YANFENG) LU, BIN GAO, JOSEPH CHEN, JANICE LEE, JAMES (XIUFENG) DENG, CHI PING MARTIN LAU, DONALD J. PUGLISI, J. P. MORGAN SECURITIES LLC, CREDIT SUISSE (USA) LLC, GOLDMAN SACHS (ASIA) L.L.C., and CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LTD., | Judge:    Hon. Lewis J. Liman |
| Defendants. | |

**DECLARATION OF JACOB A. GOLDBERG ON BEHALF OF**
**THE ROSEN LAW FIRM, P.A. IN SUPPORT OF APPLICATION**
**FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES**

I, Jacob A. Goldberg, declare as follows, pursuant to 28 U.S.C. §1746:

1.      I am a partner of The Rosen Law Firm, P.A. ("RLF"), attorneys for Lead Plaintiffs

Lizhen Zhang, Juean Xu, Yuehua Ding, Maggie Xu, Mark S. Frater, and Ketan Patel (collectively,

"Lead Plaintiffs") and Co-Lead Counsel in the above-captioned action ("Action"). I am admitted

to practice in New York, Pennsylvania, and various federal district courts, courts of appeal, the

United States Supreme Court. I have personal knowledge of the various matters set forth herein

1

based on my day-to-day participation in the prosecution and settlement of this Action.[1] RLF and I have been actively involved in prosecuting and resolving the Action. I am familiar with the proceedings, and I have personal knowledge of the matters set forth herein based upon our supervision and participation in all material aspects of the Action.

2.    I submit this declaration in support of RLF's application for an award of attorneys' fees and expenses in connection with the services rendered in the Action from inception through February 16, 2021 (the "Time Period").

3.    In serving as Co-Lead Counsel in this Action, among other things, RLF drafted and edited the amended complaints in this case, engaging an investigator in the People's Republic of China and reviewing and analyzing (i) documents the Company filed publicly with the SEC; (ii) publicly available information, including press releases, news articles, and other public statements issued by or concerning the Company and the Defendants; (iii) research reports issued by financial analysts concerning the Company; (iv) other publicly available information and data concerning the Company; (v) applicable Chinese laws and regulations; and (vi) the applicable law governing the claims and potential defenses. RLF also consulted with financial and industry experts. RLF researched and edited Lead Plaintiffs' opposition to Defendants' Motions to Dismiss, preparing for and participating in oral argument thereon, researching and initiating an appeal of the Court's dismissal of the Action, and negotiating the Settlement. At the time the parties settled, Lead Counsel had filed a notice of appeal to the United States Court of Appeals for the Second Circuit and RLF was in the process of drafting Lead Plaintiffs' opening appellate brief.

---

[1] All capitalized terms used herein that are not defined have the same meanings given to them in the Stipulation and Agreement of Settlement, dated and filed on December 8, 2020 (Dkt. No. 98-1, the "Stipulation").

4.      The information in this declaration regarding RLF's time and expenses is taken from time and expense records prepared and maintained by the firm in the ordinary course of business. The time reflected in the firm's loadstar calculation and the expenses for which it seeks payment is reasonable in amount and was necessary for the effective and efficient prosecution and resolution of the Action.

5.      I attach hereto **Exhibit A,** a list summarizing the amount of time RLF attorneys and professional support staff expended prosecuting the Action, and the lodestar calculation based on RLF's current usual and customary hourly rates that Courts in other securities class actions have approved. I had this schedule prepared from daily, contemporaneous time records that RLF prepares and maintains that are available at the Court's request. Time expended in preparing this application for fees and payment of expenses has not been included in this request.

6.      The total number of hours RLF spent on this Action is 319.4 hours. The total loadstar amount for reported attorney/professional staff time based on the firm's current rates is $285,533.00.

7.      As summarized in **Exhibit B** (attached hereto), my firm has incurred a total of $8,492.79 in expenses in connection with the prosecution of the Action. The expenses are reflected on RLF's books and records. RLF prepares these books and records from invoices and receipts and are an accurate record of the expenses RLF incurred participating in this action.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of February 2021.

/s/ *Jacob A. Goldberg*
Jacob A. Goldberg

*LUO V. SOGOU INC., ET AL.*

Case No. 1:19-cv-00230-LJL

**Exhibit A**

**Lodestar Report**

FIRM: THE ROSEN LAW FIRM, P.A.

REPORTING PERIOD: INCEPTION THROUGH FEBRUARY 16, 2021

| PROFESSIONAL | STATUS | HOURLY RATE | HOURS | LODESTAR |
|---|---|---|---|---|
| Laurence M. Rosen | P | $1,100 | 4.5 | $4,950 |
| Jacob A. Goldberg | P | $975 | 218.9 | $213,427.50 |
| Jing Chen | A | $700 | 78.7 | $55,090 |
| Philip Kim | P | $950 | 1.1 | $1,045 |
| Jonathan Horne | P | $770 | 0.9 | $693 |
| Erica Stone | A | $675 | 15.30 | $10,327.50 |
| **TOTAL** | | | 319.4 | $285,533 |

Key:

- P = Partner
- A = Associate
- PL = Paralegal
- LC = Law Clerk

*LUO V. SOGOU INC., ET AL.*

Case No. 1:19-cv-00230-LJL

**Exhibit B**

**Expense Report**

FIRM: THE ROSEN LAW FIRM, P.A.

REPORTING PERIOD: INCEPTION THROUGH FEBRUARY 16, 2021

| CATEGORY | TOTAL AMOUNT |
|---|---|
| Financial Expert Consultant | $1,179.50 |
| Investigator Fees | $3,000.00 |
| Online Computer Research | $297.87 |
| Court filing Fees | $505.00 |
| Translation Fees | $431.80 |
| Press Release/Notice to Class | $3,045.00 |
| Travel/Transportation | $27.12 |
| Photocopying, Scanning and Printing | $6.50 |
| **TOTAL** | $8,492.79 |