# Exhibit 13

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| JIAJIA LUO, *et. al.*, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SOGOU INC, SOHU.COM, INC., TENCENT HOLDINGS LIMITED, XIAOCHUAN WANG, CHARLES (CHAOYANG) ZHANG, YUXIN REN, JOANNA (YANFENG) LU, BIN GAO, JOSEPH CHEN, JANICE LEE, JAMES (XIUFENG) DENG, CHI PING MARTIN LAU, DONALD J. PUGLISI, J. P. MORGAN SECURITIES LLC, CREDIT SUISSE (USA) LLC, GOLDMAN SACHS (ASIA) L.L.C., and CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LTD.,<br><br>Defendants. | Case No. 1:19-cv-00230-LJL<br><br>CLASS ACTION<br><br>Judge:    Hon. Lewis J. Liman |

**DECLARATION OF CARA DAVID ON BEHALF OF**
**POMERANTZ LLP IN SUPPORT OF APPLICATION**
**FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES**

I, Cara David, declare as follows, pursuant to 28 U.S.C. §1746:

1.      I am Of Counsel at Pomerantz LLP ("Pomerantz"), attorneys for Lead Plaintiffs

Lizhen Zhang, Juean Xu, Yuehua Ding, Maggie Xu, Mark S. Frater, and Ketan Patel (collectively,

"Lead Plaintiffs") and Additional Counsel in the above-captioned action ("Action"). I am admitted

to practice in New York, New Jersey, and Connecticut and various federal district courts and courts

of appeal. I have personal knowledge of the various matters set forth herein based on my day-to-

day participation in the prosecution and settlement of this Action.[1] Pomerantz and I have been actively involved in prosecuting and resolving the Action. I am familiar with the proceedings, and I have personal knowledge of the matters set forth herein based upon our supervision and participation in all material aspects of the Action.

2.      I submit this declaration in support of Pomerantz's application for an award of attorneys' fees and expenses in connection with the services rendered in the Action from inception through February 16, 2021 (the "Time Period").

3.      In serving as Additional Counsel in this Action, Pomerantz's work included, among other things, reviewing and analyzing: (i) documents the Company filed publicly with the SEC; (ii) publicly available information, including press releases, news articles, and other public statements issued by or concerning the Company and the Defendants; (iii) research reports issued by financial analysts concerning the Company; (iv) other publicly available information and data concerning the Company; (v) applicable Chinese laws and regulations; and (vi) the applicable law governing the claims and potential defenses. Pomerantz also consulted with financial and industry experts and participated in the drafting and filing of three amended complaints, the research and editing of Lead Plaintiffs' opposition to Defendants' Motions to Dismiss, preparing for and participating in oral argument thereon, researching and initiating an appeal of the Court's dismissal of the Action, and negotiating the Settlement. At the time the parties settled, we had filed a notice of appeal and were in the process of drafting our clients' opening appellate brief.

4.      The information in this declaration regarding Pomerantz's time and expenses is taken from time and expense records prepared and maintained by the firm in the ordinary course

---

[1] All capitalized terms used herein that are not defined have the same meanings given to them in the Stipulation and Agreement of Settlement, dated and filed on December 8, 2020 (Dkt. No. 98-1, the "Stipulation").

of business. I believe that the time reflected in the firm's loadstar calculation and the expenses for which payment is sought are reasonable in amount and were necessary for the effective and efficient prosecution and resolution of the Action.

5.    I attach hereto **Exhibit A,** a list summarizing the amount of time Pomerantz attorneys and professional support staff expended prosecuting the Action, and the lodestar calculation based on Pomerantz's current usual and customary hourly rates that Courts in other securities class actions have approved. For personnel who are no longer employed by my firm, the lodestar calculation is based upon the rates for such personnel in his or her final year of employment by my firm. I had this schedule prepared from daily time records that Pomerantz prepares and maintains that are available at the Court's request. Time expended in preparing this application for fees and payment of expenses has not been included in this request.

6.    The total number of hours Pomerantz spent on this Action is 174.58 hours. The total loadstar amount for reported attorney/professional staff time based on the firm's current rates is $113,428.00.

7.    As summarized in **Exhibit B** (attached hereto), my firm has incurred a total of $6,786.51 in expenses in connection with the prosecution of the Action. The expenses are reflected on Pomerantz's books and records. Pomerantz prepares these books and records from invoices and receipts and are an accurate record of the expenses Pomerantz incurred participating in this action.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of February, 2021.

/s/ *Cara David*
Cara David

*LUO V. SOGOU INC., ET AL.*

Case No. 1:19-cv-00230-LJL

**Exhibit A**

**Lodestar Report**

FIRM : POMERANTZ LLP

REPORTING PERIOD: INCEPTION THROUGH FEBRUARY 16, 2021

| PROFESSIONAL | STATUS | HOURLY RATE | HOURS | LODESTAR |
|---|---|---|---|---|
| Dell, Jessica N. | A | $615.00 | 1.5 | $922.50 |
| Hood, Alex | O | $630.00 | 7.10 | $4,473.00 |
| Castro, Sydney | OT | $110.00 | 0.50 | $55.00 |
| Lindenfeld, Jonathan | A | $485.00 | 3.00 | $1,455.00 |
| LoPiano, James | A | $400.00 | 13.28 | $5,312.00 |
| David, Cara | O | $715.00 | 136.20 | $97,383.00 |
| Huang, Jessie | OT | $110.00 | 1.00 | $110.00 |
| Lo, Jack | PL | $340.00 | 6.50 | $2,210.00 |
| Leifer, David | PL | $335.00 | 4.50 | $1,507.50 |
| **TOTAL** | | | **174.58** | **$113,428.00** |

Key:

- P = Partner
- O = Of Counsel
- A = Associate
- PL = Paralegal
- LC = Law Clerk
- OT = Other Timekeeper

{00421426;1 }

*LUO V. SOGOU INC., ET AL.*

Case No. 1:19-cv-00230-LJL

**Exhibit B**

**Expense Report**

FIRM : POMERANTZ LLP

REPORTING PERIOD: INCEPTION THROUGH FEBRUARY 16

| CATEGORY | TOTAL AMOUNT |
|---|---|
| Expert fees | $505.50 |
| Investigator Fees | $2,850.00 |
| Online Computer Legal Research | $123.77 |
| Transportation and Meals Fees | $151.49 |
| Photocopying | $91.05 |
| Overtime | $85.72 |
| Clerk Filing Fees | $400.00 |
| Press Releases and Newswires | $2,514.21 |
| Postage Fees | $64.77 |
| **TOTAL** | **$6,786.51** |

{00421428;1 }