N.Y.S.D. Case #
19-cv-0230(LJL)

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of March, two thousand twenty-one,

| | |
|---|---|
| Mark S. Frater, Ketan Patel, | **ORDER** |
| Lead Plaintiffs - Appellants, | Docket No. 20-2188 |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Mar 12 2021

Mark S. Frater, Ketan Patel,

        Lead Plaintiffs - Appellants,

Lizhen Zhang, Juean Xu, Yuehua Ding, Maggie Xu,

        Movants - Appellants,

Jiajia Luo, individually and on behalf of all others similarly situated,

        Plaintiff,

v.

Sogou Inc., Sohu, Inc., Tencent Holdings Limited, Xiaochuan Wang, Charles Chaoyang Zhang, Yuxin Ren, Joanna Yanfeng Lu, Bin Gao, Joseph Chen, Janice Lee, James Xiufeng Deng, Chi Ping Martin Lau, Donald J. Puglisi, J.P. Morgan Securities LLC, Goldman Sachs (Asia) L.L.C, China International Capital Corporation Hong Kong Securities Ltd., China Renaissance Securities (Hong Kong), Ltd., Sogou Inc.com, Sohu.com Inc.,

        Defendants - Appellees,

Credit Suisse Securities (USA) LLC,

        Defendant - ADR Provider - Appellee.

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1.

CERTIFIED COPY ISSUED ON 03/12/021

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit