**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JIAJIA LUO, *et. al.*, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> SOGOU INC, SOHU.COM, INC., TENCENT HOLDINGS LIMITED, XIAOCHUAN WANG, CHARLES (CHAOYANG) ZHANG, YUXIN REN, JOANNA (YANFENG) LU, BIN GAO, JOSEPH CHEN, JANICE LEE, JAMES (XIUFENG) DENG, CHI PING MARTIN LAU, DONALD J. PUGLISI, J. P. MORGAN SECURITIES LLC, CREDIT SUISSE (USA) LLC, GOLDMAN SACHS (ASIA) L.L.C., and CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LTD., <br><br> Defendants. | Case No. 1:19-cv-00230-LJL <br><br> CLASS ACTION <br><br> Judge:     Hon. Lewis J. Liman |

**LEAD PLAINTIFFS' REPLY MEMORANDUM OF LAW IN SUPPORT OF UNOPPOSED MOTION FOR: (1) FINAL APPROVAL OF CLASS ACTION SETTLEMENT; (2) APPROVAL OF THE PLAN OF ALLOCATION; (3) CERTIFICATION OF THE CLASS FOR SETTLEMENT PURPOSES; (4) AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES; AND (5) AN AWARD FOR LEAD PLAINTIFFS**

Lead Plaintiffs Lizhen Zhang, Juean Xu, Yuehua Ding, Maggie Xu, Mark S. Frater, and Ketan Patel ("Plaintiffs") submit this Reply Memorandum in further support of their unopposed motions for (1) final certification of the Settlement Class; (2) final approval of the Settlement; (3) final approval of the Plan of Allocation; and (4) an award of attorneys' fees of 25% of the

Settlement, or $362,500, reimbursement of expenses in the amount of $25,412.06, and awards to Plaintiffs of $1,000 each.[1]

### I.    The Claims Administrator Provided Notice of the Settlement to Thousands of Potential Settlement Class Members

The Claims Administrator, Strategic Claims Services ("SCS"), mailed 13,477 Postcard Notices to potential Settlement Class Members. Supplemental Declaration of Sara Evans Concerning: (A) Mailing and Emailing of Notice; (B) Requests for Exclusion Submitted and (C) Objections Received ("Supplemental Evans Decl.") ¶3.[2] Three nominees also informed SCS that they had emailed 4,701 of their customers to notify them of the Settlement, including direct links to the Notice and Claim Form on the settlement website. *Id.* ¶4. SCS also sent five additional emails to potential Settlement Class Members, for a total of 4,706 email notices sent. *Id.*

SCS also disseminated the Summary Notice electronically over *Globe Newswire*. Dkt. No. 80-1 ¶9. On November 11, 2020, SCS established a website dedicated to the Settlement which included the online claim filing link and important documents including the Long Notice, Claim Form, Preliminary Approval Order, and Stipulation. Evans Supplemental Decl. ¶8. The website has received nearly 3,000 page views to date. *Id.* SCS has also maintained a toll-free telephone number for potential Settlement Class Members. *Id.* ¶7.

In addition, given the number of shares outstanding during the class period, Plaintiffs initially sought up to $250,000 for notice and administration expenses. To reduce costs, Plaintiffs requested the ability to transmit postcard notice or Long Form Notice by email. The Court

---

[1] Unless otherwise defined herein, capitalized terms have the same meaning as those in the Stipulation of Settlement dated December 8, 2020 ("Settlement" or "Stipulation") (Dkt. No. 99-1).

[2] Plaintiffs attach the Supplemental Evans Decl. hereto as Exhibit A.

approved. According to the Claims Administrator, transmitting notice in these ways saved material administration costs. Supplemental Evans Decl. at ¶6. With these savings and considering the number of notices SCS distributed, SCS now anticipates that total administrative fees and expenses will not exceed $125,000. *Id*.

The March 4, 2021 deadlines for objections and exclusions have passed. To date, the Claims Administrator has received one request for exclusion from the Settlement, representing 400 ADSs, and no formal objections to the Settlement. *Id.* ¶¶9-10.  The deadline to submit a claim is postmarked or received no later than March 20, 2021.  *Id.* ¶8.

**II.      The Reaction of the Settlement Class Supports the Relief Plaintiffs Request**

       **A.      The Lack of Objections or Requests for Exclusion Support Final Approval of the Settlement**

The absence of any objections to the Settlement or Plan of Allocation supports their approval. *Nat'l Rural Telecomm'cns Cooperative v. DIRECTV, Inc.*, 221 F.R.D. 523, 529 (C.D. Cal. 2004) (finally approving settlement, finding "[t]he absence of a single objection to the Proposed Settlement provides further support for final approval of the Proposed Settlement."); *In re Rambus Inc. Derivative Litig.*, No. C 06-3513 JF (HRL), 2009 WL 166689, at *3 (N.D. Cal. Jan. 20, 2009) (finally approving settlement, awarding attorneys' fees, finding absence of objections "raises a strong presumption that the terms of a proposed class settlement action are favorable to the class members"). Likewise, the absence of a significant number of requests for exclusion from the Settlement further demonstrates the Settlement Class's positive reaction to the Settlement and supports final approval. *Hanlon v. Chrysler Corp.*, 150 F.3d 1011, 1027 (9th Cir. 1998) (affirming final approval of settlement, noting "that the overwhelming majority of the class … stayed in the class presents at least some objective positive commentary as to its fairness."), *overruled on other grounds by Wal-Mart Stores, Inc. v. Dukes*, 564 U.S. 338 (2011); *see also In*

*re Mego Fin. Corp. Sec. Litig.*, 213 F.3d 454, 459 (9th Cir. 2000) (affirming district court's final approval of settlement, finding that there was only one opt-out supported the district court's approval of settlement).

At Plaintiffs' Counsel's direction, the Claims Administrator carried out a thorough notice program in accordance with the Court's Preliminary Approval Order, notifying thousands of potential Settlement Class Members of the pending Settlement. Not a single investor formally objected to the Settlement.[3] Only one potential Settlement Class Member sought exclusion from the Settlement Class.[4] The lack of objections or requests for exclusion further supports final approval.

### B. The Lack of Objections or Requests for Exclusion Support Awarding the Requested Attorneys' Fees and Expenses and Awards to Plaintiffs

A lack of objections to fee and expense requests also supports the appropriateness of the award. *See, e.g., In re Immune Response Sec. Litig.*, 497 F. Supp. 2d 1166, 1177 (S.D. Cal. 2007) ("The lack of objection from any Class Member supports the attorneys' fees award"). Here, not a single Settlement Class Member has objected to Lead Counsel's requests for an award of attorneys' fees, reimbursement of expenses, and awards to Plaintiffs. Accordingly, the Settlement Class's reaction strongly supports the fairness and reasonableness of these requests.

---

[3] As Plaintiffs discussed in their February 18, 2021 Memorandum of Law (Dkt. No. 111, *et seq*.), by letter dated December 9, 2020 (Dkt. No. 100), the California Plaintiffs objected to preliminary approval of the Settlement. None of the California Plaintiffs timely submitted any objection whatsoever to Final Approval or otherwise requested exclusion from the Settlement Class.

[4] *See*, Evans Decl. ¶9.

## III.    CONCLUSION

For the foregoing reasons, and those set forth in Plaintiffs' opening memoranda, the Court should grant Plaintiffs' motions for final approval of the Settlement and Plan of Allocation and for an award of attorneys' fees, reimbursement of expenses, and awards to Plaintiffs.

Dated: March 18, 2021

Respectfully submitted:

**LEVI & KORSINSKY, LLP**

 /s/ *Shannon L. Hopkins*
Shannon L. Hopkins
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523
Fax: (212) 363-7171
Email: shopkins@zlk.com

and

Donald J. Enright
1101 30th Street NW, Suite 115
Washington, D.C. 20007
Tel: (202) 524-4290
Fax: (202) 333-2121
denright@zlk.com

**THE ROSEN LAW FIRM, P.A.**

/s/ *Jacob A. Goldberg*
Jacob A. Goldberg
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Tel: (215) 686-2817
Fax: (212) 202-3827
Email: jgoldberg@rosenlegal.com

and

Phillip Kim
Laurence M. Rosen
275 Madison Avenue, 34th Floor
New York, New York, 10016
Tel: (212) 686-1060
Fax: (212) 202-3827

5

Email: pkim@rosenlegal.com
lrosen@rosenlegal.com

*Co-Lead Counsel for Lead Plaintiffs
and the Settlement Class*

**POMERANTZ LLP**

/s/ *Cara David*

Jeremy A. Lieberman
Cara David
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
cdavid@pomlaw.com

*Additional Counsel for Lead Plaintiffs*