**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JIAJIA LUO, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>      vs.<br><br>SOGOU INC., SOHU.COM INC., TENCENT HOLDINGS LIMITED, XIAOCHUAN WANG, CHARLES (CHAOYANG) ZHANG, YUXIN REN, JOANNA (YANFENG) LU, BIN GAO, JOSEPH CHEN, JANICE LEE, JAMES (XIUFENG) DENG, CHI PING MARTIN LAU, DONALD J. PUGLISI, J.P. MORGAN SECURITIES LLC, CREDIT SUISSE SECURITIES (USA) LLC, GOLDMAN SACHS (ASIA) L.L.C., and CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LTD.,<br><br>                    Defendants. | No. 1:19-cv-00230-LJL |

**ORDER**

WHEREAS:

A. By Order dated December 10, 2020 (Dkt. No. 102), the Court granted preliminary approval to this Class Action Settlement, instructing Lead Counsel for Lead Plaintiffs to engage claims administrator Strategic Claims Services ("Strategic Claims"), among other things, to transmit a Postcard Notice to potential Settlement Class Members and to nominees for potential beneficial owners; and

B. By Supplemental Declaration dated March 22, 2021, Strategic Claims informed the Court that it had transmitted a nominee letter to Apex Clearing ("Apex") on December 24, 2020, seeking names and addresses of potential Settlement Class Members, following up on the nominee letter to Apex twice in January 2021 and once in February 2021; and

{00403124:1 }

C.	According to Strategic Claims, on March 18, 2021, 14 days after the deadline for requests for exclusion or objection and two days before the deadline for potential Settlement Class Members to submit proofs of claim, Apex transmitted to Strategic a list of 5,027 names of potential Settlement Class Members,

NOW THEREFORE, THIS COURT ORDERS AS FOLLOWS:

1.	The deadlines for request for exclusion from the Settlement Class, objections to the Settlement, and filing of proofs of claim are extended to April 30, 2021 only for the 5,027 potential Settlement Class Members that Apex identified on March 18, 2021 to Strategic Claims.

2.	The revised Postcard Notice is approved.

3.	Strategic Claims shall print and mail the revised Postcard Notice only to the 5,027 names Apex transmitted on March 18, 2021 to Strategic Claims.

4.	The Final Approval Hearing the Court had set for March 25, 2021 is postponed until Friday, May 21, 2021 at 3:00 p.m., but shall still convene via teleconference.

5.	Strategic Claims shall upload a notification to its website, informing all potential Settlement Class Members of the new Final Approval Hearing date and time.

DATED this 23 ___ day of   March, 2021

BY THE COURT:

HON. LEWIS J. LIMAN
UNITED STATES DISTRICT JUDGE