UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

JIAJIA LUO, *individually and on behalf of all others similarly situated*,

                Plaintiffs,

    -v-

SOGOU, INC., ET AL,

                Defendants.

-----------------------------------------------------------------X

19-cv-230 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

      Plaintiffs are directed to file detailed billing records for the work for which they request a fee award on the Court's docket by 5:00 p.m. today, May 21, 2021. The records may be redacted as necessary to preserve attorney-client privilege and the confidentiality of attorney work product.

      SO ORDERED.

Dated: May 21, 2021
       New York, New York

                                          LEWIS J. LIMAN
                                          United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/21/2021