N.Y.S.D. Case # 19-cv-0230(LJL)

**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of September two thousand twenty,

_____

Mark S. Frater, Ketan Patel,

      Lead Plaintiffs - Appellants,

Lizhen Zhang, Juean Xu, Yuehua Ding, Maggie Xu,

      Movants - Appellants,

Jiajia Luo, individually and on behalf of all others similarly situated,

      Plaintiff,

v.

Sogou Inc., Sohu, Inc., Tencent Holdings Limited, Xiaochuan Wang, Charles Chaoyang Zhang, Yuxin Ren, Joanna Yanfeng Lu, Bin Gao, Joseph Chen, Janice Lee, James Xiufeng Deng, Chi Ping Martin Lau, Donald J. Puglisi, J.P. Morgan Securities LLC, Goldman Sachs (Asia) L.L.C, China International Capital Corporation Hong Kong Securities Ltd., China Renaissance Securities (Hong Kong), Ltd., Sogou Inc.com, Sohu.com Inc.,

      Defendants - Appellees,

Credit Suisse Securities (USA) LLC,

      Defendant - ADR Provider - Appellee.

_____

**ORDER**
Docket No. 20-2188

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jun 04 2021

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1.

**MANDATE ISSUED ON 06/04/2021**

The stipulation is hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy

Catherine O'Hagan Wolfe, Clerk

United States Court of Appeals, Second Circuit