**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JIAJIA LUO, *et. al.*, Individually and On Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>v.<br><br>SOGOU INC, SOHU.COM, INC., TENCENT HOLDINGS LIMITED, XIAOCHUAN WANG, CHARLES (CHAOYANG) ZHANG, YUXIN REN, JOANNA (YANFENG) LU, BIN GAO, JOSEPH CHEN, JANICE LEE, JAMES (XIUFENG) DENG, CHI PING MARTIN LAU, DONALD J. PUGLISI, J. P. MORGAN SECURITIES LLC, CREDIT SUISSE (USA) LLC, GOLDMAN SACHS (ASIA) L.L.C., and CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LTD.,<br><br>          Defendants. | Case No. 1:19-cv-00230-LJL<br><br>CLASS ACTION<br><br>Judge:     Hon. Lewis J. Liman |

**LEAD PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR**
**DISTRIBUTION OF THE NET SETTLEMENT FUND**

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Court-appointed Lead Plaintiffs Lizhen Zhang, Juean Xu, Yuehua Ding, Maggie Xu, Mark S. Frater, and Ketan Patel (collectively "Lead Plaintiffs"), on behalf of themselves and the Settlement Class,[1] will move this Court, at its earliest convenience, for entry of an order:  (i) approving the administrative determinations of the Court-appointed Claims Administrator, Strategic Claims Services ("SCS") accepting or rejecting submitted claims, as set forth in the Declaration of Sarah Evans Concerning the Results of the Claims Administration Process filed concurrently herewith; (ii) directing payment of SCS's additional administrative costs and fees incurred (including for distribution services yet to be incurred) in connection with the services performed, and to be performed, by SCS in reviewing claims and distributing the Settlement Fund; (iii) directing distribution of the Net Settlement Fund to eligible Settlement Class Members whose Proofs of Claim were received no later than June 30, 2021; (iv) authorizing, if feasible and economically practicable, (a) the redistribution (as part of a second distribution) of any remaining funds in the Net Settlement Fund (due to, *e.g.*, uncashed checks) six months after the date of the initial distribution to Authorized Claimants who have cashed their checks and who would receive at least $10.00 from such redistribution, or (b) if there is any remaining balance that is not feasible and economically practicable to redistribute, the contribution of any such balance to The Lawyers' Committee for Civil Rights Under Law, as provided in the Stipulation, ¶66; (v) barring any further claims against the Settlement Fund and releasing and discharging all persons involved in the administration of the Settlement from any and all claims arising out of such involvement; and (vi) authorizing destruction of paper copies of Proof of Claim forms one year

---

[1] Capitalized terms which are not defined in this memorandum have the same meaning as in the Stipulation and Agreement of Settlement, dated and filed on December 8, 2020 (Dkt. No. 99-1, the "Stipulation"), or in the accompanying Evans Declaration (defined below).

after distribution of the Net Settlement Fund, and destruction of electronic copies of claim records three years after distribution of the Net Settlement Fund.

This Unopposed Motion is based upon Lead Plaintiffs' Memorandum of Points and Authorities in Support of Lead Plaintiffs' Unopposed Motion for Distribution of Net Settlement Fund, the accompanying [Proposed] Order being contemporaneously filed herewith, the affidavits and declarations submitted in support thereof, and all other papers, pleadings, and proceedings herein.

Dated: New York, New York
      October 27, 2021

**LEVI & KORSINSKY, LLP**

*/s/ Shannon L. Hopkins*
Shannon L. Hopkins
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523
Fax: (212) 363-7171
Email: shopkins@zlk.com

and

Donald J. Enright
1101 30th Street NW, Suite 115
Washington, D.C. 20007
Tel: (202) 524-4290
Fax: (202) 333-2121
Email: denright@zlk.com

**THE ROSEN LAW FIRM, P.A.**

*/s/ Jacob A. Goldberg*
Jacob A. Goldberg
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Tel: (215) 686-2817
Fax: (212) 202-3827
Email: jgoldberg@rosenlegal.com

and

Phillip Kim

2

Laurence M. Rosen
275 Madison Avenue, 34th Floor
New York, New York, 10016
Tel: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
        lrosen@rosenlegal.com

*Co-Lead Counsel for Lead Plaintiffs
and the Settlement Class*

**POMERANTZ LLP**

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
Cara David
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
        cdavid@pomlaw.com

*Additional Counsel for Lead Plaintiffs*

3

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2021, a true and correct copy of the foregoing document

was served by CM/ECF to the parties registered to the Court's CM/ECF system.


                                             */s/ Shannon L. Hopkins*
                                             Shannon L. Hopkins

4